Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020
Email:  jason@blockesq.com
           joel@blockesq.com
           jake@blockesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN  and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF BRUCE MACDONALD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Joel Fleming of Block & Leviton LLP, 155 Federal Street, Suite 400, Boston, MA 02110 enters his appearance in the above-captioned matter as co-counsel to Plaintiff Bruce MacDonald.

DATED: December 14, 2017   **BLOCK & LEVITON LLP**

By:   /s/ *Joel Fleming*
Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020
Email:  jason@blockesq.com
            joel@blockesq.com
            jake@blockesq.com

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE
Case No.: 3:17-cv-07095