1  Jason M. Leviton (*pro hac vice to be submitted*)
   Joel A. Fleming (281264)
2  Jacob A. Walker (271217)
   **BLOCK & LEVITON LLP**
3  155 Federal Street, Suite 400
   Boston, MA 02110
4  Telephone: (617) 398-5600
   Facsimile:  (617) 507-6020
5  Email:         jason@blockesq.com
           joel@blockesq.com
6          jake@blockesq.com

7  *Attorneys for Plaintiffs*

8                UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF BRUCE MACDONALD** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN  and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

28  NOTICE OF APPEARANCE
    Case No.: 3:17-cv-07095

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Please take notice that Jacob A. Walker of Block & Leviton LLP, 155 Federal Street,

3   Suite 400, Boston, MA 02110 enters his appearance in the above-captioned matter as co-counsel

4   to Plaintiff Bruce MacDonald.

5   DATED: December 14, 2017  **BLOCK & LEVITON LLP**

By:   /s/ *Jacob A. Walker*
Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020
Email: jason@blockesq.com
         joel@blockesq.com
         jake@blockesq.com

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE
Case No.: 3:17-cv-07095