# Exhibit A

| | |
|---|---|
| **From:** | Gibbs, Patrick |
| **To:** | "Joel Fleming"; Sachs, Daniel; Kaban, Jeff; Kirby, Samantha; bklein@bakermarquart.com; smalzahn@bakermarquart.com; plans@draper.vc; timothy@dfj.com; mail@drapervc.com; timothy.draper@msn.com; tim@drapervc.com; tdraper@prosper.com; tim@prosper.com; contact@tezos.ch; support@tezos.ch; johann@gevers.net; johann@monetas.net; jgevers@monetas.net; johann.gevers@monetas.net; johanngevers@monetas.net; guido.schmitz-krummacher@krummacher.com; guido.schmitz-krummacher@talentory.com; guido@addcon.nl; guidoschmitzkrummacher@addcon.nl; gschmitzkrummacher@addcon.nl; guidos@addcon.nl; guido.schmitzkrummacher@addcon.nl; inquiry@bitcoinsuisse.ch |
| **Cc:** | Reed Kathrein; Danielle Charles; Peter Borkon; Lisa Lin; Brian Miller; Jason Leviton; Jake Walker |
| **Subject:** | RE: Tezos - Notice of Application for Temporary Restraining Order |
| **Date:** | Wednesday, December 13, 2017 5:07:21 PM |

Joel:

I represent Dynamic Ledger Solutions, Inc.  We will oppose any application for a temporary restraining order, and we wish to be heard in opposition to any such application.

In the meantime, we object to this process on a number of grounds, including (at least) the following:

- Your email below does not come close to providing adequate notice of any TRO proceeding tomorrow.  It does not state the time, the judge, the courtroom, or even the courthouse where you intend to appear tomorrow.
- Even setting aside the lack of that basic information, we are not aware of any plausible basis for seeking this type of emergency relief on such short notice, or on an ex parte basis.
- As far as we can tell from the docket, your complaint has not even been properly filed, and it certainly has not been served.
- Moreover, as far as we can tell from the docket, you have not given the court adequate notice of a related case that is already pending in the Northern District of California.  I'm quite sure you are aware of that case, as your ex parte application was no doubt prompted by the fact that the plaintiff in that case has filed a motion seeking essentially the same relief as your ex parte application, albeit on regular notice and a motion for a preliminary injunction.

If you proceed tomorrow on the basis of this "notice" and your defective filing, we will seek sanctions for your abuse of the ex parte application process.

### Patrick E. Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5535 office
+1 650 849 7400 fax
+1 650 248 6412 mobile
pgibbs@cooley.com

www.cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley GO > **Start and build your business**

**From:** Joel Fleming [mailto:joel@blockesq.com]
**Sent:** Wednesday, December 13, 2017 3:15 PM
**To:** Sachs, Daniel <dsachs@cooley.com>; Kaban, Jeff <jkaban@cooley.com>; Gibbs, Patrick <pgibbs@cooley.com>; Kirby, Samantha <skirby@cooley.com>; bklein@bakermarquart.com; smalzahn@bakermarquart.com; plans@draper.vc; timothy@dfj.com; mail@drapervc.com; timothy.draper@msn.com; tim@drapervc.com; tdraper@prosper.com; tim@prosper.com; contact@tezos.ch; support@tezos.ch; johann@gevers.net; johann@monetas.net; jgevers@monetas.net; johann.gevers@monetas.net; johanngevers@monetas.net; guido.schmitz-krummacher@krummacher.com; guido.schmitz-krummacher@talentory.com; guido@addcon.nl; guidoschmitzkrummacher@addcon.nl; gschmitzkrummacher@addcon.nl; guidos@addcon.nl; guido.schmitzkrummacher@addcon.nl; inquiry@bitcoinsuisse.ch
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Danielle Charles <daniellec@hbsslaw.com>; Peter Borkon <peterb@hbsslaw.com>; Lisa Lin <LisaL@hbsslaw.com>; Brian Miller <brianm@hbsslaw.com>; Jason Leviton <jason@blockesq.com>; Jake Walker <jake@blockesq.com>
**Subject:** Tezos - Notice of Application for Temporary Restraining Order

**PLEASE TAKE NOTICE that Plaintiff Bruce MacDonald has filed the attached complaint in the United States District Court for the Northern District of California and has named you/your client(s) as Defendants. Tomorrow morning, Mr. MacDonald will be filing an ex parte application for a temporary restraining order ("TRO") against all Defendants**.

The TRO application will be substantially similar to the application attached here and will seek an order, substantially in the form of the proposed order attached here, freezing all assets of Defendants collected via or derived from the Tezos Initial Coin Offering (the "Tezos ICO" and the "ICO Proceeds," respectively) and restraining and enjoining Defendants from selling, transferring, converting, or otherwise disposing of any of the ICO Proceeds or taking any action to authorize anyone else to sell, transfer, convert, or otherwise dispose of any of the ICO Proceeds until Plaintiff has had sufficient time to conduct appropriate discovery in preparation for a preliminary injunction hearing and the Court issues a ruling on an Order to Show Cause Why a Preliminary Injunction Should Not Issue.

If you oppose the TRO, please let us know promptly so that we may include reference to your opposition in tomorrow morning's filing.

Sincerely,


--
Joel Fleming
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
(t) 617.398.5615
(f) 617.507.6020

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.