UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-07095-RS<br><br>**ORDER REGARDING APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Bruce McDonald moves for a temporary restraining order ("TRO") freezing all assets of defendants[1] collected via or derived from the Tezos Initial Coin Offering ("ICO") and restraining and enjoining defendants from selling, transferring, converting, or otherwise disposing such assets. It is hereby ordered that:

1. Plaintiff shall provide defendants with notice of this Order, and of their TRO application by **5 p.m. today (Thursday, December 14, 2017).**

2. Defendants shall file any response to plaintiff's TRO application by **5 p.m. tomorrow (Friday, December 15, 2017)**.

3. A hearing regarding the issuance of a TRO will be held at **Tuesday, December 19, 2017 at 10 a.m.,** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

---

[1] Dynamic Ledger Solutions, Inc., Tezos Stiftung (the "Tezos Foundation"), Kathleen Breitman, Arthur Breitman, Timothy Cook Draper, Draper Associates, Johann Gevers, Diego Ponz, Guido Schmitz-Krummacher, Bitcoin Suisse AG, and Niklas Nikolajsen.

4. The parties shall meet and confer regarding an agreement that would obviate the need for consideration of a TRO in advance of the hearing already scheduled for January 11, 2018 to address the motion for a preliminary injunction filed in related case *Okusko v. Dynamic Ledger Solutions, Inc. et al.*, Case No. 3:17-cv-06829-RS.

**IT IS SO ORDERED**.

Dated: December 14, 2017

_____
RICHARD SEEBORG
United States District Judge