1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  BRUCE MACDONALD, Individually and on
    Behalf of All Others Similarly Situated,

13
                                    Plaintiff,
14

15      v.

16  DYNAMIC LEDGER SOLUTIONS, INC., a
    Delaware corporation, TEZOS
17  STIFTUNG, a Swiss Foundation,
    KATHLEEN BREITMAN, an
18  Individual, ARTHUR BREITMAN,
    an Individual, TIMOTHY COOK DRAPER, an
19  individual, DRAPER ASSOCIATES, JOHANN
    GEVERS, DIEGO PONZ, GUIDO SCHMITZ-
20  KRUMMACHER, BITCOIN SUISSE AG,
    NIKLAS NIKOLAJSEN  and DOES 1-100,
21  INCLUSIVE,

22
23                                  Defendants.

Case No. 3:17-cv-07095-RS

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S EX PARTE
APPLICATION FOR LEAVE TO
EFFECT ELECTRONIC SERVICE
ON DEFENDANTS RESIDENT
OUTSIDE THE UNITED STATES**

24
25
26
27
28

This matter comes before the Court on the application of Plaintiff Bruce MacDonald ("Plaintiff") for an Order pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2) permitting Plaintiff to serve Defendants Tezos Stiftung, Johann Gevers, Diego Ponz, Guido Schmitz-Krummacher, Bitcoin Suisse AG and Niklas Nikolajsen (the "Swiss Defendants") by electronic means.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Plaintiff's application as follows:

1.      The Court GRANTS the Application, finding that Plaintiff has shown (1) the Swiss Defendants are not within any judicial district of the United States; (2) service by electronic means is not prohibited by any international agreement, (3) service by the electronic means specified below comports with constitutional notions of due process and is reasonably calculated to apprise the Swiss Defendants of the pendency of the action and afford tehm an opportunity to respond.

2.      The Court hereby orders that Plaintiff may effect service on the Swiss Defendants as follows:

a.      Upon **Tezos Stiftung and Diego Ponz** by email to contact@tezos.ch and support@tezos.ch.

b.      Upon **Johann Gevers** by email to johann@monetas.net and by messages sent to his Twitter account, https://twitter.com/johanngevers, giving notice of the lawsuit and directing him to a link containing copies of the complaint, summons, and all other materials required to be served.

c.      Upon **Guido Schmitz-Krummacher** by email to info@sielva-management.com and by a message sent to his LinkedIn account, https://www.linkedin.com/in/guidos1/, giving notice of the lawsuit and directing him to a link containing copies of the complaint, summons, and all other materials required to be served.

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES APPLICATION FOR TRO
CASE NO. 17-CV-07095-RS
010721-11 1005014 V1

1

1

        d.      Upon Bitcoin Suisse AG and Niklas Nikolajsen: by email to

2

inquiry@bitcoinsuisse.ch and by a message sent to Mr. Nikolajsen's LinkedIn

3

account, https://www.linkedin.com/in/niklas-nikolajsen-0a452848/, giving

4

notice of the lawsuit and directing him to a link containing copies of the

5

complaint, summons, and all other materials required to be served.

6

7

**DATED:** _____

8

        The Hon. Richard Seeborg
        United States District Judge

9

10

    Presented by:

11

DATED: December 14, 2017     HAGENS BERMAN SOBOL SHAPIRO LLP

12

13

       By:    /s/ *Reed R. Kathrein*
             Reed R. Kathrein (139304)

14

             Peter E. Borkon (212596)
             Danielle Charles (291237)

15

             715 Hearst Ave., Suite 202
             Berkeley, CA 94710

16

             Telephone: (510) 725-3000

17

             Facsimile:  (510) 725-3001
             Email: reed@hbsslaw.com

18

                peterb@hbsslaw.com
                daniellec@hbsslaw.com

19

20

             Steve W. Berman
             HAGENS BERMAN SOBOL SHAPIRO LLP

21

             1918 Eighth Avenue, Suite 3300
             Seattle, WA 98101

22

             Telephone: (206) 623-7292
             Facsimile:  (206) 623-0594

23

             Email: steve@hbsslaw.com

24

             Jason M. Leviton (*pro hac vice to be submitted*)
             Joel A. Fleming (281264)

25

             Jacob A. Walker (271217)
             BLOCK & LEVITON LLP

26

             155 Federal Street, Suite 400
             Boston, MA 02110

27

             Telephone: (617) 398-5600
             Facsimile:  (617) 507-6020

28

1

2

Email: jason@blockesq.com
joel@blockesq.com
jake@blockesq.com

3

*Attorneys for Plaintiffs*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO EFFECT
ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES APPLICATION FOR
TRO                                                                                         3
CASE NO. 17-CV-07095-RS
010721-11 1005014 V1