UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES** |

010721-11 1005014 V1

This matter comes before the Court on the application of Plaintiff Bruce MacDonald ("Plaintiff") for an Order pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2) permitting Plaintiff to serve Defendants Tezos Stiftung, Johann Gevers, Diego Ponz, Guido Schmitz-Krummacher, Bitcoin Suisse AG and Niklas Nikolajsen (the "Swiss Defendants") by electronic means.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Plaintiff's application as follows:

1.      The Court GRANTS the Application, finding that Plaintiff has shown (1) the Swiss Defendants are not within any judicial district of the United States; (2) service by electronic means is not prohibited by any international agreement, (3) service by the electronic means specified below comports with constitutional notions of due process and is reasonably calculated to apprise the Swiss Defendants of the pendency of the action and afford tehm an opportunity to respond.

2.      The Court hereby orders that Plaintiff may effect service on the Swiss Defendants as follows:

   a.   Upon **Tezos Stiftung and Diego Ponz** by email to contact@tezos.ch and support@tezos.ch.

   b.   Upon **Johann Gevers** by email to johann@monetas.net and by messages sent to his Twitter account, https://twitter.com/johanngevers, giving notice of the lawsuit and directing him to a link containing copies of the complaint, summons, and all other materials required to be served.

   c.   Upon **Guido Schmitz-Krummacher** by email to info@sielva-management.com and by a message sent to his LinkedIn account, https://www.linkedin.com/in/guidos1/, giving notice of the lawsuit and directing him to a link containing copies of the complaint, summons, and all other materials required to be served.

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES APPLICATION FOR TRO                                                                                                              1
CASE NO. 17-CV-07095-RS
010721-11 1005014 V1

        d.      Upon Bitcoin Suisse AG and Niklas Nikolajsen: by email to inquiry@bitcoinsuisse.ch and by a message sent to Mr. Nikolajsen's LinkedIn account, https://www.linkedin.com/in/niklas-nikolajsen-0a452848/, giving notice of the lawsuit and directing him to a link containing copies of the complaint, summons, and all other materials required to be served.

**DATED:** 12/14/17

_____
The Hon. Richard Seeborg
United States District Judge

Presented by:

DATED: December 14, 2017    HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ *Reed R. Kathrein*
       Reed R. Kathrein (139304)
       Peter E. Borkon (212596)
       Danielle Charles (291237)
       715 Hearst Ave., Suite 202
       Berkeley, CA 94710
       Telephone: (510) 725-3000
       Facsimile:  (510) 725-3001
       Email: reed@hbsslaw.com
             peterb@hbsslaw.com
             daniellec@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES APPLICATION FOR TRO
CASE NO. 17-CV-07095-RS
010721-11 1005014 V1

2

Email: jason@blockesq.com
joel@blockesq.com
jake@blockesq.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES APPLICATION FOR TRO
CASE NO. 17-CV-07095-RS
010721-11 1005014 V1

3