Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

010721-11 1005104 V1

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Bruce MacDonald respectfully submits the United States District Court for the Eastern District of New York's recent Order Granting Preliminary Injunction, Asset Freeze, And Other Interim Relief in *Securities and Exchange Commission v. Plexcorps, et al.*, No. 17 Civ. 7007 (CBA), Dkt. No. 25 (E.D.N.Y. Dec. 14, 2017) (the "*Plexcorps* Order") (attached hereto as Exhibit A).

Yesterday, December 14, 2017, Plaintiff filed an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue (the "TRO Application"). ECF No. 8. The Court has set a hearing on the application for Tuesday, December 19, 2017 at 10:00 a.m. ECF No. 10.

The *Plexcorps* Order was entered yesterday at approximately 2:30 p.m. Pacific time—about two hours after Plaintiff filed the TRO Application. Undersigned counsel became aware of the *Plexcorps* Order when it was reported by news media sources today. The *Plexcorps* Order is relevant to the issues presented by Plaintiff's TRO Application. Like this case, the *Plexcorps* case arises from an initial coin offering (ICO). There, as here, many of the defendants in Plexcorps are not resident in the United States. The *Plexcorps* court held that: (1) the "PlexCoin Tokens" issued in the ICO were "investment contracts subject to the Securities and Exchange Act," (2) the SEC had made a substantial showing of a likelihood of success on its claim that the *Plexcorps* defendants had violated the Securities Act by selling or participating in the sale of unregistered securities and (3) freezing the entity defendants' assets was necessary to preserve the status quo and protect the Court's ability to award relief.

DATED: December 15, 2017            **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:     /s/  *Reed R. Kathrein*
Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com

peterb@hbsslaw.com
daniellec@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Jason M. Leviton, (*Pro Hac Vice* to be submitted)
Joel A. Fleming (281264))
Jacob A. Walker (271217)
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Email: jason@blockesq.com
       joel@blockesq.com
       jake@blockesq.com

*Attorneys for Plaintiff*

NOTICE OF SUBSEQUENT AUTHORITY - 2
Case No.: 17-cv-07095-RS
010721-11 1005104 V1

# CERTIFICATE OF SERVICE

Pursuant to L.R. 5-5, I certify that on December 15, 2017, I caused to be served copies of the foregoing EX PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES; MEMORANDUM OF POINTS AND AUTHORITIES on the persons listed below at the addresses listed below.

Daniel Louis Sachs
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile:  (202) 842-7899
dsachs@cooley.com

Jeffrey Michael Kaban
Patrick Edward Gibbs
Samantha Anne Kirby
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
kabanjm@cooley.com
pgibbs@cooley.com
skirby@cooley.com

*Counsel for Distributed Ledger Solutions, Inc.*

Neal A. Potischman
Edmund Polubinski, III
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-3621
neal.potischman@davispolk.com
edmund.polubinski@davispolk.com

*Counsel for Tezos Stiftung (Tezos Foundation)*

Tezos Stiftung
Alpenstrasse 9
6300 Zug, Switzerland
Contact@tezos.ch
support@tezos.ch

Brian E. Klein (258486)
Scott M. Malzahn (229204)
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile:  (424) 652-7850
bklein@bakermarquart.com
smalzahn@bakermarquart.com

*Counsel for Arthur Breitman and Kathleen Breitman*

Timothy Cook Draper
Draper Associates
55 E. 3rd Avenue
San Mateo, CA 94401
plans@draper.vc
timothy@dfj.com
mail@drapervc.com
timothy.draper@msn.com
tim@drapervc.com
tdraper@prosper.com
tim@prosper.com

Johann Gevers
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
johann@gevers.net; johann@monetas.net;
jgevers@monetas.net;
johann.gevers@monetas.net;
johanngevers@monetas.net.

Guido Schmitz-Krummacher
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland

CERTIFICATE OF SERVICE - 1
Case No.: 17-cv-07095-RS
010721-11 1005104 V1

| | | |
|---|---|---|
| 1 | Diego Ponz | guido.schmitz-krummacher@krummacher.com |
| 2 | c/o Tezos Stiftung<br>Alpenstrasse 9 | guido.schmitz-krummacher@talentory.com<br>guido@addcon.nl |
| 3 | 6300 Zug<br>Switzerland | guidoschmitzkrummacher@addcon.nl<br>gschmitzkrummacher@addcon.nl |
| 4 | Contact@tezos.ch; support@tezos.ch | guidos@addcon.nl<br>guido.schmitzkrummacher@addcon.nl |

Niklas Nikolajsen
Bitcoin Suisse AG
Park Résidence
Industriestrasse 16
CH-6300 Zug
Switzerland
inquiry@bitcoinsuisse.ch

Dated: December 15, 2017            */s/ Joel Fleming*
                                     Joel Fleming

CERTIFICATE OF SERVICE - 2
Case No.: 17-cv-07095-RS
010721-11 1005104 V1