Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jason@blockesq.com
        joel@blockesq.com
        jake@blockesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>　　　　　　　　Defendants. | Case No. 3:17-CV-07095<br><br>**DECLARATION REGARDING SERVICE OF SUMMONS ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES** |

I, Jacob A. Walker, declare as follows:

1.      I am an attorney licensed to practice in the State of California and before the District Court for the Northern District of California. This declaration is based on my personal knowledge of the matters set forth herein.

2.      I am an attorney of record for Plaintiff Bruce MacDonald in the above-captioned matter.

3.      On December 14, 2017, the Court issued an Order Granting Plaintiff's Ex Parte Application For Leave To Effect Electronic Service On Defendants Resident Outside The United States. (ECF No. 12.)

4.      On the morning of December 15, 2017, I prepared an e-mail containing the text of the summons and a notice about the upcoming hearing on Plaintiff's application for a temporary restraining order, and attaching all documents filed on the docket as of this morning (the "Service E-Mail").

5.      I also prepared a website link, http://www.blockesq.com/tezos-lawsuit/ which included links to all documents filed on the docket as of this morning (the "Service Website").

6.      On Friday, December 15, 2017, at 6:54 a.m. pacific time, I sent the Service E-Mail to inquiry@bitcoinsuisse.ch directed to Defendants Bitcoin Suisse AG and Niklas Nikolajsen. A true and correct copy of the e-mail is attached as Exhibit A.

7.      On Friday, December 15, 2017, at 6:54 a.m. pacific time, I sent the Service E-Mail to contact@tezos.ch and support@tezos.ch directed to Defendants Tezos Stiftung and Diego Ponz. A true and correct copy of the e-mail is attached as Exhibit B.

8.      On Friday, December 15, 2017, at 6:54 a.m. pacific time, I sent the Service E-Mail to johann@monetas.net directed to Johann Gevers. A true and correct copy of the e-mail is attached as Exhibit C.

9.      On Friday, December 15, 2017, at 6:55 a.m. pacific time, I sent the Service E-Mail to info@sielva-management.com directed to Defendant Guido Schmitz-Krummacher. A true and correct copy of the e-mail is attached as Exhibit D.

10.     On Friday, December 15, 2017, at 7:25 a.m. pacific time, using the Twitter service and the account of my law firm, @BlockLevitonLLP, I sent a "tweet" to the twitter account @johanngevers, directed to Defendant Johann Gevers. The tweet included a link to the Service Website. A copy of the tweet is attached as Exhibit E.

11.     On Friday, December 15, 2017, at 7:34 a.m. pacific time, using the LinkedIn service, my colleague Joel Fleming (who is also an attorney-of-record in this case) sent a message substantially similar to the Service E-Mail to the account associated with Niklas Nikolajsen. The message included a link to the service website. A copy of the message is attached as Exhibit F.

12.     On Friday, December 15, 2017, at 7:35 a.m. pacific time, using the LinkedIn service, Mr. Fleming sent a message substantially similar to the Service E-Mail to the account associated with Guido Schmitz-Krummacher. The message included a link to the service website. A copy of the message is attached as Exhibit G.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 15th day of December, 2017 in Boston, Massachusetts.


DATED: December 15, 2017          **BLOCK & LEVITON LLP**

By:     /s/ *Jacob A. Walker*
        Jacob A. Walker (271217)
        **BLOCK & LEVITON LLP**
        155 Federal Street, Suite 400
        Boston, MA 02110
        Telephone: (617) 398-5600
        Facsimile:  (617) 507-6020
        Email: jake@blockesq.com

1

## CERTIFICATE OF SERVICE

2
3
4

Pursuant to L.R. 5-5, I certify that on December 15, 2017, I caused to be served copies of the foregoing EX PARTE APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES; MEMORANDUM OF POINTS AND AUTHORITIES on the persons listed below at the addresses listed below.

5
6
7
8
9

Daniel Louis Sachs
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile:  (202) 842-7899
dsachs@cooley.com

Brian E. Klein (258486)
Scott M. Malzahn (229204)
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile:  (424) 652-7850
bklein@bakermarquart.com
smalzahn@bakermarquart.com

10
11
12
13
14
15
16
17
18

Jeffrey Michael Kaban
Patrick Edward Gibbs
Samantha Anne Kirby
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
kabanjm@cooley.com
pgibbs@cooley.com
skirby@cooley.com

*Counsel for Distributed Ledger Solutions, Inc.*

*Counsel for Arthur Breitman and Kathleen Breitman*

Timothy Cook Draper
Draper Associates
55 E. 3rd Avenue
San Mateo, CA 94401
plans@draper.vc
timothy@dfj.com
mail@drapervc.com
timothy.draper@msn.com
tim@drapervc.com
tdraper@prosper.com
tim@prosper.com

19
20
21
22
23
24

Neal A. Potischman
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
neal.potischman@davispolk.com
+1 (650) 752-2021 phone
+1 (650) 752-3621 fax

*Counsel for Tezos Stiftung*

Johann Gevers
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
johann@gevers.net; johann@monetas.net;
jgevers@monetas.net;
johann.gevers@monetas.net;
johanngevers@monetas.net.

25
26
27

Diego Ponz
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
Contact@tezos.ch; support@tezos.ch

Niklas Nikolajsen
Bitcoin Suisse AG
Park Résidence
Industriestrasse 16
CH-6300 Zug
Switzerland
inquiry@bitcoinsuisse.ch

Guido Schmitz-Krummacher
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
guido.schmitz-krummacher@krummacher.com
guido.schmitz-krummacher@talentory.com
guido@addcon.nl
guidoschmitzkrummacher@addcon.nl
gschmitzkrummacher@addcon.nl
guidos@addcon.nl
guido.schmitzkrummacher@addcon.nl

Dated: December 15, 2017

/s/ Jacob A. Walker
Jacob A. Walker

# EXHIBIT A

**Brooke Jordy**

| | |
|---|---|
| **From:** | Jake Walker |
| **Sent:** | Friday, December 15, 2017 9:54 AM |
| **To:** | inquiry@bitcoinsuisse.ch |
| **Cc:** | Joel Fleming |
| **Subject:** | SUMMONS To: Bitcoin Suisse AG and Niklas Nikolajsen |
| **Attachments:** | N.D. Cal. 17-cv-07095 dckt 000008_001 filed 2017-12-14 Plaintiffs Memorandum of Law In Support of Ex Party Application for TRO[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000008_002 filed 2017-12-14 Certification Regarding Notice[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000008_003 filed 2017-12-14 Exhibit A[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000008_004 filed 2017-12-14 Proposed Order[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000010_000 filed 2017-12-14 Order Regarding Application for TRO[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000011_000 filed 2017-12-14 Ex Parte Application for Leave to Effect Electronic Service[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000011_001 filed 2017-12-14 Proposed Order[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000012_000 filed 2017-12-14 Order Granting Plaintiffs Ex Parte Application[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000001_000 filed 2017-12-13 Verified Complaint[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000001_001 filed 2017-12-13 Civil Cover Sheet[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000002_000 filed 2017-12-13 Summons[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000003_000 filed 2017-12-13 Notice of Appearance[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000005_000 filed 2017-12-14 Notice of Appearance[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000006_000 filed 2017-12-14 Related Case Order[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000007_000 filed 2017-12-14 Notice of Eligibility for Video Recording[1][1].pdf; N.D. Cal. 17-cv-07095 dckt 000008_000 filed 2017-12-14 Ex Parte Application for Temporary Restraining Order[1][1].pdf |
| **Importance:** | High |

## TO:  Bitcoin Suisse AG
## Niklas Nikolajsen

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

# SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules if Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. *See* Dkt. No. 12.

PLEASE SEE THE ATTACHED DOCUMENTS, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE. PLEASE NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER WILL BE HELD ON **TUESDAY, DECEMBER 19, 2017 AT 10 a.m.** IN COURTROOM 3, 17th FLOOR, UNITED STATES COURTHOUSE, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA.

—
Jacob A. Walker
**Block & Leviton LLP**
155 Federal Street, Suite 400, Boston, MA 02110
(617) 398-5617 direct

# EXHIBIT B

**Brooke Jordy**

| | |
|---|---|
| **From:** | Jake Walker |
| **Sent:** | Friday, December 15, 2017 9:54 AM |
| **To:** | contact@tezos.ch; support@tezos.ch |
| **Cc:** | Joel Fleming |
| **Subject:** | SUMMONS - To: Tezos Stiftung and Diego Ponz |
| **Attachments:** | N.D. Cal. 17-cv-07095 dckt 000001_000 filed 2017-12-13 Verified Complaint.pdf; N.D. Cal. 17-cv-07095 dckt 000001_001 filed 2017-12-13 Civil Cover Sheet.pdf; N.D. Cal. 17-cv-07095 dckt 000002_000 filed 2017-12-13 Summons.pdf; N.D. Cal. 17-cv-07095 dckt 000003_000 filed 2017-12-13 Notice of Appearance.pdf; N.D. Cal. 17-cv-07095 dckt 000005_000 filed 2017-12-14 Notice of Appearance.pdf; N.D. Cal. 17-cv-07095 dckt 000006_000 filed 2017-12-14 Related Case Order.pdf; N.D. Cal. 17-cv-07095 dckt 000007_000 filed 2017-12-14 Notice of Eligibility for Video Recording.pdf; N.D. Cal. 17-cv-07095 dckt 000008_000 filed 2017-12-14 Ex Parte Application for Temporary Restraining Order.pdf; N.D. Cal. 17-cv-07095 dckt 000008_001 filed 2017-12-14 Plaintiffs Memorandum of Law In Support of Ex Party Application for TRO.pdf; N.D. Cal. 17-cv-07095 dckt 000008_002 filed 2017-12-14 Certification Regarding Notice.pdf; N.D. Cal. 17-cv-07095 dckt 000008_003 filed 2017-12-14 Exhibit A.pdf; N.D. Cal. 17-cv-07095 dckt 000008_004 filed 2017-12-14 Proposed Order.pdf; N.D. Cal. 17-cv-07095 dckt 000010_000 filed 2017-12-14 Order Regarding Application for TRO.pdf; N.D. Cal. 17-cv-07095 dckt 000011_000 filed 2017-12-14 Ex Parte Application for Leave to Effect Electronic Service.pdf; N.D. Cal. 17-cv-07095 dckt 000011_001 filed 2017-12-14 Proposed Order.pdf; N.D. Cal. 17-cv-07095 dckt 000012_000 filed 2017-12-14 Order Granting Plaintiffs Ex Parte Application.pdf |
| **Importance:** | High |

## TO:  Tezos Stiftung
Diego Ponz

### UNITED STATES DISTRICT COURT
#### for the
#### Northern District of California

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

### SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

1

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules if Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. *See* Dkt. No. 12.

PLEASE SEE THE ATTACHED DOCUMENTS, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE. PLEASE NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER WILL BE HELD ON **TUESDAY, DECEMBER 19, 2017 AT 10 a.m.** IN COURTROOM 3, 17th FLOOR, UNITED STATES COURTHOUSE, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA.

—
Jacob A. Walker
**Block & Leviton LLP**
155 Federal Street, Suite 400, Boston, MA 02110
(617) 398-5617 direct

# EXHIBIT C

**Brooke Jordy**

| | |
|---|---|
| **From:** | Jake Walker |
| **Sent:** | Friday, December 15, 2017 9:55 AM |
| **To:** | johann@monetas.net |
| **Cc:** | Joel Fleming |
| **Subject:** | SUMMONS - To: Johann Gevers |
| **Attachments:** | N.D. Cal. 17-cv-07095 dckt 000008_001 filed 2017-12-14 Plaintiffs Memorandum of Law In Support of Ex Party Application for TRO.pdf; N.D. Cal. 17-cv-07095 dckt 000008_002 filed 2017-12-14 Certification Regarding Notice.pdf; N.D. Cal. 17-cv-07095 dckt 000008_003 filed 2017-12-14 Exhibit A.pdf; N.D. Cal. 17-cv-07095 dckt 000008_004 filed 2017-12-14 Proposed Order.pdf; N.D. Cal. 17-cv-07095 dckt 000010_000 filed 2017-12-14 Order Regarding Application for TRO.pdf; N.D. Cal. 17-cv-07095 dckt 000011_000 filed 2017-12-14 Ex Parte Application for Leave to Effect Electronic Service.pdf; N.D. Cal. 17-cv-07095 dckt 000011_001 filed 2017-12-14 Proposed Order.pdf; N.D. Cal. 17-cv-07095 dckt 000012_000 filed 2017-12-14 Order Granting Plaintiffs Ex Parte Application.pdf; N.D. Cal. 17-cv-07095 dckt 000001_000 filed 2017-12-13 Verified Complaint.pdf; N.D. Cal. 17-cv-07095 dckt 000001_001 filed 2017-12-13 Civil Cover Sheet.pdf; N.D. Cal. 17-cv-07095 dckt 000002 _000 filed 2017-12-13 Summons.pdf; N.D. Cal. 17-cv-07095 dckt 000003_000 filed 2017-12-13 Notice of Appearance.pdf; N.D. Cal. 17-cv-07095 dckt 000005_000 filed 2017-12-14 Notice of Appearance.pdf; N.D. Cal. 17-cv-07095 dckt 000006_000 filed 2017-12-14 Related Case Order.pdf; N.D. Cal. 17-cv-07095 dckt 000007_000 filed 2017-12-14 Notice of Eligibility for Video Recording.pdf; N.D. Cal. 17-cv-07095 dckt 000008_000 filed 2017-12-14 Ex Parte Application for Temporary Restraining Order.pdf |
| **Importance:** | High |

## TO:  Johann Gevers

### UNITED STATES DISTRICT COURT
#### for the
#### Northern District of California

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

### SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules if Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. *See* Dkt. No. 12.

PLEASE SEE THE ATTACHED DOCUMENTS, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE. PLEASE NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER WILL BE HELD ON **TUESDAY, DECEMBER 19, 2017 AT 10 a.m.** IN COURTROOM 3, 17th FLOOR, UNITED STATES COURTHOUSE, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA.


—
Jacob A. Walker
**Block & Leviton LLP**
155 Federal Street, Suite 400, Boston, MA 02110
(617) 398-5617 direct

# EXHIBIT D

**Brooke Jordy**

| | |
|---|---|
| **From:** | Jake Walker |
| **Sent:** | Friday, December 15, 2017 9:56 AM |
| **To:** | info@sielva-management.com |
| **Cc:** | Joel Fleming |
| **Subject:** | SUMMONS To: Guido Schmitz-Krummacher |
| **Attachments:** | N.D. Cal. 17-cv-07095 dckt 000001_000 filed 2017-12-13 Verified Complaint[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000001_001 filed 2017-12-13 Civil Cover Sheet[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000002_000 filed 2017-12-13 Summons[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000003_000 filed 2017-12-13 Notice of Appearance[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000005_000 filed 2017-12-14 Notice of Appearance[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000006_000 filed 2017-12-14 Related Case Order[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000007_000 filed 2017-12-14 Notice of Eligibility for Video Recording[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000008_000 filed 2017-12-14 Ex Parte Application for Temporary Restraining Order[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000008_001 filed 2017-12-14 Plaintiffs Memorandum of Law In Support of Ex Party Application for TRO[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000008_002 filed 2017-12-14 Certification Regarding Notice[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000008_003 filed 2017-12-14 Exhibit A[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000008_004 filed 2017-12-14 Proposed Order[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000010_000 filed 2017-12-14 Order Regarding Application for TRO[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000011_000 filed 2017-12-14 Ex Parte Application for Leave to Effect Electronic Service[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000011_001 filed 2017-12-14 Proposed Order[1][2].pdf; N.D. Cal. 17-cv-07095 dckt 000012_000 filed 2017-12-14 Order Granting Plaintiffs Ex Parte Application[1][2].pdf |
| **Importance:** | High |

## TO:  Guido Schmitz-Krummacher

### UNITED STATES DISTRICT COURT
#### for the
#### Northern District of California

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

### SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules if Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. *See* Dkt. No. 12.

PLEASE SEE THE ATTACHED DOCUMENTS, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE. PLEASE NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER WILL BE HELD ON **TUESDAY, DECEMBER 19, 2017 AT 10 a.m.** IN COURTROOM 3, 17th FLOOR, UNITED STATES COURTHOUSE, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA.

—
Jacob A. Walker
**Block & Leviton LLP**
155 Federal Street, Suite 400, Boston, MA 02110
(617) 398-5617 direct

# EXHIBIT E

Case 3:17-cv-07095-RS  Document 14  Filed 12/15/17  Page 19 of 23



**Block & Leviton LLP**
@BlockLevitonLLP

Follow

# @johanngevers

## A LAWSUIT HAS BEEN FILED AGAINST YOU.

## Please see the summons and other documents here: blockesq.com/tezos-lawsuit/

## The Court has authorized service of this summons via electronic means. See Dkt. No. 12.



for the

Northern District of California

BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated

)
)
)
)
*Plaintiff(s)*                                                    )
v.                                               )          Civil Action No.
Dynamic Ledger Solutions, Inc., et al.           )
)
)
)
*Defendant(s)*                                        )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Reed R. Kathrein (139304)
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              750 Hearst Avenue, Suite 202
                              Berkeley, CA 94710
                              Telephone: (510) 725-3000; Facsimile: (510) 725-3001
                              reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

# EXHIBIT F

RECRUITER LITE

PROJECTS   CLIPBOARD   JOBS   INMAIL ANALYTICS   MORE

**Sent - Awaiting Response** ⌄

🔍 Search

InMail | Awaiting Response   10:34 AM
**Niklas Nikolajsen**
You: Summons to Niklas Nikolajsen

InMail | Awaiting Response   10:25 AM
**Guido Schmitz-Krummacher**
You: Summons to Guido Schmitz-Krummacher

**Niklas Nikolajsen** ⌄
.NET software architect & developer at WhiteAlp GmbH / CEO at Bitcoin Suisse AG

Joel Fleming
Associate, Block & Leviton LLP

Today, 10:34 AM

**Summons to Niklas Nikolajsen**

TO: Niklas Nikolajsen

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you
received it) – or 60 days if you are the United States or a United States agency, or an
officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) – you
must serve on the plaintiff an answer to the attached complaint or a motion under
Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served
on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. See Dkt. No.
12.

PLEASE SEE THE DOCUMENTS LINKED HERE: http://www.blockesq.com/tezos-
lawsuit/, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE. PLEASE
NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A
TEMPORARY RESTRAINING ORDER WILL BE HELD ON TUESDAY, DECEMBER 19, 2017

*Hold on, you can't reply until your InMail is accepted. Until then, you can send
another InMail to reach this prospect.*

Contact Info   + Add

Recruiting Tools

# EXHIBIT G

RECRUITER LITE

PROJECTS   CLIPBOARD   JOBS   INMAIL ANALYTICS   MORE

**Sent - Awaiting Response** ⌄

🔍 Search

InMail | Awaiting Response   10:34 AM
**Niklas Nikolajsen**
You: Summons to Niklas Nikolajsen

InMail | Awaiting Response   10:25 AM
**Guido Schmitz-Krummacher**
You: Summons to Guido Schmitz-Krummacher

**Guido Schmitz-Krummacher** ⌄
Managing Director at Sielva Management SA

Today, 10:25 AM

Summons to Guido Schmitz-Krummacher

TO: Guido Schmitz-Krummacher

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bruce MacDonald, individually and on behalf
Of all others similarly situated

v.

Dynamic Ledger Solutions, Inc., et al.

Case No. 3:17-cv-07095-RS

SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules if Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPRIO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

The Court has authorized service of this summons via electronic means. See Dkt. No. 12.

PLEASE SEE THE DOCUMENTS AVAILABLE AT THE FOLLOWING LINK: http://www.blockesq.com/tezos-lawsuit/, WHICH INCLUDE ALL DOCUMENTS FILED IN THIS CASE TO DATE, INCLUDING THE COURT-ISSUED SUMMONS. PLEASE NOTE DKT NO. 10, INDICATING THAT A HEARING REGARDING THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER WILL BE HELD ON TUESDAY, DECEMBER 19, 2017 AT 10 a.m. IN

ⓘ This opportunity was sent with an ending date of Dec 22
*Hold on, you can't reply to this conversation until your first message is accepted.*

Contact Info                    + Add

Recruiting Tools

Privacy & Terms ⌄   Feedback
Linked in   LinkedIn Corp. © 2017