Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN  and DOES 1-100, INCLUSIVE,<br><br>Defendants. | No. 3:17-cv-07095-RS<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATE OF SERVICE** |

Pursuant to L.R. 5-5, I certify that on December 15, 2017, I caused to be served copies of the foregoing STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE on the persons listed below at the addresses listed below.

Daniel Louis Sachs
COOLEY LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile:  (202) 842-7899
dsachs@cooley.com

Jeffrey Michael Kaban
Patrick Edward Gibbs
Samantha Anne Kirby
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
kabanjm@cooley.com
pgibbs@cooley.com
skirby@cooley.com

*Counsel for Distributed Ledger Solutions, Inc.*

Neal A. Potischman
Edmund Polubinski, III
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-3621
neal.potischman@davispolk.com
edmund.polubinski@davispolk.com

*Counsel for Tezos Stiftung (Tezos Foundation)*

Tezos Stiftung
Alpenstrasse 9
6300 Zug, Switzerland
Contact@tezos.ch
support@tezos.ch

Brian E. Klein (258486)
Scott M. Malzahn (229204)
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile:  (424) 652-7850
bklein@bakermarquart.com
smalzahn@bakermarquart.com

*Counsel for Arthur Breitman and Kathleen Breitman*

Timothy Cook Draper
Draper Associates
55 E. 3rd Avenue
San Mateo, CA 94401
plans@draper.vc
timothy@dfj.com
mail@drapervc.com
timothy.draper@msn.com
tim@drapervc.com
tdraper@prosper.com
tim@prosper.com

Johann Gevers
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
johann@gevers.net; johann@monetas.net;
jgevers@monetas.net;
johann.gevers@monetas.net;
johanngevers@monetas.net.

Guido Schmitz-Krummacher
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland

CERTIFICATE OF SERVICE
3:17-cv-07095-RS                                                                                                                - 1 -

| | | |
|---|---|---|
| 1 | Diego Ponz | guido.schmitz-krummacher@krummacher.com |
| 2 | c/o Tezos Stiftung | guido.schmitz-krummacher@talentory.com |
|   | Alpenstrasse 9 | guido@addcon.nl |
| 3 | 6300 Zug | guidoschmitzkrummacher@addcon.nl |
|   | Switzerland | gschmitzkrummacher@addcon.nl |
| 4 | Contact@tezos.ch; support@tezos.ch | guidos@addcon.nl |
|   |  | guido.schmitzkrummacher@addcon.nl |

Niklas Nikolajsen
Bitcoin Suisse AG
Park Résidence
Industriestrasse 16
CH-6300 Zug
Switzerland
inquiry@bitcoinsuisse.ch


Dated: December 15, 2017                    */s/ Joel Fleming*
                                              Joel Fleming

CERTIFICATE OF SERVICE
3:17-cv-07095-RS                                                                  - 2 -