Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendant Tezos Stiftung (the "Foundation"). The Foundation does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and service. The Foundation respectfully requests that all pleadings and other documents be addressed to and served upon Neal A. Potischman using the contact information set forth below.

> Neal A. Potischman
> DAVIS POLK & WARDWELL LLP
> 1600 El Camino Real
> Menlo Park, California 94025
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: neal.potischman@davispolk.com

Dated:  December 15, 2017                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:  */s/ Neal A. Potischman*
    Neal A. Potischman (SBN 254862)
    Serge A. Voronov (SBN 298655)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California  94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:      neal.potischman@davispolk.com
                serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*