Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN  and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.  17-cv-07095-RS<br><br>***EX PARTE* APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON NEWLY IDENTIFIED ADDRESSES FOR DEFENDANTS JOHANN GEVERS AND DIEGO PONZ (AKA DIEGO OLIVIER FERNANDEZ)** |

010721-11 1005284 V1

# APPLICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Bruce MacDonald ("Plaintiff") moves this Court pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure and Local Rule 7-10 for an order permitting permitting Plaintiff to effect electronic service on non-U.S.-resident defendants: Johann Gevers and Diego Ponz (aka Diego Olivier Fernandez) at additional email addresses newly identified by counsel for the Tezos Foundation.

Yesterday, the Court entered an Order Granting Plaintiff's Ex Parte Application For Leave To Effect Electronic Service On Defendants Resident Outside The United States, which permitted Plaintiff to serve the Swiss Defendants by electronic service at various addresses, which Plaintiff's counsel identified through Internet searches. ECF No. 12 (the "Service Order"). Plaintiff effected service on the Swiss Defendants at those addresses earlier today. *See* ECF No. 14.

Earlier this afternoon, after Plaintiff effected service pursuant to the Court's order, counsel for the Tezos Foundation contacted Plaintiff's counsel and identified two new email addresses for Defendants Gevers and Ponz (aka Diego Olivier Fernandez), stating:

> The following addresses are valid for Johann Gevers and Diego Olivier Fernandez, respectively:
>
> johann@gevers.net
> diegoolivierfernandezpons@gmail.com

In an abundance of caution and for all the reasons set forth in his prior application, Plaintiff asks that the Court enter an Order permitting electronic service on Defendants Gevers and Ponz at the additional newly identified email addresses provided by counsel for the Tezos Foundation.

This Application is based on this Application, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice and any additional argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: December 15, 2017      **HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)

| | |
|---|---|
| Jason M. Leviton, (*Pro Hac Vice* to be submitted)<br>Joel A. Fleming (281264)<br>Jacob A. Walker (271217)<br>**BLOCK & LEVITON LLP**<br>155 Federal Street, Suite 400<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Email: jason@blockesq.com<br>          joel@blockesq.com<br>          jake@blockesq.com | Peter E. Borkon (212596)<br>Danielle Charles (291237)<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: reed@hbsslaw.com<br>          peterb@hbsslaw.com<br>          daniellec@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com |

*Attorneys for Plaintiff*

APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE
ON NEWLY IDENTIFIED EMAIL ADDRESSES - 2
Case No.: 17-cv-07095-RS

# CERTIFICATE OF SERVICE

Pursuant to L.R. 5-5, I certify that on December 15, 2017, I caused to be served copies of the foregoing *EX PARTE* APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON NEWLY IDENTIFIED ADDRESSES FOR DEFENDANTS JOHANN GEVERS AND DIEGO PONZ (AKA DIEGO OLIVIER FERNANDEZ) on the persons listed below at the addresses listed below.

| | |
|---|---|
| Daniel Louis Sachs<br>COOLEY LLP<br>1299 Pennsylvania Ave NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 728-7114<br>Facsimile:  (202) 842-7899<br>dsachs@cooley.com<br><br>Jeffrey Michael Kaban<br>Patrick Edward Gibbs<br>Samantha Anne Kirby<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile:  (650) 849-7400<br>kabanjm@cooley.com<br>pgibbs@cooley.com<br>skirby@cooley.com<br><br>*Counsel for Distributed Ledger Solutions, Inc.*<br><br>Neal A. Potischman<br>Edmund Polubinski, III<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Telephone: (650) 752-2021<br>Facsimile: (650) 752-3621<br>neal.potischman@davispolk.com<br>edmund.polubinski@davispolk.com<br><br>*Counsel for Tezos Stiftung (Tezos Foundation)*<br><br>Diego Ponz<br>diegoolivierfernandezpons@gmail.com<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug | Brian E. Klein (258486)<br>Scott M. Malzahn (229204)<br>BAKER MARQUART LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7814<br>Facsimile:  (424) 652-7850<br>bklein@bakermarquart.com<br>smalzahn@bakermarquart.com<br><br>*Counsel for Arthur Breitman and Kathleen Breitman*<br><br>Timothy Cook Draper<br>Draper Associates<br>55 E. 3rd Avenue<br>San Mateo, CA 94401<br>plans@draper.vc<br>timothy@dfj.com<br>mail@drapervc.com<br>timothy.draper@msn.com<br>tim@drapervc.com<br>tdraper@prosper.com<br>tim@prosper.com<br><br>Johann Gevers<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>johann@gevers.net; johann@monetas.net;<br>jgevers@monetas.net;<br>johann.gevers@monetas.net;<br>johanngevers@monetas.net. |

CERTIFICATE OF SERVICE - 1
Case No.: 17-cv-07095-RS
010721-11 1005284 V1

Switzerland
Contact@tezos.ch; support@tezos.ch

Niklas Nikolajsen
Bitcoin Suisse AG
Park Résidence
Industriestrasse 16
CH-6300 Zug
Switzerland
inquiry@bitcoinsuisse.ch

Guido Schmitz-Krummacher
c/o Tezos Stiftung
Alpenstrasse 9
6300 Zug
Switzerland
guido.schmitz-krummacher@krummacher.com
guido.schmitz-krummacher@talentory.com
guido@addcon.nl
guidoschmitzkrummacher@addcon.nl
gschmitzkrummacher@addcon.nl
guidos@addcon.nl
guido.schmitzkrummacher@addcon.nl

Dated: December 15, 2017        /s/ *Joel Fleming*
                                Joel Fleming

CERTIFICATE OF SERVICE - 2
Case No.: 17-cv-07095-RS
010721-11 1005284 V1