Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**DEFENDANT TEZOS STIFTUNG'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tezos Stiftung (the "Foundation") makes the following disclosures through its undersigned counsel:

The Foundation is an autonomous legal entity organized under Swiss law and supervised by the Swiss Federal Foundation Supervisory Authority.  A Swiss foundation does not have shareholders or owners. Hence, the Foundation has no parent company, and no publicly held corporation owns 10% or more of the Foundation.

Dated:  December 15, 2017

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  */s/ Neal A. Potischman*
    Neal A. Potischman (SBN 254862)
    Serge A. Voronov (SBN 298655)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California  94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    Email:       neal.potischman@davispolk.com
                  serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*