| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
| | Facsimile: (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 9 | Facsimile:     (650) 849-7400 |
| | |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
| | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| | |
| 13 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC. |
| 14 | |
| 15 | UNITED STATES DISTRICT COURT |
| 16 | NORTHERN DISTRICT OF CALIFORNIA |
| 17 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 18 | BRUCE MACDONALD, Individually and on behalf of all others similarly situated, | Case No.  3:17-cv-07095-RS |
| 19 | | **DECLARATION OF JEFFREY M. KABAN IN SUPPORT OF DEFENDANT DYNAMIC LEDGER SOLUTIONS, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

I, Jeffrey M. Kaban, declare as follows:

1. I am a Partner with the law firm of Cooley LLP, counsel of record for Defendant Dynamic Ledgers Solutions, Inc., ("DLS") in the above-captioned matter. I am an attorney licensed to practice in the State of California and before the District Court for the Northern District of California.

2. This declaration is based on my personal knowledge of matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

3. I submit this declaration in support of Defendant DLS's Opposition to Plaintiff's Ex Parte Application For Temporary Restraining Order.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the "Tezos Overview," publically available at https://www.tezos.com/static/papers/Tezos_Overview.pdf.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the "Tezos Contribution and XTZ Allocation Terms and Explanatory Notes," publically available at https://www.tezos.ch/pages/static/Tezos%20Contribution%20Terms.pdf.

6. Attached hereto as **Exhibit 3** is a true and correct copy of "Diversifying the Portfolio of the Tezos Foundation," dated July 18, 2017 and publically available at https://www.tezos.ch/diversifying-the-portfolio-of-the-tezos-foundation.html.

7. Attached hereto as **Exhibit 4** is a true and correct copy of "August Update," dated August 10, 2017 and publically available at https://www.tezos.ch/august-update.html.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a press release issued by Block & Leviton LLP, entitled "Tezos ICO Investigated for Securities Fraud," dated October 20, 2017 and publically available at http://blockesq.com/case/?case=tezos&c=3.

9. Attached hereto as **Exhibit 6** is a true and correct copy of "Statement concerning the Tezos Crowd Contribution and the Tezos Foundation," dated November 13, 2017 and publically available at https://www.bitcoinsuisse.ch/tezos-statement/.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a press release issued by Hagens Berman Sobol Shapiro LLP, entitled "Hagens Berman Investigates Tezos (XTZ) Initial Coin Offering (ICO) and Notifies Participants of Class Actions," dated November 21, 2017 and publically

available at https://globenewswire.com/news-release/2017/11/21/1198134/0/en/Hagens-Berman-Investigates-Tezos-XTZ-Initial-Coin-Offering-ICO-and-Notifies-Participants-of-Class-Actions.html

11. Attached hereto as **Exhibit 8** is a true and correct copy of "Community Statement," publically available at http://www.tezos.help/community-statement.html.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed on the 15th day of December, 2017, in Palo Alto, California.

Dated: December 15, 2017      COOLEY LLP


/s/ *Jeffrey M. Kaban*
Jeffrey M. Kaban


### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: December 15, 2017      COOLEY LLP


/s/ *Patrick E. Gibbs*
Patrick E. Gibbs