# EXHIBIT 8

## Tezos.help

**STATEMENT**   **ENGLISH**   **GERMAN**   **FRENCH**   **RUSSIAN**   **KOREAN**   **CHINESE**

# Community Statement



The Tezos Foundation exists to enable the vision outlined in the Tezos Whitepaper. Given the behavior and inaction of the current board, we fail to see how they can satisfy this obligation. We wish the best for Mr. Gevers in his future endeavors, but changes need to be made immediately to the Foundation's board for it to fulfill its mission. We request that each board member consider the following as it determines the Foundation's future.

**The following are ways in which the Foundation has not met its obligation to advance the Tezos project and support a strong community:**

1. Critical lack of communication with the contributors, the larger development community, and the founders;
2. Failure to fund, support and engage with the developers in order to ready the network for launch;
3. Complete lack of management and failure to proceed with the project goals that were stated prior to the ICO;
4. Failure of the Foundation to engage and use a public relations firm in a timely manner, and delays in marketing and accruing of goodwill to the Tezos name;

5. The allegations of impropriety by Mr. Gevers;

6. Mr. Gevers leaking information to the press about internal foundation matters;

7. Mr. Gevers' failure to manage the Foundation in its intended fashion, as outlined by the charter and terms presented to the community. His misgovernance of a Foundation with a massive endowment, and his recent failure in other technology ventures;

**The following are the ways in which the community would like to see the situation resolved:**

1. Regardless of the current state or outcome of the audit, the immediate resignation or dismissal of Mr. Gevers. The Community no longer has confidence in his leadership;

2. Immediate clarification of whether Mr. Gevers did or did not attempt to pay himself 750,000 XTZ and whether he represented this bonus as being worth 300,000 CHF;

3. Publication to the wider community by the Foundation's legal counsel of the audit investigating Mr. Gevers' alleged misbehavior;

4. With immediate effect, the disbursement of a sizeable budget to the development team for the completion of network development, test and deployment;

5. With immediate effect, the disbursement of a sizeable budget for community program funding, such as, but not limited to, the funding of a bug bounty program, Tezos ancillary utilities such as wallets, delegation and baking software, Validator Audit program, community forums, and other such community projects that have self-funded so far;

6. Introduce governance procedures into the Foundation to take into account the voice of community members. The Foundation will work with the community to come up with an acceptable method of making sure that its voice is adequately considered.

The community is looking forward to rebuilding confidence in the Foundation upon Mr Gevers' departure. We trust in the remaining board members to swiftly take the appropriate action for the good of the community and the future of the Tezos project. Once again, we wish Mr. Gevers well in the future, but the Tezos Foundation is more important than any single person and changes need to be made immediately. As a community we are incredibly optimistic about the potential of Tezos. Arthur and the core team of developers are doing

an incredible job of moving work forward despite difficult circumstances. With changes to the board Tezos will move forward and reach the incredible potential that it has to revolutionize the blockchain sector.

| Name (can be pseudonym) | | Organization (optional) |

| Role (dev, delegate, contributor, etc.) |

**SIGN**    **RESET**

# Signed by 1,264 Members

| Name | Organization | Role |
| --- | --- | --- |
| Jonas Lamis | tezos.community, @tezoscommunity | Community leader |
| Stephen Andrews | TezBox, etzt.js, fi, LuckyTez | dev/contributor |
| Klassare | tezos.help | dev/contributor |
| Olaf Carlson-Wee | Polychain | crypto fanatic |

| Name | Organization | Role |
|---|---|---|
| rjespy | | contributor/dedicated community supporter |
| Mike Monohan | MyCryptoDelegate.com & @CryptoDelegate | Delegate, Community Leader, Tezos Advocate |
| Eli Ben-Sasson | Technion - Israel Institute of Technology | Professor of Computer Science |
| fredcy | ostez.com (first Tezos blockchain explorer) | dev/contributor |
| Forseti Tesseract | | Contributor, Community supporter |
| Zero-Hour-Zulu | | Contributor; Citizen, Commonwealth of Tezos |
| Zooko | Zcash | Advisor |
| ArsenalUnicorn | | Contributor/TezosMedia channel admin |
| Lucas Ryan | MetaStable Capital | Contributor |
| Zep | Nothing but time on my hands | contributor |

| Name | Organization | Role |
|------|-------------|------|
| Kate Sills | | dev/contributor |
| Andrew Miller | University of Illinois at Urbana-Champaign | Advisor |
| Farmer John | | Contributor, Community supporter |
| Emin Gun Sirer | Cornell University | Advisor |
| tezzy nutella | | dev/contributor |
| Bo Byrs | Tezzigator | delegate |
| Vlad Bialko | | Contributor; community member |
| Andreas Hassmann | tezos.blue (Schloss Lautereck Design) | Wallet development |
| aeaf123 | | Contributor, Community Supporter |
| Christian Burger | | Contributor |
| Evolve | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Coolhandcanuck | | Community member, contributor |
| anarcode | Tezberry Pi Baker | dev |
| mou | | contributor, community member |
| Nippon | | Contributor |
| Raleigh | Investment Company | Large Contributor |
| Les Borsai | Self | Contributor |
| lemonlyl | | Contributor |
| Vadim | | Contributor |
| Martin Pospěch | | dev/contributor |
| James Hogan | | Early backer, contributor, and volunteer |
| Zaki Manian | | Dev & Contributor |
| btald1331 | | Contributer |
| VJ | | Early backer, contributor, and volunteer |

| Name | Organization | Role |
|------|-------------|------|
| Carl Youngblood | Blockchain Utah | Organizer |
| h0v1g | | dev/contirbutor |
| edward caesar | Agoge Capital LLC | Managing Director |
| Hyunsang Cho | | Controbutor |
| Rodney B | | Contributor |
| zsbloc | | Contributor |
| Glebowski | | Contributor |
| Andrey Timofeev | Tezos | delegant |
| Milo Davis | | Developer |
| Derek Rose | | contributor |
| Christopher McKinlay | | dev |
| Alex R | | Contributor |
| TezzieQueen | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Sergey | | Investor |
| Papi | | Delegate |
| Matt L | | Contributor |
| Shane | | Investor |
| Rasim Talibov | | contributor |
| Maxim Loginov | | contributor |
| Sam | | Contributor |
| Ara D | | Contributor |
| Eetchibauls | | Contributor |
| EugeneZ | | Contributor, community member |
| Даниил Анохин | Tezos | Tezos |
| Chase E. Cox | | Contributor |
| Alex O. | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Christopher Goes | github.com/cwgoes/juvix | dev/contributor |
| Fatty | | Contributor |
| Optictopic | | Contributor |
| Textrapperr | | Contributor |
| Ricardo Williams | | Contributor |
| Bigtram888 | | contributor |
| Vyacheslav | | Contributor |
| Cam S | | Tezos Early supporter. |
| LLB | | dev/contirbutor |
| JT | | contributor |
| Adam F | | Contributor |
| Alex Zhang | Hitman | contributor |
| Buffy | | contributor |

| Name | Organization | Role |
| --- | --- | --- |
| kyon | japon | contributor |
| J. Wood | | Dev/Contributor |
| tokyo_on_rails | | Developer/Contributor |
| Michael Ford (mtford) | | Contributor |
| Guillaume L. | | Contributor |
| Matthew Smith | tezwallet.cc | Contributor, engineer |
| Daniel Priestley | | Contributer |
| mule | | Contributor |
| Abell68 | | Contributor, r/tezostrader moderator |
| Branko Stakeholder | | Contributor |
| Art13 | | Contributor |
| Max Zilla | | investor |
| azulmarino | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Duy Phan | Freelancer | contributor |
| Picop2es | PPS Rail | ICO Contributor |
| Ashish G | | Contributor |
| AT | | contributor/developer/supporter/enthusias |
| Branka Ristic | | contributor |
| Andrew Borisov | | contributor |
| Aleksey Falko | | Contributor |
| grasnette | | contributor |
| Blindripper85 | | contributor |
| T | | Contributor |
| Saqer | | contributor |
| Matt g | | Contributor |
| Cameron McGregor Dey | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Tim Hart | | contributor |
| shamhanito | | Contributor |
| Max | | contributor |
| GHAZI KECHAOU | | Contributor |
| Carl Leewai | | Contribitor |
| Justin Carter | justin@misthos.io | Contributor |
| Emmanuel B | tezos.community | contributor |
| Martin | | Contributor |
| Marcus J | | Contributor |
| Belgaard | | Developet |
| Chad Goedderz | | Contributor |
| Tomas Soukup | | contributor |
| jddebug | | contributor |

| Name | Organization | Role |
|------|-------------|------|
| kitezoz | | contributor ( +6M tezos ) |
| Mitezos | | Contributor |
| max tirone | maxtez-raspbaker | dev/contributor |
| Dan R. | | contributor |
| Sail | | Contributor |
| vidik | - | contributor |
| tz1UxbT61BqBXKhhPMDhMjkSoxE4E262WHUo | | Contributor |
| Raymond Durk | | Enthusiast |
| Doowon Seo | Tezos Community in South Korea | Contuributor, Community member |
| Jordi M | find a block sl | CIO |
| TAA | | Contributor |
| scrcx | | Contributor |
| Wiktor | Tezos | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| MJK | | Electrical and Electronic Engineer |
| Mato | | Contributor |
| Kevin Wharram | | Contributor |
| Sam Bohr | | Contributor |
| Alexander Gladky | | Contributror |
| ElMartino | | Contributor |
| Arbaz | | Contributor |
| `ytc | | Contributor |
| Cameron C | | contributor |
| Leon | | Contributor |
| Aqn | | Contributor |
| Drak | | developer |
| Charile | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Celso Teixeira | | Dev and Contributor |
| GMSaltarelli | | supporter |
| SSG | | Contributor |
| Nathan Senn | | Owner of 120k Tezos get your shit together! |
| John pryor | | Contributor |
| Ben | | Contributer |
| Matt | | Contributor |
| Elektor | | contributor/supporter |
| Max | | Contributor |
| Dudek | | Contributor |
| 1DrK44np3gMKuvcGeFVv | reddit.com/r/tezos/ | mod, contributor |
| Takatak | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Multiocracy | | dev/del/contributor |
| taeck soo jeon | Tezos Community in South Korea | Contributor, Community member |
| Mike s | | Contributor |
| Andrew L. | | contributor |
| Anon_Sydney_01 | Anon | Contributor |
| Nir | | Programmer |
| Daehoon Lee | tezos.community, @South Korea | Contributor, Community Member |
| Ahmad | | Investore |
| lorD_oF_SHA256dow | | Contributor |
| gi in kim | Tezos Community in South Korea | Contributor, Community member |
| Pedro de Almeida | | Contributor |
| Andrey | tezos.help | DEV / вкладчик |

| Name | Organization | Role |
| --- | --- | --- |
| 2NAnON6 | | contributor/dedicated community supporter |
| Albert Maciuk | | Contributor |
| Jack Fox | | Contributor |
| dario | | contributor |
| Charles | | Dev , Contributor |
| Arcandor | | contributor |
| Patrick Thompson | Mr. | Investor |
| bucsab12 | | Contributor |
| Jungjae Kim | Tezos Community in South Korea | Contributor, Community member |
| Hanh | HMMH COMPANY | GM |
| Léon P | | Contributor |
| M. Ceo | | Large Contributor |

| Name | Organization | Role |
|---|---|---|
| LightningFury | | Contributor |
| Tim Voskuilen | | Contributor |
| izy-tez | | contributor |
| jam10o | | Prospective app dev |
| clon | | contributor |
| Grefsbit | RF | Contibutor |
| Jonathan S. | | Contributor |
| Peter | | contributor |
| Craig Copans | | Contributor |
| AK | | dev/contributor |
| Minhyung Lee | Tezos Community | Community member |
| Song | | Contributor |
| Jimmy | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Johnny If. | | Contributor |
| naimBit | | delegate |
| TW | | Contributor |
| Eun young Park | Tezos.community in south korea | Contributor |
| Pyromania_blue | | Contributor |
| baptiste343 | | Contributor |
| Jeff R | | Contributor |
| Kirill | | contributor |
| daehyun park | Tezos Community in South Korea | Contributor, Community member |
| mncrypto | | investor and contributor |
| Ankur | | Contributor |
| Xmrex | | Contributor |
| AL | | Contributor |

| Name | Organization | Role |
|---|---|---|
| woojumbs | Tezos Community in South Korea | investor |
| Bolobao0609 | | contributor |
| wventura19 | | contributor |
| George | | Contributer |
| Kim | Tezos Community in South Korea | Contributor |
| BallD | | contributor |
| SklypasUZTezas | Sklypas | Contributor |
| Kevin Pinto | | Frontend Engineer |
| Stefan W. | | contributor/xtz enthusiast |
| Rob | | Contributor |
| Recovery1980 | | contributor |
| Fortsy | | Contributor |
| Rob Martin | | Contributer |

| Name | Organization | Role |
|---|---|---|
| Дмитрий | | investor |
| Daylight | | contributor |
| Mfrts | | Contributor |
| John M | | Investor |
| Akshay Petta | | Contributor |
| Joao | | contributor |
| Jacob A | | Contributor |
| Dizer | | Contributor |
| Konstantin Yurchenko | | Contributor |
| Maschi | | contributor |
| hatanart | | Contributor |
| Jake Olsone | | Contributor |
| Valerii Dudnyk | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| konrad | | Contributor, Community supporter |
| aerozavr | https://www.reddit.com/user/aerozavr/ | contributor |
| donghyun kim | Tezos community in South Korea | Contributor, Community member |
| Entire Tezos.ID Team | Tezos.ID Blockchain Explorer | Contributor & Community Ecosystem Proponent |
| Archie Brave | | Contributer |
| Luke Langley | | Contributed |
| Juan | | Contributor |
| Drakenicolas | | contributor |
| Nithin Eapen | Chance River | Contributor |
| Savej | | Contributor |
| Mearl | | Contributor/Dedicated Community Supporter |

| Name | Organization | Role |
|------|-------------|------|
| Blabla | | Contributor |
| Korona | | Contributor |
| JHD1 | | Contributor |
| Isabella | | Contributor |
| Focus OnCoins | Self funded | Contributor (Engineer) |
| Brad Barham | | Contributor |
| Bumfights11 | | Contributor |
| Ben Barham | | Contributor |
| Fabian | | Contributor |
| Josh Brown | | Contributor, Community Member |
| Aheisa | | Contributer |
| Steven Billy | | Contributor |
| Lorenzo Marinelli | Starfire Consulting LLC | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Gman | | contributor |
| khalid | | contributor |
| Shibu | | Contributor |
| Stefan Wilhelm | Firebird Asset Management N.Y. | institutional contributor |
| Pyokyungmi | Tezos Community in South Korea | Contributor, Community member |
| PatentiaPistorius | | contributor/crypto fanatic |
| Nolan Rangel | | Contributer |
| Igor Tarasov | | Вкладчик; член сообщества |
| Sandy Laurie | | Contributor |
| ironMaidn | | Contributor |
| Hokyun Park | Tezos Community in South Korea | Contributor |
| kincaiddev | | Contributor |

| Name | Organization | Role |
|---|---|---|
| Anonymous Professional and XTZ supporter | The largest managed cloud hosting provider in the world | Principal Engineer & Architect |
| Chris | | Contributor |
| Evgeny | | Contributor |
| Riosteel | | Contributor |
| Tom | | Investor |
| cho hye eun | Tezos Community in South Korea | 'Contributor, Community member |
| DonnyBaby | | Contributor |
| Zinco85 | | Contributor |
| Serdar Ulutas | | Contributor |
| Dave SK | | Contributor |
| Misuk eum | Tezos. Community in south korea | Community. Member Contributer |
| Massimo C. | | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| Larziz | Ucla | Contributor |
| Sergio Hernández | | Contributor |
| Bitcoin4you | | Contributor |
| Vishakh | Cryptonomic | Co-founder |
| Tyler Clark | Cryptonomic | co-founder |
| Augustin | | Contributor |
| Alexandre Conil | | Crypto fan |
| TezosPHL | | contributor |
| Blake | | Supporter/enthusiast |
| Deven Roads | | Contributor |
| Greg | | contributor |
| Joocru | | contributor/entepreneuer |
| Dave Donohue | Strange Brew Strategies | Friend |

| Name | Organization | Role |
|---|---|---|
| Sherlock | | Contributor |
| Masa.T | | contributor |
| pinsoul | | contributer |
| Mehmet Yildiz | | Contributor |
| Jeff Darcy | | Contributor |
| Stevie ice | | contributor |
| Pedro Doren | Tezos.Rocks | Contributor, Community supporter |
| Carlos Arlindo | | Contributor |
| NaGyeong Jung | Tezos Community in South Korea | Contributor, Commnity member |
| D'Haene Christopher | | Contributor |
| Simon Jameson | | Contributor |
| hobbes | | contributor |
| John Chuang | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| JohnDeanSton | | Contributer |
| Владимир Гагелия | time traveler | investor |
| BTCarchitect | | Contributor |
| Dinç | | Contributor |
| Christoph Weiss | | contributor |
| FT | | Contributor/dev |
| Adam Soffer | Digital Surgeons | Contributor |
| Thomas Newtown | | Contributor |
| Gobbelda | | Contributor |
| kim seon ho | Community in South Korea | 'Contributor, Community member |
| gasmi samir | | contributor |
| oscar ramirez | | contribuitor |
| Domainer | | supporter |

| Name | Organization | Role |
|---|---|---|
| Bigum | | Contibutor |
| Edje | | Contributor |
| Musil Vlad | Independent | Contr. |
| Erwan Ounn | Tezex | etc. |
| Burkhard Grosche | | Contributor |
| Amber | | Contributor |
| Jordan | | Contributor |
| Gonza | Argentina | contributor |
| Gerd VM | | Contributor |
| William H | | Investor |
| David Bannister | | Contributor |
| Ramonster | | Conteibutoe |
| Dave | | Contributor |

| Name | Organization | Role |
|---|---|---|
| bara | sinara | dev |
| SumoB | | Contributor |
| Brendan | | Contributer |
| Jakub | Investment fund | Contributor |
| Anon | | Contributor |
| tim cio | | contributer |
| T | | Tezos Advocate |
| Dinesh H | | Contributor |
| Mark Poyda | | Contributor |
| BLKLABS | | contributor |
| poolp | | Developer |
| Butcherss | | Contributor |
| Crypto Queen | | contributor/community member |

| Name | Organization | Role |
|------|--------------|------|
| Emo | | contributor |
| Alhambren | | Contributor |
| Andy K. | | Dev/Contributor |
| Roman | | dev/contributor |
| Kishan | | Contributor |
| Martin E. | | contributor |
| VP | | Contributor |
| primovalue | | contributor |
| MasterChief | | Fan |
| Orest | | Dev |
| Han van de Zee | | Contributor |
| Tony Mazetti | | contributor |
| Bob | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Hugo | | Contributor |
| Richard H Loy Jr | | contributor |
| MEGCalamar | | contributor |
| Tim | Hippo Money | CEO |
| John | | 200k tezos investors |
| ExclusiveCrypto | | Delegate |
| Phil Champagne | Wren Investment Group, LLC | contributor |
| Ronie | Gaming | Contributor |
| BitiBytes | | Contributor |
| M. T. | | Contributor |
| Duke T | | Investor |
| TheCryptoProfessor | | contributor |
| Almac | | contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Roman Bosák | | Investor, dev |
| Alex smith | | Contributor |
| jamal al bugmi | Investor | Owner |
| Alberto Barrios | | Contributor |
| Smarcil | | Contributor |
| Dao Xuan Tu | Viet Nam | contributor |
| Vijay | | Contributor |
| John OBrien | Strange Brew Strategies | comms / friend / fan |
| Fornace Ardente | None | Contributor |
| Dostia | | Contributor |
| Ismael Mojd | | Contributor |
| moneytrigz | | contributor |
| @knep | @knep | dev |

| Name | Organization | Role |
|---|---|---|
| Xuqzab | | Community member running multiple alphanet nodes and all around Tezos enthusiast |
| Dima | | Investor |
| tetri | | contributor |
| Tom B | | Fund Manager |
| Samuel D. Lotz | | Tezos Investor |
| Crypto D | | Developer |
| David Baccile | | Fan of all things Crypto |
| Juan Monclus | | Contributor |
| Martin Kaldamukov | | Contributor |
| Raidbak | | Contributor |
| Metin | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Dung nguyen | | Investor |
| Andres | | Contributor |
| gpunk | | dev/contributor |
| Deezee Ziemk | | Contributor |
| Ilya Maksakov | | dev |
| jullian | | contributor |
| Asbjørn | Cyber Wizards Inc | Dev |
| Rich | | Contributer |
| Janos | | Contributor |
| Gudjon | | Contributor |
| Clément | | Contributor |
| Eric D | | Contributor |
| Jack Skellington | | Delegate |

| Name | Organization | Role |
|---|---|---|
| D Davidson | | contributor |
| Juraj Selep | | simplestaking.com |
| BK | | Contributor |
| Taz | | Contributor and believer in a better blockchain |
| sjm | Fractalide | contributor |
| Michael Goodman | Self | Contributor |
| Felipe Araneda | | Contributor |
| GuvenUlu | | Contributor |
| Mantor1 | | Large contributor |
| ATUL SETH | | Contributor |
| BP | | Contributor |
| Rustem Ahsanov | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| PanamaTJ | | Contributor |
| razvanake | none | contributor |
| Alsacean | | Contributor |
| Battbot | | Contributor |
| Dan Kim | | Contributor |
| Alex M | | Contributor |
| greenbelt | | contributor |
| salim holden | 1978 | Contributer |
| David | | contributor |
| Kevin Fischer | Crypto Lotus | Fan |
| Gabru | Indiabits | Contributor |
| Mason Ensor | | Contributor |
| CryptoApath | None | Donator |

12/13/2017

| Name | Organization | Role |
|------|-------------|------|
| Pierre Entremont | Otium | Investor |
| Arturo Bandini | | Contributor |
| Sean | | Contributed |
| David Bozaan | | Contributor |
| KIHO TAK | Tezos Community in South Korea | CONTRIBUTOR |
| smokim87 | | Contributor |
| Onoms | invested my savings | Contributor |
| Redfield | | Contributor |
| Paul C | | Contributor |
| Reading | | Investment Advisor |
| Samoto88 | | Coder |
| Zakaria | AMGTZ | Contributor |
| Michael D | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Andrii Melnyk | Unteleported | contributor |
| cryptolarking | my own | director |
| Paulo Pedrosa | | contributor |
| db | | dev, contributor |
| SAIAN | | contributor |
| statusquont | | Supporter |
| Dlm360 | | Investor |
| Cesar | | Contributor |
| Lowie | | Contributor |
| Nathana Sharma | Singularity University | Author |
| Jareth M. | | Contributor |
| frido | | contributor |
| Jonathan | chainomatic.com | Dev & Delegate |

| Name | Organization | Role |
|------|--------------|------|
| Yarostlove | | Investor |
| pseudynom | | dev |
| Shaf meman | | Invester |
| Srinivas Iruvail | | Contributor |
| @melea_trader | melea | Contributor |
| alex | | investor |
| Rasel | | Contributor |
| Vdub | | Contributor |
| Francis Brunelle | | Decentralized Web enthusiast |
| Δdam Telegram | | Contributor |
| Kevin korbien | | Contributor |
| foeros | | etc |
| Matt F | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| BA | | Contributor |
| Robert | | Contributor |
| Mondo | | Contributor |
| Kymberly Brooke Jimmerson | designer | contributer |
| User123 | | Contributor |
| Anonymous For Now | | Large Contributor |
| Bui Phuong | | Contributor |
| Zed A | | contributor |
| Dasa | | Contributor |
| peza | | Contributor |
| Graeme | | Contributor |
| kongzizi | tezos china community | contributor |
| Nicholas | | Contributor |

12/13/2017

| Name | Organization | Role |
|------|-------------|------|
| cctez | ico | ico contributor |
| Travis Sapolin | | Contributor |
| Andrew M | | Tezos Community Member |
| Paul | | Investor |
| Rashmi | Individual | Contributor |
| DAECHUN KIM | Tezos Community in South Korea | Contributor, Community member |
| Josh Krokowski | | Supporter |
| Free Tezos | | Contributor |
| Tim Hortons | | contributor |
| Vijay | | Contributor |
| Andrew Beegle | | Contributor |
| Jack S. | | Contributor |
| Nhut Le | | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| xu song | Tezos | Contributor |
| Hakhee Kim | | Contributor |
| Prashant P. | | Dev/Contributor |
| Ev | Chainomatic | I'm a developer |
| Michael Tompkins | | Token holder |
| Varun Aggarwal | Facebook | Contributor |
| Luke Peach | | Contributor |
| Nashville | | Contributor |
| Alan Knitowski | Phunware, Inc. | PhunCoin Originator for Ethereum & Tezos Blockchain |
| Long John Silver | | Contributor |
| chae rin yang | Tezos Community in South Korea | Contributor, Community member |
| JONGMIN PARK | Tezos Community in South Korea | Contributor, Community member |

| Name | Organization | Role |
|------|-------------|------|
| Mikael | | Single contributor |
| Daycap1 | | Contributor |
| Jason Aiello | T.R.Scott Holdings Corp | Contributor |
| Sudhir | | Contributor |
| M Cho | | Contributor |
| liu zhan fei | tezos.community | contributer |
| Chalexov | Tezos Community | Investor-traider |
| Volkan demir | | Contr. |
| Jerry | One Extreme Solution | Owner & Investor via Bitcoin Suisse |
| jack | | interested party |
| MSTONE | | Contributor |
| Makr0n.network | LLC REC | Contributor |
| Radieer63 | | Supporter, contributor |

| Name | Organization | Role |
|------|--------------|------|
| Canifornian | | Contributor |
| andgren | | Contributer |
| Trevorlon JAINARAIN | | Contributor |
| Tim | | Dev/contributor |
| YunJongPil | Tezos Community in South Korea | Contributor, Community member |
| Trever | | Contributer |
| futureTez | | Contributor |
| LN | | contributor |
| k5zr8d | | Contributor |
| Arseniy Troshin | | Contributor |
| Satshi | | Contributor |
| JC | | contributor |
| Nicky Nguyen | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Ether Jesus | EZKoin | Contributor |
| JoeBlue | | Enthusiast/Contributor |
| Luz | | contributor |
| Martin Russell | | Delegate |
| Ozer ocek | | Contributor |
| HEEDONG KO | 'Tezos Community in South Korea' | 'Contributor, Community member |
| Kamrul | | Contributor |
| lagger | | contributor |
| 一万年 | China community | The community members |
| giko | | contributor |
| John | | Contributor |
| Cosmin L. Neagu | | contributor |
| Brent Estey | Digital Horizons Group, LLC. | Believer and Contributer |

| Name | Organization | Role |
|------|--------------|------|
| Linda | Stox | Dev |
| MALTE H | | Contributer |
| Mohnaz | | Contributor |
| Mikhael | | Contributor |
| Patrick | | Contributer |
| Gang Min Lee | | Contributor |
| Nguyen Tien Dat | | Dev/contributor |
| Thom Snijders | | Contributor |
| Ed | | Contributor |
| CORIIU SOLOMON | | contributor |
| Bart J | | Contributor |
| KingRaalam | | contributor |
| Kurakin Pavel | | Contributor |

| Name | Organization | Role |
|---|---|---|
| Master Bason | | Contributor |
| Michael Dunckel | | Contributor |
| Gowtham | | Investor |
| Orangegunner | | ICO participant |
| German | | Contributor |
| Frey Patrick | | Investor |
| Truong Thai Nguyen | 1981 | Dev |
| YONGSUP LEE | Tezos Community in South Korea | Contributor, Community member |
| David Hill | | Contributor |
| MustangSally | | Contributor - 10+ BTC, Community Supporter, Planning Ecosystem Dev, |
| Lessiuccio | | Contributor |
| Bence | self | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Lucas | | Contributor |
| metoo | | investor |
| Biff | | Donator |
| Daniel | | Investor |
| tangzq | Tezzie Fan | contributor |
| Chris | | Investor |
| Cryptano | | contributor |
| Dru | | contributor |
| fastermaster | | Contributor |
| Bob van Dijk | | dev/contributor |
| Branislav Konjevic | | contributor |
| Wgad | | Contributor |
| Brice | | Contributor |

| Name | Organization | Role |
|---|---|---|
| HeFo | | Contributor |
| Wanderer07 | | Contributor |
| Thomas | | Contributor |
| A N | | contributor |
| sanojcoin | | investor |
| Crypto_Enthusiast | | Contributor |
| Chris Nelson Christodoulou | CBIS | Financial Manager |
| Anh Tran | | Contributor |
| Itamar Alfassi | | Contributor |
| Mikemoc | | Contributor |
| wee | | Contributor |
| David | | Contributor |
| Drawingthesun | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Sam Bat | | Contributor |
| Teb1rek | | Contributor |
| Sam Volkering | Port Phillip Publishing / Southbank Investment Research | Cryptocurrency Advisor |
| Bernard V | | contributor |
| Sef95 | | contributor |
| A James | | Contributor |
| Arul | | contributor |
| Amar-Bos | | Contributor |
| Vlad | | Contributor |
| mrnonel | | contributor |
| Jón thór | | Contributor |
| Dan k | Health care | Contributer |

| Name | Organization | Role |
| --- | --- | --- |
| Jay Dee | | Contributor |
| Petras Jasinskas | | Contributor |
| Adam | | contributor |
| Swissclem | | Contributor |
| etomknudsen | | Contributor |
| Kelly Green | | investor |
| Heisenberg | | Contributor |
| MaxMuze | | Contributor |
| Tom Szabo | | Contributor |
| Ion Ardelean | | contributor |
| horse | continue capital | cofunder |
| Nikolay | | Contributor |
| Deisel | IDAC | IT Infrastructure |

| Name | Organization | Role |
|------|-------------|------|
| Chip Kalousek | | contributor |
| Machine | | Contibutor |
| lepuras | | Tezos holder |
| Top 5+ Contributor | | Contributor |
| kenuMo Yang | | etc |
| Ryan (aka iohex) | | contributor |
| Rob | | CTO of software company |
| Pabloxyo | | Contributor |
| Eamon McNamee | | Contributor |
| Borjana | | Contributor |
| Tezavivi | | Enthusiast & contributor |
| Tezziehopeful | | Contributor |
| Nate A | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Stevien Whitton | | Contributor |
| Yassine | | Contributeur |
| James dubois | | Contributor |
| Ryan Richardson | | Contributor |
| Alper ferudun | | Contributor |
| Dreuseff | | Contributor |
| RJ | | Contributor |
| David Sanford | | Contributor |
| marx hu | | contributor |
| Maurice | Falconer Deleones | Investor |
| mapor12 | | contributor |
| Stefan Attard Bason | | Contributor |
| AsBtc | | Dev |

| Name | Organization | Role |
|------|-------------|------|
| Nikki George | Tezos community member | Contributor |
| Eyon | | Contributor |
| bigshort | | contributor |
| Alexander | | contributor |
| Michael Yu | | Software Engineer |
| Sampson | | contributor |
| Geo | Tezos Supporter | Contributor |
| Sairisheek Muttukuru | | Contributed |
| cotchon | | contributeur |
| Gianni D | | Contributor |
| sardokan | | contributor |
| Sanj | | dev/contributor |
| Samster | | contributor |

| Name | Organization | Role |
|---|---|---|
| Lev | | Dev |
| tony yu | | contributer |
| Matthew Giess | | Contributor |
| Alexander Omelchenko | | Contributor |
| Alan | | contributor |
| J | | Contributor |
| catsigma | tezbridge | dev/contributor |
| AntFarmer | | Contributor |
| Mark Cuban | Radical Invesments | contributor |
| Blake | | Contributor |
| Hp | | Cobtributer |
| Rod | Patagonia Capital | Manager |
| gonecrypto | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Nick James | | contributor |
| SANGBO LEE | Tezos Community in South Korea | Contributor, Community member |
| Darren | | Contributor |
| onisazo | | Contributor |
| deeplizard | Oort cloud denizen | crypto fanatic |
| MARC SUAREZ | | contributor |
| Tzlove | | Developer |
| Pablo Lema | | Contributor |
| Catchayn | | dev/contibutor |
| Serkan Kızılay | Parami verin | Dev |
| Mayank Rastogi | | Contributor |
| BC | | contributor |
| Sagnrae D. | Tezos Community(South Korea) | investor |

| Name | Organization | Role |
|------|--------------|------|
| Jordan Suther | | Etc. |
| Vervelet | | Contributor |
| Le Hoang | | Contributor |
| Gaudis | | Contributeur |
| Maldan | | Contributor |
| MisterSavvy | | Contributor |
| santosh | | contributer |
| Greg | | Contributer |
| Dana | From kz | Contributor |
| Jihoon Seo | | contributor |
| Ju Peng | | contributor |
| Paul pham | | Contributor |
| Sean Cobbold | Mr | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| Mark Moltzan | | Early adopter |
| Chun-Qiang Lu | | contributor |
| Hai tran | | Contributor |
| Jason Spiegel | | Contributor |
| Anton Tochilov | | Contributor |
| xinxiao du | | Contributor |
| Avenir Baryshev | None | Crypto fan |
| Long Pham | | Contributor |
| LG | | dev/contributor |
| Iain s | | Contributor |
| Vassil Ivanov | | contributor |
| Tadej Phuprasert | Thailand | Contributor |
| Cryptopreneur | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| LekS | | contributor |
| Giancarlo Giuffra | | developer |
| J. Vidal | | Contributor |
| Tejinder Sandhu | | Contributor |
| Thomas Brunner | | Contributor |
| Ravil Bayramgalin | | contributor |
| Young seok Na | Tezos Community in South Korea | Contributor, Community member |
| Andy Hsiung | | Contributor |
| Ilya Timofeev | | contributor |
| Alberto | | Contributor |
| Alfredy | | contributor |
| OMVMir | | Dev |
| Byron | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Harvinder Dhami | Vybe | Contributor |
| Alexander Bonev | | contributor |
| Adrian S | | contributor |
| M S ( AUSTRALIA) | | CONTRIBUTOR |
| Aj | aj_livelife | Contributor |
| Rula | Galway Mayo Institute of Technology | contributor |
| Sunlight | | Contributor |
| ktorn | | contributor |
| Heisenberg | Korea | contributor |
| John Whelan | | Contributor |
| vovakrenk | | contributor |
| MKTS | | Contributor |
| Fredy Ramírez | Universidad Nacional de Caaguazú | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| XtzWins! | | Contributor |
| Robert C | | contributor |
| Zuri Zuba | | Contributor |
| boaz | midas | contributor |
| Igramul | | Anleger |
| cryptolvr | | contributor |
| Barack | CMT | contributor |
| vitaliy Vd | | delegate |
| Alexey | tez | contributor |
| Julien | | Contributor |
| Nicolas | | contributor |
| Marchas45 | | Contributer |
| Hai tran | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Daniel | | dev/contributer |
| taterb Mosele | | Contributor |
| Christopher Bell | C & C Fund Factory | Contributor |
| Chiro8x | Fkguru | R&D |
| Valeriy Umerenkov | | Contributor |
| Andrew J Moss | | Contributor |
| Phạm Ngọc Phúc | | Contributor |
| Hugh Lindsay | | Contributor |
| John Kenny | | Contributor |
| dzns | | contributor |
| StingRay Allen | | contributor |
| Toshi | University | Contributer |
| Nasher | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Josh Moffett | Bolivar | Contributer |
| Thanetb | | Contributor |
| Mikkel Krøijer | Stupid Miles | Contributer |
| Дмитрий | | вкладчик |
| Darren Griffin | | contributor, supporter |
| DigiRuben | | Investor |
| Charles Mander | | Contributor |
| Tanju Demir | tezos | Contributor |
| RobetStills | Tezos Block | CEO |
| Mospretmen | | Contributor |
| Chris Clark | Make Public | Contributor |
| Alexi Nedeltchev | | contributor |
| stoploss | | contributor |

| Name | Organization | Role |
|---|---|---|
| Marthinus Engelbrecht | | Contributor |
| superdoc | | contributor |
| chris lewis | tezos.help | Contributor; Citizen, Commonwealth of Tezos |
| spencer hudson | | contributor |
| Halil ibrahim Bilgin | Tezos | contributor |
| thomas | felker | contributor |
| Константин Попов | | Вкладчик |
| Derk van der Woude | | Contributer |
| bostiho | | contributor |
| Christopher Cordrey | | Contributor |
| Jur | | Investor |
| abd0 | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Podle | | contributor |
| james smith | | contributor |
| Paul Anthony | | Contributer |
| Pierre | | Contributor |
| Ace | USA | Contributor |
| Rooney | | CEO |
| Lincoln Cannon | Thrivous | Contributor |
| LV | | Contributor |
| Peter Haslam | | Contributor |
| Antoine A | | contributor |
| CryotoTurk09 | | Contributor |
| Aleksey K. | | investor |
| Shunsuke Kanari | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| Ronnie | | Contributor |
| David Angel | N/a | Investor |
| Ben | | Contributor |
| Travis Nowak | | Contributor |
| Joe A | | Contributor |
| Ppoliani | | Dev |
| Alexander | | investor |
| Alexander Valentinovich Gromov | alexander.kenway@gmail.com | Investor |
| Frank Fields | | Contributor |
| Paul Summers | | Contributor |
| Luap Eromgnol | | Community |
| MantasK | | Contributor |
| TimeForChange | Moderator | contributor |

| Name | Organization | Role |
|---|---|---|
| Ghulam Mujtaba | | Contributor |
| Mohamad Elmasri | McGill University | Contributor |
| James | Electronics | Engineer |
| Smccallum | | Investor |
| Massimo | | Contributor |
| Munbei | | Contributor |
| Sergey Levin | home | Tezos holder |
| Turkete | | Contributor |
| Xyedl | | Contributor |
| Fandetezos | | Cont |
| AGom | | Contributor |
| Damien | | Donator |
| Matt | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| mansoo | | contributor |
| Simon Williams | | Contributor |
| Austin Soutas | | Contributed |
| T.A | 5ch | Contributor |
| Mohammad Nauman | KryptoPal Inc | Contributor |
| Cryptonator | | Contributor |
| Jonathahn | | Contributor |
| csalas | | contributor |
| Ali Pattison | | Contributor & supporter |
| Michael Elko | | Supporter |
| Mladen Knezevic | K-ing | Contributor |
| Luke | | Contributor |
| Paul Johnson | | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| Prasant | ABC | DEV/contributer |
| Ruslan M | | Contributor |
| Vlad G. | | contributor |
| Aleks | | Dev |
| David Eakin | | Contributor |
| Andrew | | Contributor |
| david.b | | contributor |
| gabriel | | contributor |
| kiran | | contributor |
| Chris | None | Contributer |
| Vladimir P. | | Contributor |
| Ray Krist | | Contributor |
| John Smith | | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| Ram kumar | | Contributor |
| Sam Hawkins | | Delegate |
| SargeSarge | | Contributor |
| Eelco M | | Contributor |
| Neil O | | Contributor |
| ichi | | contributor |
| matiyin | | contributor |
| JackBurtonBr | reddit | Contributor |
| S M | | Contributor |
| Mikhail L | | Contributor |
| Brian Davey | | Contributer |
| Nebojša Mijailović | | Developer,contributor,supporter |
| fabricus | | contributor |

| Name | Organization | Role |
|------|--------------|------|
| TheCredibleHulk | | Contributor |
| Silver Point | | dev/contributor |
| Lynn Hampton | Tezos community | Contributor |
| Paul E Knag | | Contributor |
| Venkat | | Dev |
| Zoran Zanzabar | | Contributor |
| Bill Alkenov | Slevor | Contributor |
| JosephG | | Fan and contributor! |
| Reviken | | Contributor, Community Member |
| Samantha | | Contributer |
| xinan | | Contributor |
| Han van der Zee | | Contributer |
| Peterman | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Verno | | Investor |
| Hunter Zolomon | | Contributor |
| BG | | contributor |
| Arun ikon | 7bucks | Contributor |
| Lamboguy | | Contributor |
| Charles Wagner | | Contributor |
| NICK | | Developer |
| Tomwest | | Contributor |
| Fitzy | | Investor |
| Polo | Cryptonit | Analytic |
| Tsax | | Contributor |
| Igor CryptoManiac | | Contributor |
| 5t1ll | | contributor, community member |

| Name | Organization | Role |
|------|--------------|------|
| Cedric | | contributor |
| Artem A | AF | Contributor |
| Dmitry | Gazprom | dev |
| Tony Walker | Cryp-toe-pro | Trader |
| Sergo Ganchik | freelance | ivestor |
| Nero | | dev and designer |
| Ross Kupisiewicz | | Contributor |
| Mark | | Contributor |
| Bruno N R Alves | | Contributor |
| Jamy | | Contributor |
| cbecica | | Contributor |
| BJ Gallardo | | Contribute |
| Munaf Patel | I | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| hgMill80 | | Contributor |
| dr. EK | | contributor |
| Mason | | Contributor |
| David | Investment broker | Contributor |
| CoolTezor | | Contributor |
| Emmanuel | | Ico Investor |
| Rick.E | | Contributor |
| Povilas | Capital Fund | Contributor |
| Jack | Delta | Developer |
| Yuri | private | contributor |
| th4o | | Community |
| Kane Johnson | | Contributor |
| CLIVE MOLL | | SUPPORTER |

| Name | Organization | Role |
|------|-------------|------|
| Erwan | | investor |
| Asafe | | Investor |
| Rok | | contributor |
| Vitaly | | contributor |
| Elvin Fabre | | Contributor |
| Venema | | Contributor |
| Dave Rossman | | Contributor |
| Giridhar Varre | | Contributer |
| Tanguy Morelli | ECMA solutions inc | contributor |
| bgza | | Investor |
| chd10 | | Dev |
| Arjan | | contributor |
| YT Lee | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| KennyHoward | | Tezos Fan |
| CoinManiak | | Contributor |
| Adam R | | Contributor |
| Dev | | Contributor |
| BCL | IPC | Product Manager |
| Real_crobit | Free | contributer |
| Plesh | | Contributor |
| Axel | | Contributeur |
| Nikita Rastich | tezos.help | Contributor |
| Dawid | | investor |
| Phreak007 | | Contributor |
| martin | | contributor |
| dortang | | contributor |

| Name | Organization | Role |
|---|---|---|
| Stesy | | contributor |
| Fabio Ferrer | | Contributor |
| RodArauj | | Developer |
| jaime morales | | contributator |
| ajlcrypto | | Contributor |
| rdnkjdi | | Contributor |
| DrBeat | | Contributor |
| Fomotrader | | contributor |
| Dandidanillo | | Contributor |
| Ragin Cagin | | Investor |
| zhaoyu | | contributor |
| Isaak | | Contributor |
| Jerome T | | Contributor |

| Name | Organization | Role |
|------|-------------|------|
| Bennett Staley | | Contributor, future dev |
| Elated | | Contributor |
| Thomas shaw | | Investors |
| dredson1983 | | Delegate |
| Lxhxr | | Contributor |
| Edmund | | Contributor |
| David | | contributer |
| CryptoCyclops | Chief Robot among one-eyed robots | @cryptocyclops on Twitter. |
| Math | | Contributor |
| P GLVS | | Contributor |
| Javier Hermosa Martin | | Contributor |
| Neil Hooey | | Contributor |
| Wazoozal | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Arthur Li | Peking University | Researcher |
| David mor | | Contributor |
| Stephanie Perreault | | Contributor |
| Venkateshwaran Krishnan | | Investor |
| DON E | | CONTRIBUTOR |
| Nick | Tezos community | Supporter |
| Curtis johnson | | Contributed |
| Gds | | Contributor |
| Nicole Jones | | Contributor |
| Michael D | | Contributor |
| Cryptoinvestor | | contributor |
| r_bachman | | Contributor |
| Vlad | | contributor |

| Name | Organization | Role |
|------|-------------|------|
| Bullet105 | | Contributor |
| Meghan Kulkarni | | Contributor |
| Trash Panda | | Contributor |
| Peter | | Contributer |
| B.J.C. | | Contributor |
| Phuty | Enter Corporation Co., Ltd. | dev, delegate, contributor |
| Kerbdog | | Contributor |
| Mike Neal | | contributer |
| Smeagol | | Contributir |
| Samuel S Alarcon | | Contributor |
| wwx | | investor |
| kc | kc | contributor |
| Gotliep Swart | | Contributor |

| Name | Organization | Role |
|---|---|---|
| The Badger | | Investor |
| Gexborax | | вкладчик |
| Jay M | | Contributor |
| RavM | | Contributor |
| linyang | | contributor |
| Vincent Ginocchio | | contributor |
| Emmanuel | | Contributor |
| TOAN PHAM | | Contributor |
| Di Wu | | dev |
| Ian Hawk | | Contributor |
| Manas | | Contributor |
| JuDana | Banana Farmhouse | Contributor; blockchian enthusiast |
| Yossi Pich | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Slava | | Contributor |
| Adrian | | Contributor |
| Trader005 | | вкладчик |
| Will D | | Contributor |
| Long Alo | VNCEX - Vietnam coins Expert | Contributor |
| Dileban | | Investor |
| Gabriele | | Contributor |
| Iruwen | | Contributor |
| Asta Por | | Contributor |
| Steven | | Contributor |
| Kapil | | Contributor |
| J Thompson | | Contributor |
| Apple | | Contributor |

| Name | Organization | Role |
|---|---|---|
| Jonny Cass | | Contributor |
| AndresFromCaracas | | Contributor |
| Elin Gersin | | Contributor |
| Tanya | AZ Trading | Invester |
| John Galt | | Contributor |
| Ramonster | | Contributor |
| doracron | | contributor |
| Oranje | | Contributor |
| Stephen Brown | | ICO Investor |
| Nick Ostrom | | Investor |
| GM | | Contributor |
| Stevie | | contributer |
| Darkcoindavey | Tezos ICO Contributor | Contributor |

| Name | Organization | Role |
|---|---|---|
| Jonas Joneckis | | Contributor |
| Will Nixon | None | Contributor |
| Taffspeed | | Contributor |
| superresistant | | contributor, community member |
| It's me gsingh | | Contributing member |
| Emostones | | contributor |
| Chris Bibby | | Contributor |
| Shogo Ochiai | PT. VIPPLAZA | CTO |
| _V_ | | Contributor |
| Mad Max | | Contributor |
| Ronnie Sug | | Contributor |
| Ryan V | | Contributor |
| ALEJANDRO RONDON | | CONTRIBUTOR |

| Name | Organization | Role |
|---|---|---|
| Oleksandr | | вкладчик |
| Andrzej Omietanski | | Contributor |
| Sunny | | Contributor |
| Supporter | | contributer |
| Kanwar deep singh | | Contributor |
| Jean charles Brosse | UAB Baltijos Teikimas Europai | Contributor |
| Bohdan Serafimov | | contributor |
| Ribos | Institute | Contributor |
| Roger | | Investor |
| Eddy K | | Contributor |
| Jack B. | | contributor |
| Joe Baker | | Contributor |
| Thomas Alexander | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| withego | Tezos | contributor |
| kojim | | Contributor |
| Robert Kass | | contributor |
| Onur Naymanlar | | Tezos lover |
| ca84 | | dev |
| Rowland A. | | Contributor |
| Steve White | | Investor |
| Blaxxun | | Investor/Early backer |
| Forty-two | | contributor, community member |
| Gatis Druva | | contributor |
| Andrew H. | | Contributor |
| John Santos | Agent Plus | Contributor |
| Ryan schnaufer | | Contributer |

| Name | Organization | Role |
|------|--------------|------|
| paul north | | contributor |
| Adam carpenter | | Contributor |
| Versterrie | | Contributor |
| tal humy | | Dev |
| Wian | | Contributor |
| Weather | | Contributor, developer |
| Ulf | | Contributor |
| AlekseyMiheev | | DEV |
| Chris Given | | Contributor, Advocate, Champion Hodler |
| Eruton | | Contributor |
| Francois van Vuuren | | Contributor |
| Mark Rainbow | | developer |
| claudieux | | Contributor |

| Name | Organization | Role |
|---|---|---|
| Ted Mongoose | | Contributer |
| Guy.J | Tezcn.com | Dev/Contributor |
| Lord Pizza | | contributor |
| kapander2 | | Contributor |
| Bob Jane | | contributor |
| John Jones | | contributor |
| Quinn Allen | | Contributor |
| Holding | hodling.io | contributor |
| Adam s | | Contributor |
| Cenk | through Bitcoin Suisse | contributor |
| Gamoosa | | Contributor |
| James | | Contributor |
| Ezulike Benneth | Tezos community | Contributor/Tezos fan |

| Name | Organization | Role |
| --- | --- | --- |
| Dimsky | | Citizen,Commonwealth of Tezos |
| filthy itan | | Contributor |
| Poli | | Contributor |
| sangsikjang | | contributor |
| Tornado56 | | Contributor |
| Keith Williams | | Contributor |
| Matthew Thomas | | contributor |
| Andy Wilson | | Contributor |
| Gerasim Artem`ev | | minority investor |
| Sony Joseph | | App development |
| DinarID | | Contributor |
| Pompier | | Contributor |
| Alexander | | investor |

| Name | Organization | Role |
| --- | --- | --- |
| Raymond | | Contributor / Youtuber: Cryptomania |
| Andrei | | Contributor |
| Garrett | Personal Crytocurrency Venture | Contributor |
| Cyberlin | | Contributor |
| Bouncing Dead Cats | | Contributor (big-time) |
| James | Provae | Stakeholder |
| Konstantin | Russian Forest | Вкладчик |
| Christian | | Contributor |
| bluecollar | | Contributor |
| Tezman | | Contributor |
| TJ | | Early backer |
| John law | | Contributor |
| Boxson Liow | Individual | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Celio Teixeira | | Contributor |
| Tassadaq Arshad | | Contributor |
| fistfulofcoins | | contributor |
| David D | | Contributor |
| BP | | Contributor |
| TG | | Contributor |
| Nash | | Developer, supporter |
| Dean Patrick | G2H2 Capital | General Partner |
| Heidi Woodstead | | Community |
| MD | | Contributor |
| Jason S | | contributor |
| Twigg Dixon | | Contributor |
| mavee33 | | ico contributer |

| Name | Organization | Role |
| --- | --- | --- |
| Sbkunwar | | Contributer |
| TZinvestor | | Investor |
| Varun | | contributor |
| Kostas Mitroglou | pistolero | contributor |
| Ion Ardelean | | Contributor |
| Jim | | investor |
| Wim Koot | | Contributor |
| gusty | romania | contributor |
| Leigh Thomas | | Contributor |
| Sangkol | | Controbutor |
| Kane | Cryptomine | Contributor |
| MARIO GARCIA | | CONTRIBUTOR |
| Dorlanz | | Contributor |

| Name | Organization | Role |
|---|---|---|
| Rezki El Mokaddam | Grow.ma | CEO |
| Val | | Contributor |
| Jyulliano Arruda Ferraro Rocha | | Contributor |
| Aj | | Contributor |
| Dillon F | | Contributor |
| crypto__knight | | contributor |
| Anthony Stelluto | | Contributor |
| Hendrik Schutte | Personal | Contributor |
| Jovan Smith | | Interested Party and Voluntary Advocate for the Tezos good name. |
| George German | | Contributor |
| Mark Andromidas | | Contributor |
| Jacob Ko | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Jo | | Contributor |
| Srdjn1986 | | contributor/community suporter |
| Arp | | contributor |
| Combe | | Contributor |
| Gee S | | Investor |
| Erlend Fagerheim | | Contributor |
| Daniel Stacey | | Contributer |
| MsBillie | Momma Bear | Small investor in ICO |
| JJ | CS | Contributor |
| KLAUS | | Разработчик инвестор |
| Prabhakar | | Community |
| Shoraz | | Contributor |
| Mark Andromidas | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Quentin | | Contributor |
| Smyth | | Contributor |
| Jesse Baldwin | | contributor |
| Jason W | | Contributor |
| Andy Papa | tezos.help | Contributer |
| Wendy Smith | | investor |
| Chad H | | Contributor |
| Michael | | Contributor |
| Alec Martinson | | Contributor |
| Jon G | | Contributer |
| guyong eom | Tezos Community in South Korea | Contributor, Community member |
| Rajesh | | Contributor |
| Tom Roberts | | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Anon | | Investor |
| Hale Smirth | self | contributor |
| Melvin van Esch | Smartchain Capital B.V. | Contributor |
| Олеся | | Вкладчик |
| dns vckvc | | Contributor |
| Sam Lee | | Contributor |
| Jamil | | Contributor |
| AGom | | Contributor |
| John | | Contributor |
| Popov Maxim | | Contributor |
| Rolf | | contributor |
| Mahboob Ali | | Contributor |
| roflol67 | | Contributor |

12/13/2017

| Name | Organization | Role |
|------|--------------|------|
| Laurence Britten | | Contributor Tezos Investor |
| Actiondan17 | | Contributor |
| Martin Thomay | | contributor |
| Patrick Y | | Contributor |
| TezzyBear | | Contributor |
| Sascha | | (contributor) |
| Savvas | | Constributor |
| Martijn van Hoof | | contributor/delegate |
| musicalmind | | investor |
| Jev Bjorsell | | contributor |
| Shaun Belcher | | Contributor |
| Rocanonz | | contributor |
| MyInvest | | Contributor |

| Name | Organization | Role |
| --- | --- | --- |
| Jaime L. Davis | Noirtech | dev |
| Uppja | | contributer |
| ibrahim | whitehall cap | Contributor |
| Ireets Nevrav | | Developer |
| Gary | | Contributor |
| Léo Noël | | Contributor |
| Derick Arthur | | Contributor |
| Eric Ferrari | | Investor |
| Nick Anthony | PiMios | Contributor |
| Sam Wang | | dev/contributor |
| flattofat1063 | fromflattofat | ceo |
| Move Forward Please | | Contributor |
| Jamal | | contributer |

| Name | Organization | Role |
|------|-------------|------|
| Fern Stright | | contributor |
| Wayne | Tezos contributor | Contributor |
| Vladimir V | | investor |
| Sean M C | | Contributor |
| Matthew Timpane | | Contributor |
| Alvaro Recoba El Chino | | Contributor |
| Stanely Smith | | Tezos owner |
| Ali | | Contributer |
| Mike Anonymous | | contributor |
| Mathieu Frohlich | Squarp | Contributor |
| Bob Scott | Ropasco Limited | Chairman |
| Martin Polock | | contributor |
| Baptiste 343 | | Cintributor |

| Name | Organization | Role |
|------|--------------|------|
| UP | | Large contributor |
| lulu1988 | | contributor |
| Adam | | Contributor |
| styx | | contributor |
| Devnant | | Investor |
| Vakis | Supporter | Supporter |
| William Martens | | Contributor |
| Cryptowolf72 | | Contributor |
| Sean | | contributor |
| WILKIN SANTANA | | Contributor |
| Frank | | Crypto fanatic |
| zenzeek | | contributor |
| Chip Kalousek | Individual | Contributor |

| Name | Organization | Role |
|------|--------------|------|
| Getting impatienrt | | Contributer |
| Daffy | | Contributor |
| Jason X | | contributor |
| TTown | | Contributor |
| kyoungraekim | Contributor | tezos.help |
| James Allard | The Block Crypt | Contributor, Advisor, Writer |

© Tezos.help, All rights reserved      |      Not officially associated with the Tezos Foundation.      |      Contact