UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:17-cv-07095-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

This matter comes before the Court on the application of Plaintiff Bruce MacDonald ("Plaintiff") for an Order pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2) permitting Plaintiff to serve Defendants Johann Gevers and Diego Ponz (aka Diego Olivier Fernandez) by electronic means at additional newly identified email addresses.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Plaintiff's application as follows:

1. The Court GRANTS the Application, finding that Plaintiff has shown (1) Defendants Johann Gevers and Diego Ponz (aka Diego Olivier Fernandez) are not within any judicial district of the United States; (2) service by electronic means is not prohibited by any international agreement, (3) service by the electronic means specified below comports with constitutional notions of due process and is reasonably calculated to apprise the Swiss Defendants of the pendency of the action and afford them an opportunity to respond.

2. The Court hereby orders that Plaintiff may effect service on the above-identified defendants at the following additional email addresses:

   a. Upon **Diego Ponz (aka Diego Olivier Fernandez)** by email to diegoolivierfernandezpons@gmail.com.

   b. Upon **Johann Gevers** by email to johann@gevers.net

**DATED:** 12/15/17

_____
The Hon. Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION TO EFFECT ELECTRONIC SERVICE TO GEVERS AND PONZ
CASE NO. 17-CV-07095-RS
010721-11 1005287 V1

1

1  Presented by:

2  DATED: December 15, 2017  **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: reed@hbsslaw.com
         peterb@hbsslaw.com
         daniellec@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Jason M. Leviton (*pro hac vice to be submitted*)
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020
Email: jason@blockesq.com
         joel@blockesq.com
         jake@blockesq.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION TO EFFECT ELECTRONIC SERVICE TO GEVERS AND PONZ
CASE NO. 17-CV-07095-RS
010721-11 1005287 V1

2