Jason M. Leviton, *pro hac vice to be submitted*
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Email:   jason@blockesq.com
         joel@blockesq.com
         jake@blockesq.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.  17-cv-07095-RS<br><br>**SUPPLEMENTAL DECLARATION OF JOEL FLEMING IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Joel Fleming, depose and state:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney of record for Plaintiff Bruce MacDonald in the above-captioned matter. This declaration is based on my personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently as follows.

2. The website http://www.reddit.com hosts a message board (or "subreddit") devoted to the Tezos project: https://www.reddit.com/r/tezos. In the last 24 hours, a user named "GuidoSchmitz"—who claims to be Defendant Guido Schmitz-Krummacher—has made a series of posts and comments on the Tezos subreddit disclosing additional information about the Tezos Foundation and the dispute amongst Defendants. Certain of those posts/comments are relevant to the issues presented by Plaintiff's *Ex Parte* Application for a Temporary Restraining Order, scheduled to be heard by the Court tomorrow at 10:00 a.m.

3. At approximately 2:00 a.m. Pacific Time today, the GuidoSchmitz user account made the following post titled "Banks and Developers":

> I can understand, that it seems to be very strange, that the foundation has so much money and is not paying the developers. Very strange! The truth behind it is: Budget was for sure released to pay the developers for may months and increase the number as well. But then the media about Tezos came in and made banks and authorities nervous. Really nearly over night the policy changed and stopped nearly everything. **Most of the banks in Switzerlandand are not paying out any more Fiat, which origin was an ICO or Crytpo - or only after a very deep check and only to really external / third partners.** So - according to Tezos Media - a couple of foundations searching for new banks and this is extremly difficult in Switzerland or else to get one.And Tezos is a black sheep now anyway. So the remaining board needs your full support, that this topic is solved. And positive news about Tezos! So all the people coming up with legal claims are just doing the opposite. As mentioned before - the money and assets have still been there, when I left. But the board has to work to get the flexibility back, to support all needed projects including developers (and increase of the number of developers as well).

(emphasis added)

4. A true and accurate copy of the Reddit website showing this post is attached hereto as Exhibit A.

5. In a comment to another user's post, made at approximately 6:00 a.m. Pacific

time today, the GuidoSchmitz user account stated:

> **banks don't want to do any transactions on money raised up for crypto without KYC [Know Your Customer].** But they are not treating this all aligned. But Tezos has a case on that and the board is hard working to solve it. All knowing, that Tezos needs motivated developers to finish the protocol.

(emphasis added)

6. A true and accurate copy of the Reddit website showing this comment is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2017.                                           /s/ Joel Fleming
                                                                                                    Joel Fleming


**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5-5, I certify that on December 18, 2017, I caused to be served copies of the foregoing **SUPPLEMENTAL DECLARATION OF JOEL FLEMING IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** on the persons listed below at the addresses listed below.

| | |
|---|---|
| Daniel Louis Sachs<br>COOLEY LLP<br>1299 Pennsylvania Ave NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 728-7114<br>Facsimile: (202) 842-7899<br>dsachs@cooley.com | Brian E. Klein (258486)<br>Scott M. Malzahn (229204)<br>BAKER MARQUART LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (424) 652-7814<br>Facsimile: (424) 652-7850<br>bklein@bakermarquart.com<br>smalzahn@bakermarquart.com |
| Jeffrey Michael Kaban<br>Patrick Edward Gibbs<br>Samantha Anne Kirby<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>kabanjm@cooley.com<br>pgibbs@cooley.com<br>skirby@cooley.com<br><br>*Counsel for Distributed Ledger Solutions, Inc.* | *Counsel for Arthur Breitman and Kathleen Breitman*<br><br>Timothy Cook Draper<br>Draper Associates<br>55 E. 3rd Avenue<br>San Mateo, CA 94401<br>plans@draper.vc;<br>timothy@dfj.com;<br>mail@drapervc.com;<br>timothy.draper@msn.com;<br>tim@drapervc.com;<br>tdraper@prosper.com;<br>tim@prosper.com. |
| Neal A. Potischman<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>neal.potischman@davispolk.com<br>+1 (650) 752-2021 phone<br>+1 (650) 752-3621 fax<br><br>*Counsel for Tezos Stiftung*<br><br>Diego Ponz<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland | Johann Gevers<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland<br>johann@gevers.net; johann@monetas.net;<br>jgevers@monetas.net;<br>johann.gevers@monetas.net;<br>johanngevers@monetas.net;<br>johann@gevers.net.<br><br>Guido Schmitz-Krummacher<br>c/o Tezos Stiftung<br>Alpenstrasse 9 |


| | |
|---|---|
| Contact@tezos.ch; support@tezos.ch; diegoolivierfernandezpons@gmail.com. <br><br> Niklas Nikolajsen <br> Bitcoin Suisse AG <br> Park Résidence <br> Industriestrasse 16 <br> CH-6300 Zug <br> Switzerland <br> inquiry@bitcoinsuisse.ch | 6300 Zug <br> Switzerland <br> guido.schmitz-krummacher@krummacher.com; <br> guido.schmitz-krummacher@talentory.com; <br> guido@addcon.nl; <br> guidoschmitzkrummacher@addcon.nl; <br> gschmitzkrummacher@addcon.nl; <br> guidos@addcon.nl; <br> guido.schmitzkrummacher@addcon.nl. |

Dated: December 18, 2017                    /s/ Joel A. Fleming
                                            Joel A. Fleming

# Exhibit A



## Bank and Developers (self.tezos)
submitted 5 hours ago by GuidoSchmitz

I can understand, that it seems to be very strange, that the foundation has so much money and is not paying the developers. Very strange! The truth behind it is: Budget was for sure released to pay the developers for may months and increase the number as well. But then the media about Tezos came in and made banks and authorities nervous. Really nearly over night the policy changed and stopped nearly everything. Most of the banks in Switzerlandand are not paying out any more Fiat, which origin was an ICO or Crytpo - or only after a very deep check and only to really external / third partners. So - according to Tezos Media - a couple of foundations searching for new banks and this is extremly difficult in Switzerland or else to get one.And Tezos is a black sheep now anyway. So the remaining board needs your full support, that this topic is solved. And positive news about Tezos! So all the people coming up with legal claims are just doing the opposite. As mentioned before - the money and assets have still been there, when I left. But the board has to work to get the flexibility back, to support all needed projects including developers (and increase of the number of developers as well).

28 comments   share   save   hide   report

---

all 28 comments

sorted by: best

**WANT TO ADD TO THE DISCUSSION?**
Post a comment!

CREATE AN ACCOUNT

  tokyo_on_rails  7 points 4 hours ago

You have over a billion dollars in crypto and you can't figure out how to pay for something without Swiss fiat?

permalink   embed   save   report   reply

   cryptoaccount2  1 point 4 hours ago

   Some of you asked, why the foundation can not just give the money back?
   Please read my post about Swiss Foundation. Conclusion is, if money is given to a foundation, you can not reimburse it, because you have certain laws and regulations hindering it. Please listen here not only to rumors or attorneys, who will tell you alot of rumors and stories. Make yourself familiar with the foundation construction. Normally - if money was







# Exhibit B

