AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Dynamic Ledger Solutions, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. CV 17-7095 RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
750 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000; Facsimile: (510) 725-3001
reed@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

Date: December 18, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 17-7095 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT A

DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation

    c/o registered agent
    HARVARD BUSINESS SERVICES, INC.
    16192 COASTAL HWY
    LEWES, DE   19958
    Phone: 302-645-7400

TEZOS STIFTUNG, a Swiss Foundation

KATHLEEN BREITMAN, an Individual

ARTHUR BREITMAN, an Individual

TIMOTHY COOK DRAPER, an Individual

DRAPER ASSOCIATES, a California Entity of Unknown Formation

JOHANN GEVERS, an Individual

DIEGO PONZ, an Individual

GUIDO SCHMITZ-KRUMMACHER, an Individual

BITCOIN SUISSE AG, a Swiss Entity of Unknown Formation

NIKLAS NIKOLAJSEN, an Individual