1  CHRISTOPHER L. WANGER (Bar No. CA 164751)
   cwanger@manatt.com
2  ANA G. GUARDADO (Bar No. CA 286732)
   AGuardado@manatt.com
3  MANATT, PHELPS & PHILLIPS, LLP
   One Embarcadero Center
4  30th Floor
   San Francisco, CA  94111
5  Telephone:  (415) 291-7400
   Facsimile:   (415) 291-7474
6
   Attorneys for Defendants
7  TIMOTHY C. DRAPER and DRAPER ASSOCIATES V
   CRYPTO LLC, a Delaware limited liability company
8

9                UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-RS |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC** |
| vs. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Defendants Timothy C.
2  Draper and Draper Associates V Crypto LLC that as of this date, other than the named parties
3  there is no such interest to report.

4  Dated:  December 18, 2017                MANATT, PHELPS & PHILLIPS, LLP

6  By: /s/ Christopher L. Wanger
   Christopher L. Wanger
7  Attorneys for Defendant TIMOTHY C.
   DRAPER and DRAPER ASSOCIATES V
8  CRYPTO LLC, a Delaware limited liability
   company