1 | CHRISTOPHER L. WANGER (Bar No. CA 164751)
cwanger@manatt.com
2 | ANA G. GUARDADO (Bar No. CA 286732)
AGuardado@manatt.com
3 | MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
4 | 30th Floor
San Francisco, CA  94111
5 | Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474
6 |
7 | Attorneys for Defendants
TIMOTHY C. DRAPER and DRAPER ASSOCIATES V
CRYPTO LLC, a Delaware limited liability company
8 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT OF DRAPER ASSOCIATES V CRYPTO LLC** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DRAPER ASSOCIATES CORPORATE DISCLOSURE**
**CASE NO. 3:17-CV-07095-RS**

1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Draper Associates V Crypto LLC makes the following disclosures through its counsel: (1) Draper Associates V Crypto LLC is a Delaware limited liability company; (2) it has no parent corporation; and (3) it has not issued any stock and thus no publicly held corporation owns its stock.

Dated:  December 18, 2017                    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christopher L. Wanger
Christopher L. Wanger
Attorneys for Defendants TIMOTHY C. DRAPER and DRAPER ASSOCIATES V CRYPTO LLC, a Delaware limited liability company