BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**NOTICE OF APPEARANCE OF BRIAN E. KLEIN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Brian E. Klein of the law firm Baker Marquart LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter. Effective immediately, please add Brian E. Klein as the lead attorney to be noticed on all matters at the following address:

Brian E. Klein

BAKER MARQUART LLP

2029 Century Park East, Sixteenth Floor

Los Angeles, CA 90067

Telephone: (424) 652-7800

Facsmile: (424) 652-7850

E-Mail: bklein@bakermarquart.com

Dated:   December 22, 2017                      Respectfully Submitted,

                                               BAKER MARQUART LLP


                                               By:   /s/ Brian E. Klein
                                                     Brian E. Klein
                                                     Attorneys for Defendant
                                                     DYNAMIC LEDGER SOLUTIONS, INC., a
                                                     Delaware corporation