1  Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
2  DAVIS POLK & WARDWELL LLP
1600 El Camino Real
3  Menlo Park, California  94025
Telephone:  (650) 752-2000
4  Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
5         serge.voronov@davispolk.com

6  *Attorneys for Defendant Tezos Stiftung*

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, ) | ) Case No. 3:17-cv-07095-RS |
| 12  ) | ) |
| Plaintiff, ) | ) |
| 13  ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER REGARDING SERVICE ON** |
| 14  ) | **DEFENDANTS RESIDENT OUTSIDE** |
| DYNAMIC LEDGER SOLUTIONS, INC., a ) | **THE UNITED STATES (ECF NO. 12)** |
| 15  Delaware corporation, TEZOS STIFTUNG, a ) | |
| Swiss Foundation, KATHLEEN BREITMAN, ) | |
| 16  an Individual, ARTHUR BREITMAN, an ) | |
| Individual, TIMOTHY COOK DRAPER, an ) | |
| 17  individual, DRAPER ASSOCIATES, ) | |
| JOHANN GEVERS, DIEGO PONZ, GUIDO ) | |
| 18  SCHMITZ-KRUMMACHER, BITCOIN ) | |
| SUISSE AG, NIKLAS NIKOLAJSEN and ) | |
| 19  DOES 1-100, INCLUSIVE, ) | |
| ) | |
| 20  Defendants. ) | |
| ) | |

21

22

23

24

25

26

27

28

1    WHEREAS plaintiff commenced the above-captioned action on December 13, 2017;

2    WHEREAS on December 14, 2017, plaintiff filed an *ex parte* application asking the Court

3    to approve electronic service of defendants Tezos Stiftung (the "Foundation"), Johann Gevers,

4    Diego Fernandez, Guido Schmitz-Krummacher, Bitcoin Suisse AG, and Niklas Nikolajsen (ECF

5    No. 11);

6    WHEREAS on December 14, 2017, the Court entered an Order approving that request (the

7    "Order") (ECF No. 12);

8    WHEREAS the undersigned parties have met and conferred regarding the topic of service

9    and the deadline for the undersigned defendants to answer, move to dismiss, or otherwise respond

10   to the complaint;

11   WHEREAS in order to avoid motion practice with respect to the Order or the issue of

12   service more generally, the Foundation, Mr. Gevers, Mr. Fernandez, Bitcoin Suisse AG, and Mr.

13   Nikolajsen (the "Stipulating Defendants") have agreed to waive service of the summons and

14   complaint, and that they will not contest the validity of such waived service;

15   WHEREAS in exchange for the Stipulating Defendants' agreement to waive service of the

16   summons and complaint, plaintiff has agreed to join the Stipulating Defendants in requesting that

17   the Court vacate that portion of the Order that allowed for them to be served electronically;

18   WHEREAS the Stipulating Defendants do not consent to, and in fact contest, the Court's

19   exercise of personal jurisdiction over them as well as the propriety of venue of this action;

20   WHEREAS this stipulation has no bearing as to the Court's Order as it pertains to any other

21   defendant;

22   NOW, THEREFORE, the undersigned parties hereby request that the Court vacate that

23   portion of its Order that allowed for the Stipulating Defendants to be served electronically, and

24   agree that the Stipulating Defendants' deadline to answer, move to dismiss, or otherwise respond to

25   the complaint shall be March 6, 2018.

26

27

28

1

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

1   Dated: __January 5, 2017__                Respectfully Submitted,

2                                             DAVIS POLK & WARDWELL LLP

3

4                                             By:  */s/ Neal A. Potischman*
                                                  Neal A. Potischman (SBN 254862)
5                                                 Serge A. Voronov (SBN 298655)
                                                  DAVIS POLK & WARDWELL LLP
6                                                 1600 El Camino Real
                                                  Menlo Park, California  94025
7                                                 Telephone: (650) 752-2000
                                                  Facsimile:  (650) 752-2111
8                                                 Email:      neal.potischman@davispolk.com
                                                              serge.voronov@davispolk.com
9
                                                  *Attorneys for Defendant Tezos Stiftung*
10

11
    Dated: __January 5, 2017__                HAGENS BERMAN SOBOL SHAPIRO LLP
12

13
                                              By:  */s/ Reed R. Kathrein*
14                                                 Reed R. Kathrein (139304)
                                                   Peter E. Borkon (212596)
15                                                 Danielle Charles (291237)
                                                   715 Hearst Ave., Suite 202
16                                                 Berkeley, CA 94710
    Jason M. Leviton, *pro hac vice to be submitted*   Telephone: (510) 725-3000
17  Joel A. Fleming (281264)                       Facsimile: (510) 725-3001
    Jacob A. Walker (271217)                       Email:      reed@hbsslaw.com
18  BLOCK & LEVITON LLP                                        peterb@hbsslaw.com
    155 Federal Street, Suite 400                             daniellec@hbsslaw.com
19  Boston, MA 02110
    Telephone: (617) 398-5600
20  Email:      jason@blockesq.com               Steve W. Berman
                joel@blockesq.com                HAGENS BERMAN SOBOL SHAPIRO LLP
21              jake@blockesq.com                1918 Eighth Avenue, Suite 3300
                                                 Seattle, WA 98101
22                                               Telephone: (206) 623-7292
                                                 Facsimile: (206) 623-0594
23                                               Email:      steve@hbsslaw.com

24                                               *Attorneys for Plaintiff*

25

26

27

28
                                                  2

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

1    Dated:  January 5, 2017                        BROWN RUDNICK LLP

2

3                                            By:  */s/ Leo J. Presiado*
                                                 Leo J. Presiado (SBN 166721)
4                                                BROWN RUDNICK LLP
                                                 2211 Michelson Drive, 7th Floor
5                                                Irvine, CA 92612
                                                 Telephone: (949) 752-7100
6                                                Facsimile: (949) 252-1514
                                                 Email:      lpresiado@brownrudnick.com
7

8                                                -and-

9                                                Sigmund S. Wissner-Gross (*pro hac vice to be
                                                 submitted*)
10                                               Jessica N. Meyers (*pro hac vice to be submitted*)
                                                 BROWN RUDNICK LLP
11                                               Seven Times Square
                                                 New York, NY 10036
12                                               Telephone: (212) 209-4800
                                                 Email:      swissner-gross@brownrudnick.com
13                                                           jmeyers@brownrudnick.com

14                                               *Attorneys for Bitcoin Suisse AG and Niklas
                                                 Nikolajsen*
15

16
     Dated:  January 5, 2017                        DIEGO OLIVIER FERNANDEZ PONS
17

18

19                                           By:  */s/ Diego Olivier Fernandez Pons*
                                                 Diego Olivier Fernandez Pons
20
                                                 *Pro Se*
21

22

23

24

25

26

27

28                                              3

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

1    Dated:  January 5, 2017                    JOHANN GEVERS

2

3                                      By:  */s/ Johann Gevers*
                                            Johann Gevers

4
                                            *Pro Se*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           4

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

1

**SIGNATURE ATTESTATION**

2          Pursuant to Civil L. R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3   filing of this document has been obtained from Reed R. Kathrein and Leo J. Presiado.  For

4   signatories not registered via ECF, I hereby attest that I have on file all holographic signatures

5   corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed

6   document.

7

8   Dated:   January 5, 2017                              */s/ Neal A. Potischman*

9                                                              Neal A. Potischman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                     5

1

## [PROPOSED] ORDER

2    In accordance with the stipulation of the parties, the Court vacates the portion of its Order

3 dated December 14, 2017 (ECF No. 12) that allowed for electronic service on defendants Tezos

4 Stiftung, Johann Gevers, Diego Fernandez, Bitcoin Suisse AG, and Niklas Nikolajsen.  This Order

5 shall have no bearing on the Court's December 14, 2017 (ECF No. 12) Order as it applies to any

6 other defendant.  The foregoing defendants' deadline to answer, move to dismiss, or otherwise

7 respond to the complaint shall be March 6, 2018.

8 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

9

10
   Dated: _____

11                                             _____
                                               THE HONORABLE RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, I caused a copy of the Stipulation and [Proposed] Order Regarding Service on Defendants Resident Outside the United States (ECF No. 12) to be mailed via U.S. First Class mail to the following persons and entities:

| | |
|---|---|
| Leo J. Presiado<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br><br>*Attorney for Bitcoin Suisse AG and Niklas Nikolajsen* | Sigmund S. Wissner-Gross<br>Jessica N. Meyers<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br><br>*Attorneys for Bitcoin Suisse AG and Niklas Nikolajsen* |
| Diego Olivier Fernandez Pons<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland | Johann Gevers<br>c/o Tezos Stiftung<br>Alpenstrasse 9<br>6300 Zug<br>Switzerland |

Felicia Yu

1