1  BAKER MARQUART LLP
   BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
2  SCOTT M. MALZAHN (229204)
   (smalzahn@bakermarquart.com)
3  2029 Century Park East, Suite 1600
   Los Angeles, CA 90067
4  Telephone: (424) 652-7814
   Facsimile: (424) 652-7850
5
   Attorneys for Defendants
6  DYNAMIC LEDGER SOLUTIONS, INC., KATHLEEN
   BREITMAN and ARTHUR BREITMAN
7
   COOLEY LLP
8  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
   JEFFREY M. KABAN (235743) (jkaban@cooley.com)
9  SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
   3175 Hanover Street
10 Palo Alto, CA  94304-1130
   Telephone:    (650) 843-5000
11 Facsimile:    (650) 849-7400

12 DANIEL L. SACHS (294478) (dsachs@cooley.com)
   1299 Pennsylvania Ave. NW Suite 700
13 Washington, DC 20004
   Telephone: (202) 728-7114
14 Facsimile: (202) 842-7899

15 Attorneys for Defendant
   DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.  3:17-cv-07095-RS<br><br>**JOINT STIPULATION REGARDING SERVICE AND EXTENDING TIME FOR DYNAMIC LEDGER SOLUTIONS INC., KATHLEEN BREITMAN, AND ARTHUR BREITMAN TO RESPOND TO COMPLAINT**<br><br>Judge:    Hon. Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION RE SERVICE AND
EXTENDING TIME TO RESPOND
CASE NO.: 3:17-CV-07095-RS

Defendants Dynamic Ledger Solutions, Inc. ("DLS"), Kathleen and Arthur Breitman (the "Breitmans") and plaintiff Bruce MacDonald ("MacDonald") (collectively, the "Appearing Parties") stipulate pursuant to Civil L. R. 6-1(a) to extend the time for DLS and the Breitmans to respond to the putative class action complaint filed by MacDonald (the "Complaint") (Dkt. No. 1) in the above-captioned action and to resolve issues related to service as follows:

WHEREAS, on December 13, 2017, MacDonald filed the Complaint;

WHEREAS, on December 19, 2017, MacDonald purportedly served DLS with a summons and Complaint;

WHEREAS, DLS contests the validity of the purported service;

WHEREAS, MacDonald has not yet served the Breitmans with a summons and Complaint;

WHEREAS, the Appearing Parties have met and conferred regarding the topic of service;

WHEREAS, in order to avoid motion practice with respect to service and for purposes of judicial efficiency, DLS and the Breitmans agree to waive service of the summons and Complaint as of the date of this Stipulation;

WHEREAS, the parties further agree that any prior deadline to respond to the Complaint is vacated and pursuant to Civil L. R. 6-1(a), DLS and the Breitmans do not have any obligation to respond to the Complaint until 60 days after the date of this stipulation (March 6, 2018);

WHEREAS, this stipulated extension will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, there have not been any previous time modifications in this case.

NOW, THEREFORE, the Appearing Parties, hereby stipulate as follows:

1. DLS and the Breitmans shall waive service of the summons and Complaint; and
2. DLS and the Breitmans shall not be required to move to dismiss or otherwise respond to the Complaint until 60 days after the date of this stipulation (March 6, 2018). Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

**IT IS SO STIPULATED.**

Dated: January 5, 2018

**HAGENS BERMAN SOBOL SHAPIRO LLP**   **BAKER MARQUART LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)

*/s/ Brian E. Klein*
Brian E. Klein (258486)

Attorney for Plaintiff MacDonald

Attorney for Defendants DYNAMIC LEDGER SOLUTIONS, INC., KATHLEEN BREITMAN, and ARTHUR BREITMAN

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorney for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: January 5, 2017            COOLEY LLP

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs