AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, etc.<br>*Plaintiff*<br>v.<br>DYNAMIC LEDGER SOLUTIONS, INC., etc., et al.<br>*Defendant* | )<br>)<br>)  Case No. 3:17-cv-07095-RS<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bitcoin Suissse AG and Niklas Nikolajsen

Date: January 5, 2018

*Attorney's signature*

LEO J. PRESIADO, #166721
*Printed name and bar number*

BROWN RUDNICK LLP
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
*Address*

lpresiado@brownrudnick.com
*E-mail address*

(949) 752-7100
*Telephone number*

(949) 252-1514
*FAX number*

