Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 3:17-cv-07095-RS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)** |

| | |
|---|---|
| 1 | WHEREAS plaintiff commenced the above-captioned action on December 13, 2017; |
| 2 | WHEREAS on December 14, 2017, plaintiff filed an *ex parte* application asking the Court |
| 3 | to approve electronic service of defendants Tezos Stiftung (the "Foundation"), Johann Gevers, |
| 4 | Diego Fernandez, Guido Schmitz-Krummacher, Bitcoin Suisse AG, and Niklas Nikolajsen (ECF |
| 5 | No. 11); |
| 6 | WHEREAS on December 14, 2017, the Court entered an Order approving that request (the |
| 7 | "Order") (ECF No. 12); |
| 8 | WHEREAS the undersigned parties have met and conferred regarding the topic of service |
| 9 | and the deadline for the undersigned defendants to answer, move to dismiss, or otherwise respond |
| 10 | to the complaint; |
| 11 | WHEREAS in order to avoid motion practice with respect to the Order or the issue of |
| 12 | service more generally, the Foundation, Mr. Gevers, Mr. Fernandez, Bitcoin Suisse AG, and Mr. |
| 13 | Nikolajsen (the "Stipulating Defendants") have agreed to waive service of the summons and |
| 14 | complaint, and that they will not contest the validity of such waived service; |
| 15 | WHEREAS in exchange for the Stipulating Defendants' agreement to waive service of the |
| 16 | summons and complaint, plaintiff has agreed to join the Stipulating Defendants in requesting that |
| 17 | the Court vacate that portion of the Order that allowed for them to be served electronically; |
| 18 | WHEREAS the Stipulating Defendants do not consent to, and in fact contest, the Court's |
| 19 | exercise of personal jurisdiction over them as well as the propriety of venue of this action; |
| 20 | WHEREAS this stipulation has no bearing as to the Court's Order as it pertains to any other |
| 21 | defendant; |
| 22 | NOW, THEREFORE, the undersigned parties hereby request that the Court vacate that |
| 23 | portion of its Order that allowed for the Stipulating Defendants to be served electronically, and |
| 24 | agree that the Stipulating Defendants' deadline to answer, move to dismiss, or otherwise respond to |
| 25 | the complaint shall be March 6, 2018. |

1

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

| | | |
|---|---|---|
| Dated: January 5, 2017 | | Respectfully Submitted, |
| | | DAVIS POLK & WARDWELL LLP |
| | By: | */s/ Neal A. Potischman* |
| | | Neal A. Potischman (SBN 254862) |
| | | Serge A. Voronov (SBN 298655) |
| | | DAVIS POLK & WARDWELL LLP |
| | | 1600 El Camino Real |
| | | Menlo Park, California 94025 |
| | | Telephone: (650) 752-2000 |
| | | Facsimile: (650) 752-2111 |
| | | Email: neal.potischman@davispolk.com |
| | | serge.voronov@davispolk.com |
| | | |
| | | *Attorneys for Defendant Tezos Stiftung* |

| | | |
|---|---|---|
| Dated: January 5, 2017 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: | */s/ Reed R. Kathrein* |
| | | Reed R. Kathrein (139304) |
| | | Peter E. Borkon (212596) |
| | | Danielle Charles (291237) |
| | | 715 Hearst Ave., Suite 202 |
| | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| | | Email: reed@hbsslaw.com |
| | | peterb@hbsslaw.com |
| | | daniellec@hbsslaw.com |

Jason M. Leviton, *pro hac vice to be submitted*
Joel A. Fleming (281264)
Jacob A. Walker (271217)
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Email: jason@blockesq.com
joel@blockesq.com
jake@blockesq.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiff*

2

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

| | | |
|---|---|---|
| 1 | Dated: January 5, 2017 | BROWN RUDNICK LLP |
| 2 | | |
| 3 | | By: */s/ Leo J. Presiado* |
| | | Leo J. Presiado (SBN 166721) |
| 4 | | BROWN RUDNICK LLP |
| | | 2211 Michelson Drive, 7th Floor |
| 5 | | Irvine, CA 92612 |
| | | Telephone: (949) 752-7100 |
| 6 | | Facsimile: (949) 252-1514 |
| 7 | | Email: lpresiado@brownrudnick.com |
| 8 | | -and- |
| 9 | | Sigmund S. Wissner-Gross (*pro hac vice to be submitted*) |
| 10 | | Jessica N. Meyers (*pro hac vice to be submitted*) |
| 11 | | BROWN RUDNICK LLP |
| | | Seven Times Square |
| 12 | | New York, NY 10036 |
| | | Telephone: (212) 209-4800 |
| 13 | | Email: swissner-gross@brownrudnick.com |
| | | jmeyers@brownrudnick.com |
| 14 | | |
| 15 | | *Attorneys for Bitcoin Suisse AG and Niklas Nikolajsen* |
| 16 | | |
| 17 | Dated: January 5, 2017 | DIEGO OLIVIER FERNANDEZ PONS |
| 18 | | |
| 19 | | By: */s/ Diego Olivier Fernandez Pons* |
| | | Diego Olivier Fernandez Pons |
| 20 | | *Pro Se* |

3

Dated: January 5, 2017                         JOHANN GEVERS


                                         By: */s/ Johann Gevers*
                                             Johann Gevers

                                             *Pro Se*

4

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

# SIGNATURE ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Reed R. Kathrein and Leo J. Presiado. For signatories not registered via ECF, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: January 5, 2017        */s/ Neal A. Potischman*
                              Neal A. Potischman

5

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS

# [~~PROPOSED~~] ORDER

In accordance with the stipulation of the parties, the Court vacates the portion of its Order dated December 14, 2017 (ECF No. 12) that allowed for electronic service on defendants Tezos Stiftung, Johann Gevers, Diego Fernandez, Bitcoin Suisse AG, and Niklas Nikolajsen. This Order shall have no bearing on the Court's December 14, 2017 (ECF No. 12) Order as it applies to any other defendant. The foregoing defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint shall be March 6, 2018.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/5/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

6

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON
DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES (ECF NO. 12)
CASE NO. 3:17-CV-07095-RS