UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Andrew S. Gehring, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant Tezos Stiftung in the above-entitled action.  My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
| My Telephone # of Record:<br>(212) 450-4000 | Local Co-Counsel's Telephone # of Record:<br>(650) 752-2000 |
| My Email Address of Record:<br>andrew.gehring@davispolk.com | Local Co-Counsel's Email Address of Record:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 4788659.

1    A true and correct copy of a certificate of good standing or equivalent official document

2  from said bar is attached to this application.

3    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

4  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

5  Rules.

6    *I declare under penalty of perjury that the foregoing is true and correct.*

7

8  Dated:  ___January 8, 2018___          */s/ Andrew S. Gehring*

9                                          APPLICANT

10

11              ORDER GRANTING APPLICATION
              FOR ADMISSION OF ATTORNEY PRO HAC VICE
12

13    IT IS HEREBY ORDERED THAT the application of Andrew S. Gehring is granted,

14  subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must

15  indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-

16  counsel designated in the application will constitute notice to the party.

17

18  Dated:  _____     _____

19                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 3:17-CV-07095-RS

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREW SCOTT GEHRING

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 11, 2010,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 29, 2017

8530

Clerk of the Court