UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Edmund Polubinski III, an active member in good standing of the bars of New York and Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant Tezos Stiftung in the above-entitled action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>edmund.polubinski@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are:

- State of New York:         3022332
- State of Massachusetts:    643548

True and correct copies of certificates of good standing or equivalent official document from said bars are attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   January 8, 2018                    */s/ Edmund Polubinski III*
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edmund Polubinski III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Dated:   1/8/18

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE