CHRISTOPHER L. WANGER (Bar No. CA 164751)
cwanger@manatt.com
ANA G. GUARDADO (Bar No. CA 286732)
AGuardado@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
TIMOTHY C. DRAPER and DRAPER ASSOCIATES V
CRYPTO LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**JOINT STIPULATION REGARDING SERVICE AND EXTENDING TIME FOR TIMOTHY C. DRAPER AND DRAPER ASSOCIATES V CRYPTO LLC TO RESPOND TO COMPLAINT** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
NEW YORK

JOINT STIPULATION RE SERVICE AND
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-07095

Defendants Timothy Draper and Draper Associates V Crypto LLC (collectively the "Draper Defendants") and Plaintiff Bruce MacDonald ("MacDonald") hereby stipulate pursuant to Civil L. R. 6-1(a) to extend the time for the Draper Defendants to respond to the putative class action complaint filed by MacDonald (the "Complaint") (Dkt. No. 1) in the above- captioned action and to resolve issues related to service as follows:

WHEREAS, on December 13, 2017, MacDonald filed the Complaint;

WHEREAS, the Complaint names as a defendant an entity identified as "DRAPER ASSOCIATES", which Draper Associates V Crypto LLC contends does not exist and which it presumes refers to it;

WHEREAS, Draper Defendants contend MacDonald has not yet served either of the Draper Defendants with a summons or Complaint, and Plaintiffs contend both were served;

WHEREAS, the parties have met and conferred regarding the topic of service;

WHEREAS, in order to avoid motion practice with respect to service and for purposes of judicial efficiency, the Draper Defendants agree to waive service of the summons and Complaint as of the date of this Stipulation;

WHEREAS, the parties further agree that any prior deadline to respond to the Complaint is vacated and pursuant to Civil L. R. 6-1(a), the Draper Defendants do not have any obligation to respond to the Complaint until March 6, 2018;

WHEREAS, this stipulated extension will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, there have not been any previous time modifications in this case.

NOW, THEREFORE, the parties, hereby stipulate as follows:

1. The Draper Defendants shall waive service of the summons and Complaint; and
2. The Draper Defendants shall not be required to move to dismiss or otherwise respond to the Complaint until March 6, 2018. Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
NEW YORK

JOINT STIPULATION RE SERVICE AND
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-07095

**IT IS SO STIPULATED.**

Dated: January 8, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Reed R. Kathrein
Reed R. Kathrein
Attorneys for Plaintiff BRUCE MACDONALD

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christopher L. Wanger
Christopher L. Wanger
Attorneys for Defendants TIMOTHY DRAPER and DRAPER ASSOCIATES V CRYPTO LLC

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: January 8, 2018

*s/ Christopher L. Wanger*
Christopher L. Wanger

319675050.1

Manatt, Phelps & Phillips, LLP
Attorneys At Law
New York

**JOINT STIPULATION RE SERVICE AND
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-07095**