| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 652-7814 |
| | Facsimile: (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA 94304-1130 |
| | Telephone:   (650) 843-5000 |
| 9 | Facsimile:   (650) 849-7400 |
| | |
| 10 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | Washington, DC 20004 |
| | Telephone: (202) 728-7114 |
| 12 | Facsimile: (202) 842-7899 |
| | |
| 13 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC. |
| 14 | |

15           UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17           SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | BRUCE MACDONALD, Individually and on behalf of all others similarly situated, | Case No.  3:17-cv-07095-RS |
| 19 | | **DYNAMIC LEDGER SOLUTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |
| 20 | Plaintiff, | |
| | v. | |
| 21 | | |
| 22 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, | Judge:   Hon. Richard Seeborg |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DLS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO.: 3:17-CV-07095-RS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:   January 9, 2018        BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated:   January 9, 2018        COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated:   January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DLS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
NO.: 3:17-CV-07095-RS