| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| 2 | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
|   | SCOTT M. MALZAHN (229204) |
| 3 | (smalzahn@bakermarquart.com) |
|   | 2029 Century Park East, Suite 1600 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (424) 652-7814 |
| 5 | Facsimile: (424) 652-7850 |

BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.  3:17-cv-07095-RS<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   Hon. Richard Seeborg |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dynamic Ledger Solutions, Inc. ("DLS") makes the following disclosures through its undersigned counsel:

DLS does not have any parent corporation. No publicly held corporation owns 10 percent or more of DLS' stock.

Dated: January 9, 2018     BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated: January 9, 2018     COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated: January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)