# Exhibit B

**Tezos.help**

**PETITION STATEMENT**   **CONFLICT OF INTEREST STATEMENT**

**NEW BOARD MEMBER STATEMENT**   **PRESS RELEASE**   **LANGUAGE ▾**

2017-12-04

# Community Petition Statement



The Tezos Foundation exists to enable the vision outlined in the Tezos Whitepaper. Given the behavior and inaction of the current board, we fail to see how they can satisfy this obligation. We wish the best for Mr. Gevers in his future endeavors, but changes need to be made immediately to the Foundation's board for it to fulfill its mission. We request that each board member consider the following as it determines the Foundation's future.

**The following are ways in which the Foundation has not met its obligation to advance the Tezos project and support a strong community:**

1. Critical lack of communication with the contributors, the larger development community, and the founders;
2. Failure to fund, support and engage with the developers in order to ready the network for launch;
3. Complete lack of management and failure to proceed with the project goals that were stated prior to the ICO;
4. Failure of the Foundation to engage and use a public relations firm in a timely manner, and delays in marketing and accruing of goodwill to the Tezos name;
5. The allegations of impropriety by Mr. Gevers;

6. Mr. Gevers leaking information to the press about internal foundation matters;
7. Mr. Gevers' failure to manage the Foundation in its intended fashion, as outlined by the charter and terms presented to the community. His misgovernance of a Foundation with a massive endowment, and his recent failure in other technology ventures;

**The following are the ways in which the community would like to see the situation resolved:**

1. Regardless of the current state or outcome of the audit, the immediate resignation or dismissal of Mr. Gevers. The Community no longer has confidence in his leadership;
2. Immediate clarification of whether Mr. Gevers did or did not attempt to pay himself 750,000 XTZ and whether he represented this bonus as being worth 300,000 CHF;
3. Publication to the wider community by the Foundation's legal counsel of the audit investigating Mr. Gevers' alleged misbehavior;
4. With immediate effect, the disbursement of a sizeable budget to the development team for the completion of network development, test and deployment;
5. With immediate effect, the disbursement of a sizeable budget for community program funding, such as, but not limited to, the funding of a bug bounty program, Tezos ancillary utilities such as wallets, delegation and baking software, Validator Audit program, community forums, and other such community projects that have self-funded so far;
6. Introduce governance procedures into the Foundation to take into account the voice of community members. The Foundation will work with the community to come up with an acceptable method of making sure that its voice is adequately considered.

The community is looking forward to rebuilding confidence in the Foundation upon Mr Gevers' departure. We trust in the remaining board members to swiftly take the appropriate action for the good of the community and the future of the Tezos project. Once again, we wish Mr. Gevers well in the future, but the Tezos Foundation is more important than any single person and changes need to be made immediately. As a community we are incredibly optimistic about the potential of Tezos. Arthur and the core team of developers are doing an incredible job of moving work forward despite difficult circumstances. With changes to the board Tezos will move forward and reach the incredible potential that it has to revolutionize the blockchain sector.



**Signed by members from 95 countries**

| Name | Organization | Role |
|---|---|---|

© Tezos.help, All rights reserved    |    Not officially associated with the Tezos Foundation.    |    Contact