Reed R. Kathrein (State Bar No. 139304)
Peter E. Borkon (State Bar No. 212596)
Danielle Charles (State Bar No. 291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |

This matter comes before the Court on the motion of Plaintiff Bruce MacDonald ("Plaintiff") for an Order pursuant to Federal Rule of Civil Procedure 26(d)(1) permitting Plaintiff to serve take expedited discovery before the parties' Rule 26(f) conference.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Plaintiff's motion as follows:

a.  Plaintiff may serve immediately the document requests and notices of deposition attached to his Motion as Exhibits A, B, and C.

b.  Defendants Tezos Stiftung, Dynamic Ledger Solutions, Inc., and Bitcoin Suisse AG shall produce documents responsive to Plaintiff's document requests by _____, 2018.

c.  Defendants Tezos Stiftung and Dynamic Ledger Solutions, Inc. shall produce for deposition one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf about information known or reasonably available to each organization regarding the matters identified in Plaintiff's notices of deposition by _____, 2018.

**DATED:**

_____
The Hon. Richard Seeborg
United States District Judge

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**
By:/s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email:   reed@hbsslaw.com
         peterb@hbsslaw.com
         daniellec@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jason M. Leviton, *pro hac vice to be submitted*
Joel A. Fleming (281264)
Jacob A. Walker (271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Email:   jason@blockesq.com
         joel@blockesq.com
         jake@blockesq.com

*Attorneys for Plaintiff*

3