Reed R. Kathrein (139304)
Peter E. Borkon (212596)
Danielle Charles (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
daniellec@hbsslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN  and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br><u>CLASS ACTION</u><br>**CERTIFICATE OF SERVICE** |

010721-11 1005170 V1

1  Pursuant to L.R. 5-5, I certify that on January 10, 2018, I caused to be served copies of the
   foregoing MOTION FOR EXPEDITED DISCOVERY on the persons listed below at the addresses
2  listed below.

3
    Daniel Louis Sachs                                Brian E. Klein (258486)
4   COOLEY LLP                                        Scott M. Malzahn (229204)
    1299 Pennsylvania Ave NW                          BAKER MARQUART LLP
5   Suite 700                                         2029 Century Park East, Suite 1600
    Washington, DC 20004                              Los Angeles, CA 90067
6   Telephone: (202) 728-7114                         Telephone: (424) 652-7814
    Facsimile:  (202) 842-7899                        Facsimile:  (424) 652-7850
7   dsachs@cooley.com                                 bklein@bakermarquart.com
                                                      smalzahn@bakermarquart.com
8
    Jeffrey Michael Kaban
9   Patrick Edward Gibbs                              *Counsel for Arthur Breitman and Kathleen*
    Samantha Anne Kirby                               *Breitman*
10  COOLEY LLP
    3175 Hanover Street                               Christopher L. Wanger
11  Palo Alto, CA 94304                               Ana G. Guardado
12  Telephone: (650) 843-5000                         MANATT PHELPS & PHILLIPS, LLP
    Facsimile:  (650) 849-7400                        One Embarcadero Center, 30th Floor
13  kabanjm@cooley.com                                San Francisco, CA 94111
    pgibbs@cooley.com                                 (415) 291-7400
14  skirby@cooley.com                                 Fax: (415) 291-7474
                                                      cwanger@manatt.com
15  *Counsel for Distributed Ledger Solutions, Inc.*  aguardado@manatt.com

16
    Andrew S. Gehring                                 *Counsel for Timothy Cook Draper and Draper*
17  Edmund Polubinski, III                            *Associates*
    DAVIS POLK AND WARDWELL LLP
18  450 Lexington Ave.                                Johann Gevers
    New York, NY 10017                                c/o Tezos Stiftung
19  212-450-4000                                      Alpenstrasse 9
20  Fax: 212-701-5800                                 6300 Zug
    andrew.gehring@davispolk.com                      Switzerland
21  edmund.polubinski@davispolk.com                   johann@gevers.net

22
    Neal A. Potischman                                Guido Schmitz-Krummacher
23  Serge Alexander Voronov                           c/o Tezos Stiftung
    DAVIS POLK & WARDWELL LLP                         Alpenstrasse 9
24  1600 El Camino Real                               6300 Zug
    Menlo Park, CA 94025                              Switzerland
25  Telephone: (650) 752-2021                         info@sielva-management.com
    Facsimile: (650) 752-3621
26  neal.potischman@dpw.com
    serge.voronov@davispolk.com
27
    *Counsel for Tezos Stiftung (Tezos Foundation)*
28

CERT. OF SERVICE – Case No. 3:17-cv-07095-RS                          - 1 -

010721-11 1005170 V1

| | |
|---|---|
| 1 | Diego Ponz |
| 2 | c/o Tezos Stiftung |
|   | Alpenstrasse 9 |
| 3 | 6300 Zug |
|   | Switzerland |
| 4 | diegoolivierfernandezpons@gmail.com |

Leo J. Presiado
BROWN RUDNICK LLP
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
949-752-7100
Fax: 949-252-1514
lpresiado@brownrudnick.com

*Counsel for Niklas Nikolajsen and Bitcoin Suisse AG*

Dated: January 10, 2018                    */s/ Danielle Charles*
                                            Danielle Charles