UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07095-RS<br><br>**ORDER REGARDING RESPONSE TO MOTION FOR EXPEDITED DISCOVERY** |

Plaintiff Bruce MacDonald moves pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure for an order permitting him to take expedited discovery of Dynamic Ledger Solutions, Tezos Stiftung, and Bitcoin Suisse AG in advance of the parties' Rule 26 conference on March 15, 2018. Defendants are hereby directed to file any response to plaintiff's motion no later than **Wednesday, January 17, 2018**. After that date, the matter will be deemed submitted on the papers absent a further order by the Court.

**IT IS SO ORDERED**.

Dated: January 10, 2018

RICHARD SEEBORG
United States District Judge