UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE MACDONALD, etc.,

            Plaintiff(s),

v.

DYNAMIC LEDGER SOLUTIONS, INC., etc., et al.

            Defendant(s).

Case No: 3:17-cv-07095-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Jessica N. Meyers, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bitcoin Suisse AG and Niklas Nikolajsen in the above-entitled action. My local co-counsel in this case is Leo J. Presiado, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Brown Rudnick LLP<br>2211 Michelson Drive, Seventh Floor<br>Irvine, CA 92612 |
| MY TELEPHONE # OF RECORD:<br>(212) 209-4800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 752-7100 |
| MY EMAIL ADDRESS OF RECORD:<br>jmeyers@brownrudnick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>(949) 252-1514 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5524442.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: January 17, 2018

                                                      APPLICANT

                                              Jessica N. Meyers

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jessica N. Meyers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/17/18

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com