## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BRUCE MACDONALD, etc. )
           ) Case No: <u>3:17-cv-07095-RS</u>
      Plaintiff(s), )
           ) **APPLICATION FOR**
  v. ) **ADMISSION OF ATTORNEY**
           ) **PRO HAC VICE**
DYNAMIC LEDGER SOLUTIONS, INC., ) (CIVIL LOCAL RULE 11-3)
etc., et al. )
      Defendant(s). )
           )

   I, <u>Sigmund S. Wissner-Gross</u>, an active member in good standing of the bar of <u>New York</u>, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: <u>Bitcoin Suisse AG and Niklas Nikolajsen</u> in the above-entitled action. My local co-counsel in this case is <u>Leo J. Presiado</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Brown Rudnick LLP<br>2211 Michelson Drive, Seventh Floor<br>Irvine, CA 92612 |
| MY TELEPHONE # OF RECORD:<br>(212) 209-4800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 752-7100 |
| MY EMAIL ADDRESS OF RECORD:<br>swissnergross@brownrudnick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lpresiado@brownrudnick.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>1891753</u>.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: January 19, 2018

                APPLICANT
         Sigmund S. Wissner-Gross

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of <u>Sigmund S. Wissner-Gross</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.
Dated:

             UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

American LegalNet, Inc.
www.FormsWorkFlow.com