**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:   650-422-2130
Fax:   213-612-3773

**LTL ATTORNEYS LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Caleb H. Liang (Bar No. 261920)
caleb.liang@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:   213-612-8900
Fax:   213-612-3773

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
hta@hgtlaw.com
JooYun Kim
jooyun@hgtlaw.com
Natalia D. Williams
natalia@hgtlaw.com
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289

*Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, | Case No. 3:17-cv-07095-RS<br><br>**DECLARATION OF JAMES M. LEE IN SUPPORT OF THE MOTION OF ARMAN ANVARI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

| | |
|---|---|
| an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Judge:      Hon. Richard Seeborg<br>Courtroom:  3, 17TH Floor |

DECLARATION OF JAMES M. LEE IN SUPPORT OF THE MOTION OF ARMAN ANVARI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-07095-RS

I, James M. Lee, hereby declare as follows:

1. I am a founding Partner of the law firm LTL Attorneys LLP ("LTL"), counsel on behalf of Arman Anvari ("Anvari" or "Movant"). I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of its selection of Hung G. Ta, Esq. PLLC as Co-Lead Counsel for the Class.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A: Notice of pendency of a class action published over *Global Newswire* in the above-captioned action on November 29, 2017.

Exhibit B: PSLRA Certification by Movant in the above-captioned action.

Exhibit C: Value of Ethereum, obtained on January 25, 2018 from coinmarketcap.com.

Exhibit D: Firm resume for LTL Attorneys LLP

Exhibit E: Firm resume for Hung G. Ta, Esq., PLLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of January, 2018 at Los Angeles, California.

                                           *s/James M. Lee*
                                           James M. Lee

1

DECLARATION OF JAMES M. LEE IN SUPPORT OF THE MOTION OF ARMAN ANVARI FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-07095-RS