# Exhibit C



**CoinMarketCap(/)**

Market Cap: **$564,480,503,640(/charts/)**



### (ETH)
# Ethereum

$1,077.18 USD (-0.65%)
0.09342190 BTC (-0.93%)

⚡ Buy / Sell Instantly (http://iqoptioncom.com/a098f337-2e93-43b7-b48d-edcbf97a5522)

**Market Cap**
$104,715,289,453 USD
9,081,770 BTC

**Volume (24h)**
$4,101,660,000 USD
355,731 BTC

**Circulating Supply**
97,212,434 ETH

- Website(https://www.ethereum.org/)
- Announcement(https://bitcointalk.org/index.php?topic=428589.0)
- Explorer(https://etherscan.io/)
- Explorer 2(https://ethplorer.io/)
- Explorer 3(https://etherchain.org/)
- Message Board(https://forum.ethereum.org/)
- Chat(https://gitter.im/orgs/ethereum/rooms)
- Source Code(https://github.com/ethereum)
- Rank 2
- Mineable | Coin

**Charts** | **Markets** | **Social** | **Tools** | **Historical Data(/currencies/ethereum/historical-data/)**

## Ethereum Charts

Zoom: 1d 7d 1m 3m 1y YTD ALL

[Chart showing Market Cap, Price (USD), Price (BTC), 24h Vol from Sep '15 to Jan '18]

Market Cap — Price (USD) — Price (BTC) — 24h Vol

Linear Scale | Log Scale

coinmarketcap.com

