# Exhibit E



# Attorney and Law Firm Resume

1 | P a g e

## FIRM OVERVIEW

Hung G. Ta, Esq. PLLC ("HGT Law") is a boutique commercial litigation firm that serves the needs of U.S. and international clients, including clients from Asia and Australia.  The firm represents both institutions and individuals.  The firm's practice focuses on helping clients who have suffered losses arising from misconduct such as securities fraud and other violations of federal and state securities laws; breaches of fiduciary duty by corporate directors and officers (*e.g.*, improper related party transactions between companies and their controlling shareholders, insider trading by company directors and officers, failure of oversight by directors and officers, undisclosed and improper executive compensation, waste of corporate assets, and other corporate governance violations); breach of contract; and business torts.



## REPRESENTATIVE CASES

The following are representative cases of HGT Law:

- *Bölling, et al. v. Dendreon Corp., et al.*, No. 13-cv-00872 (W.D. Wash.) – an opt-out securities fraud lawsuit on behalf of a group of investors of Dendreon Corporation;

- *Kocen v. Chopra, et al.*, C.A. No. 11291-VCL (Del. Ch.) – a shareholder derivative lawsuit against OSI Systems, Inc. for breaches of fiduciary duty in connection with the company's use of unauthorized parts in security equipment for the government, a near total debarment from performing any work for the government and the cancellation of two separate federal government contracts;

- *Burbrink v. Campbell, et al.*, No. 15-cv-00377 (W.D. Wash.) – a shareholder derivative lawsuit against Nordstrom, Inc., challenging various related party transactions between Nordstrom and the controlling Nordstrom family;

- *Diep v. Sather, et al.*, C.A. No. 12760-VCL (Del. Ch.) – a shareholder derivative lawsuit against directors, officers and controlling stockholders of El Pollo Loco Holdings, Inc. for breaches of fiduciary duties in connection with certain, alleged insider trading profits;

- *Steinberg v. Bryant, et al.*, C.A. No. 2017-0736-SG (Del. Ch.) – a shareholder derivative lawsuit against the board of directors and senior officers of McKesson Corporation in connection with breaches of fiduciary duty of oversight with respect to the company's sale of opioid drugs and controlled substances;

- *Reynolds v. Dow Chemical Co.*, C.A. No. 2017-0203-JRS (Del. Ch.) – a shareholder derivative lawsuit concerning the improper reporting of improper reporting of significant amounts of personal expenses incurred by the CEO of Dow Chemical Co.;

- *Kohl v. Trans High Corporation*, Index No. 655200/2016 (N.Y. Sup. Ct. N.Y. Co.) – a lawsuit brought on behalf of the former CEO of Trans High Corporation against the company for breach of his employment agreement;

- *Colonial First State Investments Limited, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-00383 (D. N.J.) – an opt-out securities fraud lawsuit brought on behalf of certain investment funds against Valeant Pharmaceuticals International, Inc. and its senior officers for allegedly perpetrating a fraudulent scheme to inflate the company's revenues and profits.



## ATTORNEY BIOGRAPHIES

**HUNG G. TA:** Hung G. Ta is the founder and managing director of HGT Law. Prior to starting the firm, Mr. Ta practiced as a litigation attorney for more than eleven years at the law firms of Milbank Tweed Hadley & McCloy LLP and Grant & Eisenhofer P.A. Before that, Mr. Ta clerked with the Honorable Justice Mary Gaudron of the High Court of Australia.

Mr. Ta's practice focuses on helping investors recover losses as a result of misconduct such as: securities fraud; breaches of fiduciary duty by corporate directors and officers and other corporate governance violations; breach of contract; and business torts.

On behalf of foreign and U.S. institutional and individual investors, Mr. Ta has litigated and settled many cases involving allegations of securities fraud. These cases include both class actions and direct, opt-out actions. *See e.g., In re Shuffle Master, Inc. Sec. Litig.*; *In re Am. Dental Partners, Inc. Sec. Litig.*; *Bölling, et al. v. Dendreon Corp., et al.*; *Colonial First State Inv. Ltd. v. Valeant Pharm. Int'l, Inc., et al.*

In addition, Mr. Ta has litigated significant cases alleging breaches of fiduciary duty by corporate directors and officers, such as *In re Del Monte Foods Co. Shareholder Litig.*, in which the Delaware Chancery Court issued a landmark opinion upholding the need for corporate advisors to disclose their conflicts of interest and for boards to oversee their advisors. Mr. Ta has brought claims under Delaware law against boards of directors and officers for failure to discharge their duty of oversight (*Kocen v. Chopra, et al.*; *Steinberg v. Bryant, et al.*). Mr. Ta has also investigated and brought shareholder derivative actions challenging other significant corporate governance abuses, such as related party transactions between companies and their controlling shareholders/ directors/ officers (*Reynolds v. Dow Chemical Co.*; *Burbrink v. Campbell, et al.*), the award of excessive compensation and the failure by boards to adequately disclose executive perquisites.

Mr. Ta has represented clients in numerous other general commercial litigation contexts, including litigating claims of a former CEO against his company for breach of an employment contract (*Kohl v. Trans High Corporation*); litigating claims on behalf of a hedge for professional malpractice against a major accounting firm (*GoldenTree Asset Management LP v. BDO Seidman LLP*); litigating claims for malpractice against a law firm in connection with a real estate transaction; and litigating claims for securities fraud against an oil and gas exploration company arising from the participation by a hedge fund in a gas drilling program.

**Bar Admissions:**
State of New York
Second Circuit of Appeals
Ninth Circuit of Appeals
Southern District of New York
Eastern District of New York
New South Wales, Australia

**Education:**
University of New South Wales, LL.B.
University of New South Wales, B.Com.

**Contact:**
Tel: (646) 453-7290
Email: hta@hgtlaw.com



**JOOYUN KIM:** JooYun Kim is a senior counsel and practices in general commercial litigation, securities litigation and corporate governance. Ms. Kim has litigated and settled cases on behalf of investors in opt-out securities fraud actions, and derivative actions for breaches of fiduciary duties. Ms. Kim has also represented clients in commercial disputes involving breaches of contract and fraud.

Ms. Kim previously was a senior litigation associate at Fox Horan & Camerini LLP where she represented international and U.S. clients in cases involving corporate governance under domestic and foreign law, breach of contract disputes, and corporate fraud. Among other matters, Ms. Kim represented:

- a prominent international sports association in a breach of contract dispute with a major sponsor;
- a company against claims for civil RICO violations, in which a favorable opinion was obtained from the U.S. Supreme Court; British Virgin Islands companies seeking to establish their interests in a Latin American telecommunications conglomeration;
- various directors and officers against claims for breach of contract, fraud, breach of fiduciary duty and conversion;
- companies and individuals in bankruptcy-related adversarial proceedings and clawback actions; and
- a foreign attorney in successfully defending a legal malpractice action through a bench trial and appeal to the Second Circuit.

Prior to Fox Horan & Camerini, Ms. Kim was a litigation associate at Milbank Tweed Hadley & McCloy where she focused on securities fraud matters and other complex commercial litigation cases, including the representation of investment advisers, issuer companies, officers and directors, and an insurance company.

**Bar Admissions:**
State of New York
State of New Jersey
Second Circuit of Appeals
Ninth Circuit of Appeals
Southern District of New York
Eastern District of New York
District of New Jersey

**Education:**
New York University, J.D.
Amherst College, B.A.

**Contact:**
Tel: (646) 453-7292
Email: jooyun@hgtlaw.com



**NATALIA WILLIAMS:** Natalia Williams is a senior counsel and practices in the areas of general commercial litigation, securities litigation and corporate governance. Prior to joining the firm, Ms. Williams was a litigation associate at Grant & Eisenhofer P.A. where she worked on cases involving violations of the securities laws, corporate governance matters, and class action litigation. Ms. Williams was part of the litigation teams on a number of prominent cases including *In re Barnes & Noble Stockholders Derivative Litig.*; *In re Alstom SA Sec. Litig.*; and *In re Global Cash Access Holdings Sec. Litig*.

Ms. Williams began her career as an attorney at Legal Services of New York where she was a Senior Attorney in the Family Law division and handled trials in New York Supreme Court and Family Court.

Ms. Williams is admitted to practice law in the State of New York. She is also admitted to practice law in the Southern District of New York and the Eastern District of New York. Ms. Williams earned her J.D. from New York University School of Law and following graduation received a Legal Fellowship at the United Nations Development Programme. She received her B.A. from Grinnell College.

**Bar Admissions:**
State of New York
Southern District of New York
Eastern District of New York

**Education:**
New York University, J.D.
Grinnell College, B.A.

**Contact:**
Tel: (646) 453-7291
Email: natalia@hgtlaw.com

