Reed R. Kathrein (SBN 139304)
Peter E. Borkon (SBN 212596)
Danielle Smith (SBN 291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Bruce MacDonald*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>       v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF BRUCE MACDONALD'S RESPONSE REGARDING MOTIONS TO CONSOLIDATE THE MACDONALD ACTION AND OPPOSITION TO ARMAN ANVARI'S MOTION SEEKING TO LEAD THE MACDONALD ACTION**<br><br>Date:          April 26, 2018<br>Time:          10:00 a.m.<br>Courtroom:  3<br>Judge:       Hon. Richard Seeborg |

| | |
|---|---|
| 1 | GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-RS |

GGCC, LLC, an Illinois Limited Liability
Company, Individually and on Behalf of All
Others Similarly Situated,

    Plaintiff,

        v.

DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware Corporation, TEZOS STIFTUNG,
a Swiss Foundation, KATHLEEN
BREITMAN, an Individual, and ARTHUR
BREITMAN, an Individual,

    Defendants.

Case No. 3:17-cv-07095-RS

---

ANDREW OKUSKO, individually and on
behalf of all others similarly situated,

    Plaintiff,

        v.

DYNAMIC LEDGER SOLUTIONS, INC.,
THE TEZOS FOUNDATION, KATHLEEN
BREITMAN, ARTHUR BREITMAN, and
TIMOTHY DRAPER,

    Defendants.

Case No. 3:17-cv-06829-RS

---

ANDREW BAKER, individually and on
behalf of all others similarly situated,

    Plaintiff,

        v.

DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware Corporation, THE TEZOS
FOUNDATION, a Swiss foundation,
KATHLEEN BREITMAN, an individual,
ARTHUR BREITMAN, an individual,
JOHANN GEVERS, an individual,
STRANGE BREW STRATEGIES, LLC, a
California limited liability company, and
DOES 1 through 100 inclusive,

    Defendants.

Case No. 3:17-cv-06850-RS

*Removed from San Francisco County
Superior Court (Case No. CGC-17-562144)*

1     I, REED R. KATHREIN, hereby declare as follows:

2     1.     I am an attorney duly licensed to practice before all the courts of the state of

3    California.  I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, Counsel of

4    record for Plaintiff Bruce Macdonald in the above-entitled action.  I have personal knowledge of

5    the matters stated herein, and, if called upon, I could and would competently testify thereof. I make

6    this declaration in support of Bruce Macdonald's Response Regarding Motions to Consolidate the

7    Macdonald Action and Opposition to Arman Anvari's Motion Seeking to lead the Macdonald

8    Action ("Response and Opposition").

9     2.     Attached hereto are true and correct copies of the following documents referenced

10   in Plaintiff Bruce Macdonald's Response and Opposition, filed herewith:

11        Exhibit A:     The firm résumé of Hagens Berman Sobol Shapiro LLP; and

12        Exhibit B:     The firm résumé of Block & Leviton LLP.

13        I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.  Executed this 8th day of February, 2018, at Berkeley, California.

15                     By: */s/ Reed R. Kathrein*                     
16                          REED R. KATHREIN

17

18

19

20

21

22

23

24

25

26

27

28

KATHREIN DECL. ISO MACDONALD'S RESP. RE MOTS. TO CONSOL. THE *MACDONALD* ACTION AND
OPP. TO ANVARI'S MOT. SEEKING TO LEAD THE *MACDONALD* ACTION -
Case Nos.: 3:17-cv-06779-RS, 3:17-cv-07095-RS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 8, 2018.

By: */s/ Reed R. Kathrein*                    
Reed R. Kathrein