**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 Gateway Boulevard, Suite 1010
South San Francisco, California 94080
Tel:   650-422-2130
Fax:   213-612-3773

**LTL ATTORNEYS LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Caleb H. Liang (Bar No. 261920)
caleb.liang@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel:   213-612-8900
Fax:   213-612-3773

**HUNG G. TA, ESQ. PLLC**
Hung G. Ta
hta@hgtlaw.com
JooYun Kim
jooyun@hgtlaw.com
Natalia D. Williams
natalia@hgtlaw.com
250 Park Avenue, 7th Floor
New York, New York 10177
Tel: 646-453-7290
Fax: 646-453-7289

*Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCATES, JOHANN | Case No. 3:17-cv-07095-RS<br><br>**DECLARATION OF HUNG G. TA IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

| | | |
|---|---|---|
| 1<br>2<br>3 | GEVERS, DIEGO PONZ, GUIDO SCHMITZKRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES1-100, INCLUSIVE, | Judge:     Hon. Richard Seeborg<br>Courtroom: 3, 17TH Floor |
| 4 | Defendants. | |
| 5<br>6<br>7 | GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-06779-RS |
| 8 | Plaintiff,<br>v. | |
| 9<br>10<br>11 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, | |
| 12 | Defendants. | |
| 13<br>14 | ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No: 3:17-cv-06829-RS |
| 15 | Plaintiff,<br>v. | |
| 16<br>17<br>18 | DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| 19 | Defendants. | |
| 20<br>21 | ANDREW BAKER, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06850-RS |
| 22 | Plaintiff,<br>v. | |
| 23<br>24<br>25<br>26<br>27 | DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive, | |
| 28 | Defendant. | |

I, Hung G. Ta, declare under penalty of perjury as follows:

1. I am the principal of the law firm Hung G. Ta, Esq. PLLC, proposed Lead Counsel for the putative class in the above-captioned action (the "Action") and counsel to proposed Lead Plaintiff Arman Anvari. I am an active member in good standing of the bar of the State of New York and will apply to be admitted *pro hac vice* in this matter. I submit this declaration in support of Arman Anvari's Opposition to Competing Motions For Appointment as Lead Plaintiff and Approval of Counsel.

2. On February 4 and 6, 2018, I conferred via telephone with Mr. William Restis of the Restis Law Firm, P.C. and Messrs. Joseph DePalma and Jeremy Nash of Lite DePalma Greenberg, LLC, counsel for plaintiffs GGCC LLC, Pumaro LLC, and Nick Anthony (the "GGCC Group").

3. During the calls, we discussed the legal and procedural dynamics at issue at this stage of the proceedings, and exchanged our respective views on how the Action should be prosecuted.

4. The discussions revealed a concurrence of views between our respective clients and our firms concerning the prosecution of the Action. Counsel for the GGCC Group offered to work collaboratively with my firm in prosecuting the Action as the need may arise. Counsel for the GGCC Group also explained that Pumaro LLC, a Bitcoin purchaser and Nick Anthony, a subminimum investor, are ready to be included as additional named class representatives if the need arises.

5. I have conferred with my client, Mr. Arman Anvari, and he is in agreement with this collaborative approach.

6. Pursuant to Local Rule 3-7(c), Mr. Anvari has reviewed the allegations set forth in the pending, first-filed Complaint (Dkt. No. 1 in *GGCC, LLC v. Dynamic Ledger Solutions, Inc.*, No. 3:17-cv-06779-RS) and intends to adopt the substance of its allegations. However, Mr. Anvari reserves the right to amend the Complaint if appointed Lead Plaintiff.

7. Attached as Exhibit A is the Company Extract of Trigon Trading Pty. Ltd., obtained from the Australian Securities & Investments Commission.

1

DECLARATION OF HUNG G. TA IN OPPOSITION TO COMPETING
MOTIONS FOR LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-07095-RS

1 | I declare under penalty of perjury that the foregoing is true and correct, this 8th day of February 2018.

/s/ *Hung G. Ta*
Hung G. Ta

2

DECLARATION OF HUNG G. TA IN OPPOSITION TO COMPETING
MOTIONS FOR LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-07095-RS