Edward W. Swanson, SBN 159859
ed@smllp.law
Mary McNamara, SBN 147131
mary@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOHANN GEVERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZKRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-CV-07095-RS<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint filed: December 13, 2017 |

**TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT**

PLEASE TAKE NOTICE that Edward W. Swanson hereby appears as counsel on behalf of defendant Johann Gevers, in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence.  Mr. Gevers objects to the assertion of personal jurisdiction and the laying of venue in this Court. Accordingly, Mr. Gevers does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.

Dated: February 14, 2018

  /s/ *Edward W. Swanson*
 Edward W. Swanson
 SWANSON & McNAMARA LLP
 Attorneys for Plaintiff JOHANN GEVERS

**NOTICE OF APPEARANCE**
Case No. CV-17-07095 RS