1  Edward W. Swanson, SBN 159859
   ed@smllp.law
2  Mary McNamara, SBN 147131
   mary@smllp.law
3  Britt Evangelist, SBN 260457
   britt@smllp.law
4  SWANSON & McNAMARA LLP
5  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
6  Telephone: (415) 477-3800
7  Facsimile: (415) 477-9010

8

9  Attorneys for JOHANN GEVERS

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated | Case No. 3:17-CV-07095-RS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Complaint filed: December 13, 2017 |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZKRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

**TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT**

PLEASE TAKE NOTICE that Mary McNamara hereby appears as counsel on behalf of defendant Johann Gevers, in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence.  Mr. Gevers objects to the assertion of personal jurisdiction and the laying of venue in this Court. Accordingly, Mr. Gevers does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.

Dated: February 14, 2018

                                           /s/ *Mary McNamara*
                                          Mary McNamara
                                          SWANSON & McNAMARA LLP
                                          Attorneys for Plaintiff JOHANN GEVERS

**NOTICE OF APPEARANCE**
Case No. CV-17-07095 RS