1   Edward W. Swanson, SBN 159859
    ed@smllp.law
2   Mary McNamara, SBN 147131
    mary@smllp.law
3   Britt Evangelist, SBN 260457
    britt@smllp.law
4
    SWANSON & McNAMARA LLP
5   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
6   Telephone: (415) 477-3800
7   Facsimile: (415) 477-9010

8

9   Attorneys for JOHANN GEVERS

10

11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15  BRUCE MACDONALD, Individually and on        Case No. 3:17-CV-07095-RS
    Behalf of All Others Similarly Situated
16                                                 **NOTICE OF APPEARANCE**
                Plaintiffs,
17                                                  Complaint filed: December 13, 2017
18          v.

19  DYNAMIC LEDGER SOLUTIONS, INC., a
    Delaware corporation, TEZOS STIFTUNG, a
20  Swiss Foundation, KATHLEEN BREITMAN,
    an Individual, ARTHUR BREITMAN,
21  an Individual, TIMOTHY COOK DRAPER,
    an individual, DRAPER ASSOCIATES,
22  JOHANN GEVERS, DIEGO PONZ, GUIDO
    SCHMITZKRUMMACHER, BITCOIN
23  SUISSE AG, NIKLAS NIKOLAJSEN, and
24  DOES 1-100, INCLUSIVE,

25              Defendants.

26

27

28

                                        1

**NOTICE OF APPEARANCE**
Case No. CV-17-07095 RS

1

2

3      **TO:   THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE
           CLERK OF THE COURT**

4

5      PLEASE TAKE NOTICE that Britt Evangelist hereby appears as counsel on behalf of

6   defendant Johann Gevers, in the above-captioned matter and requests e-filing notice of all future

7   court filings and items of correspondence.  Mr. Gevers objects to the assertion of personal

8   jurisdiction and the laying of venue in this Court. Accordingly, Mr. Gevers does not waive, and

9

10  expressly reserves, all available defenses, including those relating to personal jurisdiction and

11  venue.

12

13  Dated: February 14, 2018

14
                                        /s/ *Britt Evangelist*
15                                      Britt Evangelist
                                        SWANSON & McNAMARA LLP
16                                      Attorneys for Plaintiff JOHANN GEVERS

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF APPEARANCE**
Case No. CV-17-07095 RS