LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**NOTICE OF APPEARANCE OF REBECCA F. FURMAN FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Rebecca F. Furman of Lewis & Llewellyn, LLP who is registered for CM/EFC and admitted to the Northern District of California, enters her appearance as counsel of record on behalf of Defendant Diego Olivier Fernandez Pons in the above-captioned matter.  Mr. Pons does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and service.

Effective immediately, please add Rebecca F. Furman as an attorney to be noticed on all matters at the following address:

> LEWIS & LLEWELLYN LLP
> Rebecca F. Furman (Bar No. 294082)
> 505 Montgomery Street, Suite 1300
> San Francisco, California 94111
> Telephone:   (415) 800-0590
> Facsimile:    (415) 390-2127
> Email:         bfurman@lewisllewellyn.com

Dated: February 15, 2018

Respectfully submitted,
LEWIS & LLEWELLYN LLP

By:   /s/ *Rebecca F. Furman*
       Rebecca F. Furman

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

---

1

NOTICE OF APPEARANCE OF REBECCA F. FURMAN FOR DIEGO OLIVIER FERNANDEZ PONS
CASE NO. 3:17-CV-07095 RS

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 15, 2018                                         /s/ Rebecca F. Furman