Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

Edmund Polubinski III (*pro hac vice*)
Andrew S. Gehring (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Email: edmund.polubinski@davispolk.com
       andrew.gehring@davispolk.com

*Attorneys for Defendant Tezos Stiftung*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:17-cv-07095-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT TO COORDINATE WITH RELATED CASES** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants Dynamic Ledger Solutions, Inc. ("DLS"), Tezos Stiftung (the "Foundation"), Kathleen Breitman, Arthur Breitman (together, the "Breitmans"), Timothy Draper, Draper Associates V Crypto LLC (together, "Draper"), Johann Gevers, Diego Olivier Fernandez Pons, Bitcoin Suisse AG, and Niklas Nikolajsen (collectively, "Defendants," and, together with Plaintiff, the "Appearing Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Extending Time to Respond to the Complaint:

WHEREAS, Plaintiff commenced the above-captioned action (the "Instant Action") on December 13, 2017;

WHEREAS, on December 14, 2017, the Instant Action was deemed related to the action entitled *GGCC, LLC v. Dynamic Ledger Solutions, Inc.*, 3:17-cv-06779 [ECF No. 6], which itself had been deemed related to *Okusko v. Dynamic Ledger Solutions, Inc.*, 17-cv-06829 [*GGCC*, ECF No. 11] (together, the "Related Actions") and motions are pending to consolidate or coordinate;

WHEREAS, by stipulation and Order, Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint in the Instant Action is currently March 6, 2018 [ECF Nos. 47, 49, 54];

WHEREAS, the current deadline for the defendants in the Related Actions to answer, move to dismiss, or otherwise respond to the complaints is 30 days after the Court appoints a lead plaintiff and lead counsel therein, and lead plaintiff files and serves a consolidated complaint or notice stating that lead plaintiff designates a previously filed complaint as operative [*GGCC*, ECF Nos. 21, 66; *Okusko*, ECF Nos. 18, 25, 38];

WHEREAS, lead plaintiff applications have been filed in the *GGCC* action, with various parties taking differing positions on the appointment of lead plaintiff, the appointment of lead plaintiffs' counsel, and consolidation of various actions;

WHEREAS, the Foundation, Johann Gevers, Diego Olivier Fernandez Pons, Bitcoin Suisse AG, and Niklas Nikolajsen do not consent to, and in fact contest, the Court's exercise of personal jurisdiction over them as well as the propriety of venue of this action;

WHEREAS, all Defendants anticipate moving to dismiss any operative complaint in the Instant Action and, to the extent that they are named therein, the Related Actions;

1  WHEREAS, the Appearing Parties agree that, regardless of how the Court rules on the
2 motions regarding appointment of lead plaintiff, lead plaintiffs' counsel, and for consolidation, it
3 would be appropriate to brief motions to dismiss in all actions on one schedule;
4  NOW, THEREFORE, in consideration of the foregoing and in the interest of judicial
5 economy and good cause shown, the Appearing Parties stipulate, subject to the approval of the
6 Court, the following:

7  1. The deadline for Defendants to answer, move to dismiss or otherwise respond to the Complaint shall be 30 days after the Court appoints a lead plaintiff and lead counsel in the Related Actions, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative, or as otherwise ordered by the Court in the Related Actions.

12  2. Nothing in this stipulation constitutes a waiver by Plaintiff of any right to seek any discovery or by any Defendant of its rights to object to or oppose any such application for discovery.

15  3. Nothing in this stipulation constitutes a waiver by any Defendant of any defenses.

16  4. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

18  **IT IS SO STIPULATED.**

Dated:   February 15, 2018            Respectfully Submitted,

                                              DAVIS POLK & WARDWELL LLP

                                       By:   */s/ Neal A. Potischman*
                                             Neal A. Potischman (SBN 254862)
                                             Serge A. Voronov (SBN 298655)
                                             DAVIS POLK & WARDWELL LLP
                                             1600 El Camino Real
                                             Menlo Park, California  94025
                                             Telephone: (650) 752-2000
                                             Facsimile:  (650) 752-2111
                                             Email:       neal.potischman@davispolk.com
                                                           serge.voronov@davispolk.com

                                             Edmund Polubinski III (*pro hac vice*)
                                             Andrew S. Gehring (*pro hac vice*)
                                             DAVIS POLK & WARDWELL LLP
                                             450 Lexington Avenue
                                             New York, New York  10017
                                             Telephone: (212) 450-4000
                                             Facsimile:  (212) 701-5800
                                             Email:       edmund.polubinski@davispolk.com
                                                           andrew.gehring@davispolk.com

                                             *Attorneys for Defendant Tezos Stiftung*

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT TO COORDINATE WITH RELATED CASES
CASE NO. 3:17-CV-07095-RS

| | |
|---|---|
| Dated: February 15, 2018 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Reed R. Kathrein* |
| | Reed R. Kathrein (139304) |
| | Peter E. Borkon (212596) |
| | Danielle Charles (291237) |
| | 715 Hearst Ave., Suite 202 |
| | Berkeley, CA 94710 |
| Jason M. Leviton, *pro hac vice to be submitted* | Telephone: (510) 725-3000 |
| Joel A. Fleming (281264) | Facsimile: (510) 725-3001 |
| Jacob A. Walker (271217) | Email:   reed@hbsslaw.com |
| BLOCK & LEVITON LLP |             peterb@hbsslaw.com |
| 155 Federal Street, Suite 400 |             daniellec@hbsslaw.com |
| Boston, MA 02110 | |
| Telephone: (617) 398-5600 | Steve W. Berman |
| Email:   jason@blockesq.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
|           joel@blockesq.com | 1918 Eighth Avenue, Suite 3300 |
|           jake@blockesq.com | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | Email:   steve@hbsslaw.com |
| | *Attorneys for Plaintiff* |
| Dated: February 15, 2018 | BAKER MARQUART LLP |
| | By: */s/ Scott M. Malzahn* |
| | Brian E. Klein (258486) |
| | Scott M. Malzahn (229204) |
| | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone: (424) 652-7814 |
| | Facsimile:  (424) 652-7850 |
| | Email:   bklein@bakermarquart.com |
| |             smalzahn@bakermarquart.com |
| | *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* |

| | | |
|---|---|---|
| 1 | Dated:   February 15, 2018 | COOLEY LLP |
| 2 | | |
| 3 | | By:  */s/ Jeffrey M. Kaban* |
| | | Patrick E. Gibbs (183174) |
| 4 | | Jeffrey M. Kaban (235743) |
| 5 | | Samantha A. Kirby (307917) |
| | | 3175 Hanover Street |
| 6 | | Palo Alto, CA 94304-1130 |
| | | Telephone: (650) 843-5000 |
| 7 | | Facsimile:  (650) 849-7400 |
| | | Email:        pgibbs@cooley.com |
| 8 | | jkaban@cooley.com |
| | | skirby@cooley.com |
| 9 | | |
| 10 | | Daniel L. Sachs (294478) |
| | | COOLEY LLP |
| 11 | | 1299 Pennsylvania Ave. NW Suite 700 |
| | | Washington, DC 20004 |
| 12 | | Telephone: (202) 728-7114 |
| | | Facsimile:  (202) 842-7899 |
| 13 | | Email:        dsachs@cooley.com |
| 14 | | *Attorneys for Defendant Dynamic Ledger Solutions, Inc.* |
| 15 | | |
| 16 | Dated:   February 15, 2018 | MANATT, PHELPS & PHILLIPS, LLP |
| 17 | | |
| 18 | | By:  */s/ Christopher L. Wanger* |
| | | Christopher L. Wanger (Bar No. CA 164751) |
| 19 | | Ana G. Guardado (Bar No. CA 286732) |
| | | One Embarcadero Center, 30th Floor |
| 20 | | San Francisco, CA 94111 |
| | | Telephone: (415) 291-7400 |
| 21 | | Facsimile:  (415) 291-7474 |
| | | Email:        cwanger@manatt.com |
| 22 | | AGuardado@manatt.com |
| 23 | | |
| | | *Attorneys for Defendants Timothy C. Draper and Draper Associates V Crypto LLC* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

5

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT TO COORDINATE WITH RELATED CASES
CASE NO. 3:17-CV-07095-RS

| | | |
|---|---|---|
| 1 | Dated:   February 15, 2018 | LEWIS & LLEWELLYN LLP |

By: */s/ Marc R. Lewis*
    Marc R. Lewis (Bar No. 233306)
    Rebecca F. Furman (Bar No. 294082)
    505 Montgomery Street, Suite 1300
    San Francisco, CA 94111
    Telephone: (415) 800-0590
    Facsimile:  (415) 390-2127
    Email: mlewis@lewisllewellyn.com
          bfurman@lewisllewellyn.com

*Attorneys for Defendant*
*Diego Olivier Fernandez Pons*

Dated:   February 15, 2018         SWANSON & MCNAMARA LLP

By: */s/ Britt Evangelist*
    Edward W. Swanson (SBN 159859)
    Mary McNamara (SBN 147131)
    Britt Evangelist (SBN 260457)
    300 Montgomery Street, Suite 1100
    San Francisco, CA 94104
    Telephone: (415) 477-3800
    Facsimile:  (415) 477-9010
    Email:     ed@smllp.law
           mary@smllp.law
           britt@smllp.law

*Attorneys for Defendant Johann Gevers*

Dated:   February 15, 2018                    BROWN RUDNICK LLP

By:  */s/ Jessica N. Meyers*
      Leo J. Presiado (SBN 166721)
      2211 Michelson Drive, 7th Floor
      Irvine, CA 92612
      Telephone: (949) 752-7100
      Facsimile: (949) 252-1514
      Email:     lpresiado@brownrudnick.com

      Sigmund S. Wissner-Gross (*pro hac vice*)
      Jessica N. Meyers (*pro hac vice*)
      BROWN RUDNICK LLP
      Seven Times Square
      New York, NY 10036
      Telephone: (212) 209-4800
      Email:     swissner-gross@brownrudnick.com
                 jmeyers@brownrudnick.com

      *Attorneys for Defendants*
      *Bitcoin Suisse AG and Niklas Nikolajsen*

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Neal A. Potischman, attest that concurrence in filing this document has been obtained from the other signatories.

Dated:  February 15, 2018                    */s/ Neal A. Potischman*
                                             Neal A. Potischman

                         *       *       *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                _____
                                    HONORABLE RICHARD SEEBORG
                                    U.S. DISTRICT JUDGE