1  Neal A. Potischman (SBN 254862)
   Serge A. Voronov (SBN 298655)
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, California  94025
   Telephone: (650) 752-2000
4  Facsimile:  (650) 752-2111
   Email: neal.potischman@davispolk.com
5         serge.voronov@davispolk.com

6  Edmund Polubinski III (*pro hac vice*)
   Andrew S. Gehring (*pro hac vice*)
7  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
8  New York, New York 10017
   Telephone: (212) 450-4000
9  Facsimile:  (212) 701-5800
   Email: edmund.polubinski@davispolk.com
10        andrew.gehring@davispolk.com

11 *Attorneys for Defendant Tezos Stiftung*

12                  UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15 | BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-07095-RS |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT TO COORDINATE WITH RELATED CASES** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants Dynamic Ledger Solutions, Inc. ("DLS"), Tezos Stiftung (the "Foundation"), Kathleen Breitman, Arthur Breitman (together, the "Breitmans"), Timothy Draper, Draper Associates V Crypto LLC (together, "Draper"), Johann Gevers, Diego Olivier Fernandez Pons, Bitcoin Suisse AG, and Niklas Nikolajsen (collectively, "Defendants," and, together with Plaintiff, the "Appearing Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Extending Time to Respond to the Complaint:

WHEREAS, Plaintiff commenced the above-captioned action (the "Instant Action") on December 13, 2017;

WHEREAS, on December 14, 2017, the Instant Action was deemed related to the action entitled *GGCC, LLC v. Dynamic Ledger Solutions, Inc.*, 3:17-cv-06779 [ECF No. 6], which itself had been deemed related to *Okusko v. Dynamic Ledger Solutions, Inc.*, 17-cv-06829 [*GGCC*, ECF No. 11] (together, the "Related Actions") and motions are pending to consolidate or coordinate;

WHEREAS, by stipulation and Order, Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint in the Instant Action is currently March 6, 2018 [ECF Nos. 47, 49, 54];

WHEREAS, the current deadline for the defendants in the Related Actions to answer, move to dismiss, or otherwise respond to the complaints is 30 days after the Court appoints a lead plaintiff and lead counsel therein, and lead plaintiff files and serves a consolidated complaint or notice stating that lead plaintiff designates a previously filed complaint as operative [*GGCC*, ECF Nos. 21, 66; *Okusko*, ECF Nos. 18, 25, 38];

WHEREAS, lead plaintiff applications have been filed in the *GGCC* action, with various parties taking differing positions on the appointment of lead plaintiff, the appointment of lead plaintiffs' counsel, and consolidation of various actions;

WHEREAS, the Foundation, Johann Gevers, Diego Olivier Fernandez Pons, Bitcoin Suisse AG, and Niklas Nikolajsen do not consent to, and in fact contest, the Court's exercise of personal jurisdiction over them as well as the propriety of venue of this action;

WHEREAS, all Defendants anticipate moving to dismiss any operative complaint in the Instant Action and, to the extent that they are named therein, the Related Actions;

1

WHEREAS, the Appearing Parties agree that, regardless of how the Court rules on the motions regarding appointment of lead plaintiff, lead plaintiffs' counsel, and for consolidation, it would be appropriate to brief motions to dismiss in all actions on one schedule;

NOW, THEREFORE, in consideration of the foregoing and in the interest of judicial economy and good cause shown, the Appearing Parties stipulate, subject to the approval of the Court, the following:

1. The deadline for Defendants to answer, move to dismiss or otherwise respond to the Complaint shall be 30 days after the Court appoints a lead plaintiff and lead counsel in the Related Actions, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative, or as otherwise ordered by the Court in the Related Actions.
2. Nothing in this stipulation constitutes a waiver by Plaintiff of any right to seek any discovery or by any Defendant of its rights to object to or oppose any such application for discovery.
3. Nothing in this stipulation constitutes a waiver by any Defendant of any defenses.
4. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:   February 15, 2018 | Respectfully Submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>By:  */s/ Neal A. Potischman*<br>       Neal A. Potischman (SBN 254862)<br>       Serge A. Voronov (SBN 298655)<br>       DAVIS POLK & WARDWELL LLP<br>       1600 El Camino Real<br>       Menlo Park, California  94025<br>       Telephone: (650) 752-2000<br>       Facsimile:  (650) 752-2111<br>       Email:      neal.potischman@davispolk.com<br>                       serge.voronov@davispolk.com<br><br>       Edmund Polubinski III (*pro hac vice*)<br>       Andrew S. Gehring (*pro hac vice*)<br>       DAVIS POLK & WARDWELL LLP<br>       450 Lexington Avenue<br>       New York, New York  10017<br>       Telephone: (212) 450-4000<br>       Facsimile:  (212) 701-5800<br>       Email:      edmund.polubinski@davispolk.com<br>                       andrew.gehring@davispolk.com<br><br>*Attorneys for Defendant Tezos Stiftung* |

| | |
|---|---|
| Dated: February 15, 2018 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Reed R. Kathrein* |
| | Reed R. Kathrein (139304) |
| | Peter E. Borkon (212596) |
| | Danielle Charles (291237) |
| | 715 Hearst Ave., Suite 202 |
| | Berkeley, CA 94710 |
| Jason M. Leviton, *pro hac vice to be submitted* | Telephone: (510) 725-3000 |
| Joel A. Fleming (281264) | Facsimile: (510) 725-3001 |
| Jacob A. Walker (271217) | Email:     reed@hbsslaw.com |
| BLOCK & LEVITON LLP |              peterb@hbsslaw.com |
| 155 Federal Street, Suite 400 |              daniellec@hbsslaw.com |
| Boston, MA 02110 | |
| Telephone: (617) 398-5600 | Steve W. Berman |
| Email:     jason@blockesq.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
|              joel@blockesq.com | 1918 Eighth Avenue, Suite 3300 |
|              jake@blockesq.com | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | Email:     steve@hbsslaw.com |
| | |
| | *Attorneys for Plaintiff* |
| Dated: February 15, 2018 | BAKER MARQUART LLP |
| | By: */s/ Scott M. Malzahn* |
| | Brian E. Klein (258486) |
| | Scott M. Malzahn (229204) |
| | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| | Telephone: (424) 652-7814 |
| | Facsimile:  (424) 652-7850 |
| | Email:     bklein@bakermarquart.com |
| |              smalzahn@bakermarquart.com |
| | |
| | *Attorneys for Defendants Dynamic Ledger Solutions, Inc., Kathleen Breitman, and Arthur Breitman* |

| | | |
|---|---|---|
| 1 | Dated:   February 15, 2018 | COOLEY LLP |
| 2 | | |
| 3 | | By:  */s/ Jeffrey M. Kaban* |
| | | Patrick E. Gibbs (183174) |
| 4 | | Jeffrey M. Kaban (235743) |
| | | Samantha A. Kirby (307917) |
| 5 | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| 6 | | Telephone: (650) 843-5000 |
| | | Facsimile:  (650) 849-7400 |
| 7 | | Email:        pgibbs@cooley.com |
| | | jkaban@cooley.com |
| 8 | | skirby@cooley.com |
| 9 | | |
| | | Daniel L. Sachs (294478) |
| 10 | | COOLEY LLP |
| | | 1299 Pennsylvania Ave. NW Suite 700 |
| 11 | | Washington, DC 20004 |
| | | Telephone: (202) 728-7114 |
| 12 | | Facsimile:  (202) 842-7899 |
| | | Email:        dsachs@cooley.com |
| 13 | | |
| 14 | | *Attorneys for Defendant Dynamic Ledger Solutions, Inc.* |
| 15 | | |
| 16 | Dated:   February 15, 2018 | MANATT, PHELPS & PHILLIPS, LLP |
| 17 | | |
| 18 | | By:  */s/ Christopher L. Wanger* |
| | | Christopher L. Wanger (Bar No. CA 164751) |
| 19 | | Ana G. Guardado (Bar No. CA 286732) |
| | | One Embarcadero Center, 30th Floor |
| 20 | | San Francisco, CA 94111 |
| | | Telephone: (415) 291-7400 |
| 21 | | Facsimile:  (415) 291-7474 |
| | | Email:        cwanger@manatt.com |
| 22 | | AGuardado@manatt.com |
| 23 | | |
| | | *Attorneys for Defendants Timothy C. Draper and Draper Associates V Crypto LLC* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|    |                                |                                          |
|----|--------------------------------|------------------------------------------|
| 1  | Dated:   February 15, 2018     | LEWIS & LLEWELLYN LLP                    |
| 2  |                                |                                          |
| 3  |                                | By: */s/ Marc R. Lewis*                  |
|    |                                |     Marc R. Lewis (Bar No. 233306)       |
| 4  |                                |     Rebecca F. Furman (Bar No. 294082)   |
|    |                                |     505 Montgomery Street, Suite 1300    |
| 5  |                                |     San Francisco, CA 94111              |
|    |                                |     Telephone: (415) 800-0590            |
| 6  |                                |     Facsimile:  (415) 390-2127           |
|    |                                |     Email: mlewis@lewisllewellyn.com     |
| 7  |                                |            bfurman@lewisllewellyn.com    |
| 8  |                                |                                          |
|    |                                | *Attorneys for Defendant*                |
| 9  |                                | *Diego Olivier Fernandez Pons*           |
| 10 | Dated:   February 15, 2018     | SWANSON & MCNAMARA LLP                   |
| 11 |                                |                                          |
| 12 |                                | By: */s/ Britt Evangelist*               |
|    |                                |     Edward W. Swanson (SBN 159859)       |
| 13 |                                |     Mary McNamara (SBN 147131)           |
|    |                                |     Britt Evangelist (SBN 260457)        |
| 14 |                                |     300 Montgomery Street, Suite 1100    |
|    |                                |     San Francisco, CA 94104              |
| 15 |                                |     Telephone: (415) 477-3800            |
|    |                                |     Facsimile:  (415) 477-9010           |
| 16 |                                |     Email:     ed@smllp.law              |
|    |                                |                mary@smllp.law            |
| 17 |                                |                britt@smllp.law           |
| 18 |                                |                                          |
| 19 |                                | *Attorneys for Defendant Johann Gevers*  |

| | |
|---|---|
| Dated:   February 15, 2018 | BROWN RUDNICK LLP |
| | By:  */s/ Jessica N. Meyers*<br>Leo J. Presiado (SBN 166721)<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br>Email:    lpresiado@brownrudnick.com |
| | Sigmund S. Wissner-Gross (*pro hac vice*)<br>Jessica N. Meyers (*pro hac vice*)<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Email:    swissner-gross@brownrudnick.com<br>           jmeyers@brownrudnick.com |
| | *Attorneys for Defendants*<br>*Bitcoin Suisse AG and Niklas Nikolajsen* |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Neal A. Potischman, attest that concurrence in filing this document has been obtained from the other signatories.

Dated:  February 15, 2018        */s/ Neal A. Potischman*
                                 Neal A. Potischman

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 2/15/18                    _____
                                 HONORABLE RICHARD SEEBORG
                                 U.S. DISTRICT JUDGE