RONALD RUS, #67369
rrus@brownrudnick.com
LEO J. PRESIADO, #166721
lpresiado@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

-and-

SIGMUND S. WISSNER-GROSS (*pro hac vice*)
swissnergross@brownrudnick.com
JESSICA N. MEYERS (*pro hac vice*)
jmeyers@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

Attorneys for Defendants
BITCOIN SUISSE AG and NIKLAS NIKOLAJSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>            Defendants. | CASE NO. 3:17-cv-07095-RS<br><br>**NOTICE OF CONSOLIDATING MOVANTS' FAILURE TO FILE MOTIONS TO CONSOLIDATE IN THIS CASE AND OBJECTION THERETO**<br><br>Case Management Conference: April 26, 2018<br>Time:           10:00 a.m.<br>Ctrm:           3<br>Judge:         Hon. Richard Seeborg |

---

NOTICE OF CONSOLIDATING MOVANTS' FAILURE TO FILE MOTION TO CONSOLIDATE IN THIS CASE
62963461 v1-WorkSiteUS-034449/0001

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, Defendants BITCOIN SUISSE AG ("Bitcoin AG") and NIKLAS NIKOLAJSEN ("Nikolajsen"), provide as follows:

1. <u>INTRODUCTION</u>

On November 26, 2017, an action captioned *GGCC, LLC v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-06779-RS (the "*GGCC* Action") was filed in this Court. Bitcoin AG and Nikolajsen are ***not*** parties to the *GGCC* Action. On November 28, 2017, *Okusko v. Dynamic Ledger Solutions, Inc., et al.*, No. 3:17-cv-06829-RS (the "*Okusko* Action") was also filed in this Court. Bitcoin AG and Nikolajsen are ***not*** parties to the *Okusko* Action. Both cases relate to the Tezos' activities, and both assert claims under the Securities Act of 1933. A third case, *Baker v. Dynamic Ledger Solutions, Inc.*, No. 3:17-cv-06850-RS, was removed to this Court on November 29, 2017 (the "*Baker* Action"). Bitcoin AG and Nikolajsen are ***not*** parties to the *Baker* Action. It too asserts claims under the '33 Act.

Because these three cases raise claims under the Securities Act of 1933, they are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including its provisions relating to consolidation of related cases and selection of lead plaintiffs. 15 U.S.C. § 77z-1 et seq. These three cases (*GGCC, Okusko,* and *Baker*) are referred to as the "PSLRA Cases."

On December 13, 2017, *MacDonald v. Dynamic Ledger Solutions, et al.*, No. 3:17-cv-07095 (the "*MacDonald* Action") was filed. Bitcoin AG and Nikolajsen are named as parties to the *MacDonald* Action. The *MacDonald* Action raises only state law claims under California law. *MacDonald* does not include *any* federal securities law claims. Bitcoin AG and Nikolajsen anticipate filing a motion to dismiss for lack of personal jurisdiction in the *MacDonald* Action.

On January 25, 2018—the deadline for moving the Court to serve as lead plaintiff in the PSLRA Cases—four movants filed motions in the *GGCC* Action (the lowest-numbered PSLRA case) seeking appointment as lead plaintiff: Trigon Trading Pty Ltd ("Trigon") (*GGCC* Action, ECF No. 55); the Silver Miller Group (*GGCC* Action, ECF No. 38); the Tezos Investor Group (*GGCC* Action, ECF No. 49); and the GGCC Group (*GGCC* Action, ECF No. 53). All four movants sought to consolidate the PSLRA Cases; two movants (Trigon and the GGCC Group) recognized that the

2

NOTICE OF CONSOLIDATING MOVANTS' FAILURE TO FILE MOTION TO CONSOLIDATE IN THIS CASE
62963461 v1-WorkSiteUS-034449/0001

1  *MacDonald* Action was unique and should not be consolidated; two other movants (the Silver Miller

2  Group and the Tezos Investor Group) sought consolidation of *MacDonald* into the PSLRA Cases.

3  ***None of the four motions were filed in the MacDonald Action***.

4  Bitcoin AG and Nikolajsen are not parties to the *GGCC* Action (nor to any of the other

5  PSLRA Cases). Bitcoin AG and Nikolajsen did not properly receive notice of the motions.

6  2.  OBJECTION

7  To the extent any of the motions file in the *GGCC* Action seek to consolidate any of the

8  PSLRA Cases with the *MacDonald* Action, without waiver or prejudice to their jurisdictional

9  objection, Bitcoin AG and Nikolajsen object to consolidation of the *MacDonald* Action with the

10  PSLRA Cases on at least the following grounds:

11  (1)  The motions were not filed in the *MacDonald* Action, and as such, Bitcoin AG

12  and Nikolajsen did not properly receive notice of the motions;

13  (2)  The *MacDonald* Action raises only state law claims under California law; and

14  (3)  Bitcoin AG and Nikolajsen are named as defendants only in the *MacDonald*

15  Action, believe they were improperly named in the *MacDonald* Action, and are

16  not subject to personal jurisdiction in the *MacDonald* Action.

17  DATED: February 16, 2018

**BROWN RUDNICK LLP**

By: /s/ Leo J. Presiado
Leo J. Presiado (SBN 166721)
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612

-and-

Sigmund S. Wissner-Gross (*pro hac vice*)
Jessica N. Meyers (*pro hac vice*)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036

*Attorneys for BITCOIN SUISSE AG and NIKLAS NIKOLAJSEN*