1   **LTL ATTORNEYS LLP**
    Enoch H. Liang (SBN 212324)
2   enoch.liang@ltlattorneys.com
    601 Gateway Boulevard, Suite 1010
3   South San Francisco, California 94080
4   Tel:  650-422-2130
    Fax:  213-612-3773
5
    **LTL ATTORNEYS LLP**
6   James M. Lee (SBN 192301)
    james.lee@ltlattorneys.com
7   Caleb H. Liang (Bar No. 261920)
8   caleb.liang@ltlattorneys.com
    300 S. Grand Ave., 14th Floor
9   Los Angeles, California 90071
    Tel:  213-612-8900
10  Fax:  213-612-3773

11
    **HUNG G. TA, ESQ. PLLC**
12  Hung G. Ta
    hta@hgtlaw.com
13  JooYun Kim
    jooyun@hgtlaw.com
14  Natalia D. Williams
    natalia@hgtlaw.com
15
    250 Park Avenue, 7th Floor
16  New York, New York 10177
    Tel: 646-453-7290
17  Fax: 646-453-7289

18  *Proposed Co-Lead Counsel for Movant Arman Anvari and the Class*

19

20              **UNITED STATES DISTRICT COURT**

21           **NORTHERN DISTRICT OF CALIFORNIA**

22  BRUCE MACDONALD, Individually and on       Case No. 3:17-cv-07095-RS
    Behalf of All Others Similarly Situated,
23                                             **SUPPLEMENTAL DECLARATION OF
                     Plaintiff,                HUNG G. TA IN FURTHER SUPPORT OF**
24          v.                                 **ARMAN ANVARI'S MOTION FOR
                                               APPOINTMENT AS LEAD PLAINTIFF**
25  DYNAMIC LEDGER SOLUTIONS, INC., a          **AND APPROVAL OF COUNSEL**
    Delaware corporation, TEZOS STIFTUNG, a
26  Swiss Foundation, KATHLEEN BREITMAN,       **CLASS ACTION**
    an Individual, ARTHUR BREITMAN, an
27  Individual, TIMOTHY COOK DRAPER, an
    Individual, DRAPER ASSOCATES, JOHANN
28

| | |
|---|---|
| 1  GEVERS, DIEGO PONZ, GUIDO SCHMITZ-<br>KRUMMACHER, BITCOIN SUISSE AG,<br>2  NIKLAS NIKOLAJSEN, and DOES 1-100,<br>INCLUSIVE,<br>3<br>Defendants.<br>4 | Judge:       Hon. Richard Seeborg<br>Courtroom:  3, 17TH Floor |

5    GGCC, LLC, an Illinois Limited Liability
Company, Individually and on Behalf of All          Case No: 3:17-cv-06779-RS
6    Others Similarly Situated,

7
Plaintiff,
8         v.

9    DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation, TEZOS STIFTUNG, a
10   Swiss Foundation, KATHLEEN BREITMAN,
an Individual, ARTHUR BREITMAN, an
11   Individual,

12
Defendants.
13   ANDREW OKUSKO, individually and on
behalf of all others similarly situated,             Case No. 3:17-cv-06829-RS
14
Plaintiff,
15        v.

16   DYNAMIC LEDGER SOLUTIONS, INC.,
THE TEZOS FOUNDATION, KATHLEEN
17   BREITMAN, ARTHUR BREITMAN, and
TIMOTHY DRAPER,
18
Defendants.
19
ANDREW BAKER, individually and on behalf
20   of all others similarly situated,                   Case No. 3:17-cv-06850-RS

21
Plaintiff,
22        v.

23   DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware Corporation, TEZOS STIFTUNG, a
24   Swiss Foundation, KATHLEEN BREITMAN,
an individual, ARTHUR BREITMAN, an
25   individual, JOHANN GEVERS, an individual,
STRANGE BREW STRATEGIES, LLC, a
26   California limited liability company, and DOES
1 through 100 inclusive,
27
Defendant.
28

SUPPLEMENTAL DECLARATION OF HUNG G. TA IN FURTHER SUPPORT OF ARMAN ANVARI'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
3:17-CV-07095-RS

1    I, Hung G. Ta, declare under penalty of perjury as follows:

2         1.      I am the principal of the law firm Hung G. Ta, Esq. PLLC ("HGT Law"), counsel to

3    proposed Lead Plaintiff Arman Anvari and proposed Co-Lead Counsel for the putative class in the

4    above-captioned action (the "Action").  I am an active member in good standing of the bar of the

5    State of New York and will apply to be admitted *pro hac vice* in this matter.  I submit this

6    supplemental declaration in further support of Arman Anvari's Motion for Appointment as Lead

7    Plaintiff and Approval of Counsel.

8         2.      On January 25, 2018, Mr. Anvari submitted a Certification disclosing his financial

9    interest in this litigation.  While Mr. Anvari believes the Certification complied with the requirements

10   of N.D. Cal. Local Rule 3-7(c), for the avoidance of doubt, attached as Exhibit A is a true and correct

11   copy of the Supplemental Certification of Arman Anvari, dated February 18, 2018.

12        I declare under penalty of perjury that the foregoing is true and correct, this 20th day of

13   February, 2018.

14

15                                              */s/ Hung G. Ta*
                                                Hung G. Ta
16

17

18

19

20

21

22

23

24

25

26

27

28

1