# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an Individual, DRAPER ASSOCATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZKRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN, and DOES1-100, INCLUSIVE,<br><br>  Defendants. | Case No. 3:17-cv-07095-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**<br><br><u>**CLASS ACTION**</u> |
| GGCC, LLC, an Illinois Limited Liability Company, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN,<br><br>  Defendants. | Case No. 3:17-cv-06779-RS |
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>  Defendants. | Case No: 3:17-cv-06829-RS |

| | |
|---|---|
| ANDREW BAKER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, JOHANN GEVERS, an individual, STRANGE BREW STRATEGIES, LLC, a California limited liability company, and DOES 1 through 100 inclusive,<br><br>                Defendant. | Case No. 3:17-cv-06850-RS |

I, Hung G. Ta, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing movant for Lead Plaintiff, Arman Anvari, in the above-entitled actions. My local co-counsel in this case is Enoch Liang of the law firm LTL Attorneys LLP, who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Hung G. Ta, Esq. PLLC<br>250 Park Avenue, Seventh Floor<br>New York, New York 10177 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>LTL Attorneys LLP<br>601 Gateway Boulevard, Suite 1010<br>South San Francisco, California 94080 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(646) 453-7290 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 422-2130 |
| MY EMAIL ADDRESS OF RECORD:<br>hta@hgtlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>enoch.liang@ltlattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia; my bar number is: 3972544.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 26, 2018         */s/ Hung G. Ta*
                                 APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application Hung G. Ta is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/18                    _____
                                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE