1 REES F. MORGAN (State Bar No. 229899)
DAVID C. BEACH (State Bar No. 226972)
2 COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
3 San Francisco, California 94104-5500
Telephone: 415.391.4800
4 Facsimile: 415.989.1663
Email:   ef-rfm@cpdb.com
5          ef-dcb@cpdb.com

6 Attorneys for Defendant
Guido Schmitz-Krummacher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on behalf of all others similarly situated, | Case No. 3:17-cv-07095-RS |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT GUIDO SCHMITZ-KRUMMACHER** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rees F. Morgan, Coblentz, Patch, Duffy & Bass LLP, of the law firm Coblentz, Patch, Duffy & Bass LLP, hereby appears as counsel of record on behalf of Defendant Guido Schmitz-Krummacher in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence. Mr. Schmitz- Krummacher objects to the assertion of personal jurisdiction and the laying of venue in this Court and expressly reserves all available defenses including those related to personal jurisdiction and venue.

Mr. Morgan is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

    Rees F. Morgan
    COBLENTZ PATCH DUFFY & BASS LLP
    One Montgomery Street, Suite 3000
    San Francisco, California 94104
    Telephone:    415.772.5754
    Facsimile:    415.989.1663
    Email:        ef-rfm@cpdb.com

DATED: March 14, 2018            COBLENTZ PATCH DUFFY & BASS LLP

                                 By:    */s/Rees F.Morgan*
                                        Rees F. Morgan
                                        Attorneys for Defendant
                                        Guido Schmitz-Krummacher