REES F. MORGAN (State Bar No. 229899)
DAVID C. BEACH (State Bar No. 226972)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rfm@cpdb.com
             ef-dcb@cpdb.com

Attorneys for Defendant
Guido Schmitz-Krummacher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss foundation, KATHLEEN BREITMAN, an individual, ARTHUR BREITMAN, an individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100, INCLUSIVE,<br><br>  Defendants. | Case No. 3:17-cv-07095-RS<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT GUIDO SCHMITZ-KRUMMACHER** |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that David C. Beach, of the law firm Coblentz, Patch, Duffy & Bass LLP, hereby appears as counsel on behalf of Defendant Guido Schmitz-Krummacher in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence. Mr. Schmitz- Krummacher objects to the assertion of personal jurisdiction and the laying of venue in this Court and expressly reserves all available defenses including those related to personal jurisdiction and venue.

Mr. Beach is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

> David C. Beach
> COBLENTZ PATCH DUFFY & BASS LLP
> One Montgomery Street, Suite 3000
> San Francisco, California 94104
> Telephone:   415.772.5708
> Facsimile:   415.989.1663
> Email:   ef-dcb@cpdb.com

DATED: March 14, 2018                     COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/David C. Beach*
       David C. Beach
       Attorneys for Defendant
       Guido Schmitz-Krummacher