LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>                    Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**LEWIS & LLEWELLYN LLP NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date: May 10, 2018<br>Time: 1:30 pm<br>Judge: Hon. Richard Seeborg |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS

**NOTICE OF MOTION**

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 10, 2018 at 1:30p.m., or as soon thereafter as the matter may be heard before the Honorable Richard Seeborg, United States District Judge, Courtroom 3, 17th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102, Marc R. Lewis, Rebecca F. Furman, and Nathalie Fayad, of Lewis & Llewellyn LLP ("Lewis & Llewellyn"), 505 Montgomery Street, Suite 1300 San Francisco, California 94111, shall and hereby do respectfully seek leave of this Court pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Defendant Diego Olivier Fernandez Pons ("Defendant Pons").

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PONS**

Pursuant to Local R. 11-5, Lewis & Llewellyn hereby notifies the parties and the Court of its intent to withdraw as counsel for Defendant Pons. Lewis & Llewellyn hereby states the following grounds for this notice and motion:

1. Lewis & Llewellyn has represented Defendant Pons in the above-captioned matter.
2. On April 3, 2018, Lead Plaintiff filed its Consolidated Complaint for Violations of the Federal Securities Laws. (Dkt. 108). The Consolidated Complaint no longer names Defendant Pons as a Defendant in the litigation. As such, Defendant Pons no longer requires representation in this matter.
3. Lewis & Llewellyn's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation.
4. Given the insubstantial nature of this Motion, as well as the burden to all parties in travelling and attending a hearing on this Motion, Lewis & Llewellyn respectfully requests that the Court waive oral argument.

THEREFORE, Lewis & Llewellyn respectfully requests that this Court waive oral argument on this Motion, grant it leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Lewis & Llewellyn has so withdrawn.

Dated: April 11, 2018				Respectfully submitted,

						LEWIS & LLEWELLYN LLP

						By:  /s/ Marc R. Lewis
						Marc R. Lewis

						Attorney for Defendant
						DIEGO OLIVIER FERNANDEZ PONS


						By:  /s/ Rebecca F. Furman
						Rebecca F. Furman

						Attorney for Defendant
						DIEGO OLIVIER FERNANDEZ PONS


						By:  /s/ Nathalie Fayad
						Nathalie Fayad

						Attorney for Defendant
						DIEGO OLIVIER FERNANDEZ PONS

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: April 11, 2018                                                                 */s/ Nathalie Fayad*

LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS**<br><br>Date: May 10, 2018<br>Time: 1:30 pm<br>Judge: Hon. Richard Seeborg |

[PROPOSED] ORDER GRATNTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS

Marc R. Lewis, Rebecca F. Furman, and Nathalie Fayad, of Lewis & Llewellyn LLP ("Lewis & Llewellyn") seek to withdraw as counsel for Defendant Diego Olivier Fernandez Pons ("Defendant Pons") in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1).  As the Court finds that Lewis & Llewellyn has submitted satisfactory reasoning for withdrawal, and that granting the Motion will not cause substantial prejudice or delay to any party,

   IT IS HEREBY ORDERED that Lewis & Llewellyn's Motion to Withdraw as Counsel for Defendant Pons is GRANTED, and Lewis & Llewellyn is hereby terminated as counsel for Defendant Pons in this proceeding.

Dated: _____    By: _____
                                              Honorable Richard Seeborg
                                              United States District Court

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS