LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS**<br><br>Date: May 10, 2018<br>Time: 1:30 pm<br>Judge: Hon. Richard Seeborg |

[PROPOSED] ORDER GRATNTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
DIEGO OLIVIER FERNANDEZ PONS

Marc R. Lewis, Rebecca F. Furman, and Nathalie Fayad, of Lewis & Llewellyn LLP ("Lewis & Llewellyn") seek to withdraw as counsel for Defendant Diego Olivier Fernandez Pons ("Defendant Pons") in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1). As the Court finds that Lewis & Llewellyn has submitted satisfactory reasoning for withdrawal, and that granting the Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Lewis & Llewellyn's Motion to Withdraw as Counsel for Defendant Pons is GRANTED, and Lewis & Llewellyn is hereby terminated as counsel for Defendant Pons in this proceeding.

Dated:  4/26/18

By: *(signature)*
Honorable Richard Seeborg
United States District Court

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DIEGO OLIVIER FERNANDEZ PONS