LEWIS & LLEWELLYN LLP
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Rebecca F. Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:   (415) 390-2127

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE MACDONALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., a Delaware corporation, TEZOS STIFTUNG, a Swiss Foundation, KATHLEEN BREITMAN, an Individual, ARTHUR BREITMAN, an Individual, TIMOTHY COOK DRAPER, an individual, DRAPER ASSOCIATES, JOHANN GEVERS, DIEGO PONZ, GUIDO SCHMITZ-KRUMMACHER, BITCOIN SUISSE AG, NIKLAS NIKOLAJSEN and DOES 1-100 INCLUSIVE,<br><br>Defendants. | CASE NO. 3:17-CV-07095 RS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of the law firm of LEWIS & LLEWELLYN LLP has relocated, effective December 16, 2019. Our new address is as follows:

>Lewis & Llewellyn LLP
>601 Montgomery Street, Suite 2000
>San Francisco, California 94111

Please make the appropriate changes in your file(s) and/or proof(s) of service.

Dated: December 20, 2019

Respectfully submitted,
LEWIS & LLEWELLYN LLP

By: _/s/ Rebecca Furman_
Rebecca Furman

Attorneys for Defendant
DIEGO OLIVIER FERNANDEZ PONS